# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 4/11/2025 |
| Case: 8–20–08049–ast | Form ID: 776 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft        Arvind Walia
dft        Niknim Management Inc.
pla        Howard M Ehrenberg
md        Jonathan L Flaxer, Esq
        TOTAL: 4

**Recipients of Notice of Electronic Filing:**
aty        Christine McCabe        cmccabe@rosenpc.com
aty        Eugene Ronald Scheiman        eugene.scheiman@scheimanlaw.com
aty        Ilan D Scharf        ischarf@pszjlaw.com
aty        Jeffrey P Nolan        jnolan@pszjlaw.com
aty        Jonathan L Flaxer        jflaxer@golenbock.com
aty        Paris Gyparakis        pgyparakis@pbnlaw.com
aty        Sanford P Rosen        srosen@rosenpc.com
        TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty        Jeffrey Norlan        Pachulski Stang Ziehl & Jones LLP        780 Third Avenue        34th Floor        New York, NY 10017
ust        United States Trustee        Long Island Federal Courthouse        560 Federal Plaza – Room 560        Central Islip, NY 11722–4437 USA
        TOTAL: 2