# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:  

Ehrenberg v. Arvind Walia et al

CASE NO: 8−20−08049−ast

DEBTOR(s)

# TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on April 21, 2025, by Jeffrey P Nolan on behalf of Howard M Ehrenberg appealing Order Granting and Denying in Part Judgment against Defendants, Judgment against Defendants, document number 153, 157.

Pursuant to Bankruptcy Rule 8003(d)(1), the following documents are being transmitted:

1. Cross Appeal Filed by Jeffrey P Nolan on behalf of Howard M Ehrenberg (Civil Action 25−cv−02032).
2. Order Granting and Denying in Part Judgment against Defendants.
3. Judgment against Defendants.
4. Bankruptcy Court Docket Sheet.

Dated: April 22, 2025

Paul Dickson, Clerk of Court

By: O. Eichhorn

Deputy Clerk

**BLtroapap.jsp** [Transmittal of Notice of Appeal AP 04/17/17]