# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 4/22/2025 |
| Case: 8–20–08049–ast | Form ID: 776 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| dft | Arvind Walia |
| dft | Niknim Management Inc. |
| pla | Howard M Ehrenberg |
| md | Jonathan L Flaxer, Esq |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Christine McCabe | cmccabe@rosenpc.com |
| aty | Eugene Ronald Scheiman | eugene.scheiman@scheimanlaw.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Jeffrey P Nolan | jnolan@pszjlaw.com |
| aty | Jonathan L Flaxer | jflaxer@golenbock.com |
| aty | Paris Gyparakis | pgyparakis@pbnlaw.com |
| aty | Sanford P Rosen | srosen@rosenpc.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | | |
|---|---|---|---|---|---|---|
| aty | Jeffrey Norlan | Pachulski Stang Ziehl & Jones LLP | 780 Third Avenue | 34th Floor | New York, NY 10017 |
| ust | United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza – Room 560 | Central Islip, NY 11722–4437 USA |

TOTAL: 2