

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Jeffrey P. Nolan                April 23, 2025                 310.772.2313
                                                               jnolan@pszjlaw.com

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re:   **In re Orion HealthCorp., Inc., et al.**
      **Howard M. Ehrenberg v. Arvind Walia; Niknim Management, Inc., Adv. Proc. No. 20-08049 (AST)**

      **Arvind Walia and Niknim Management, Appellants v. Howard Ehrenberg, Appellee, Case No. 25-02032-RPK**

      **Howard Ehrenberg Appellee and Cross-Appellants v. Arvind Walia and Niknim Management Appellant and Cross-Appellee, Case No. 25-02225-RER**

Dear Judge Reyes:

This office represents the trustee Howard Ehrenberg, the Plaintiff, in an adversary case adjudicated in the U.S. Bankruptcy Court, Eastern District of New York, before the Honorable Alan S. Trust (the "Adversary").

On April 10, 2025, an appeal was filed by Defendants/Appellant Niknim Management Inc. and Arvind Walia ("Appellants") and assigned to the Hon. Rachel P. Kovner, U.S. District Court, Eastern District of New York Case No. 25-cv-02032-RPK (the "Appeal").

On April 21, 2025 Plaintiff/Appellee filed a Cross-Appeal in the Adversary.  The Cross-Appeal was assigned to this Court and assigned Case No. 25-cv-02225-RER.



The Honorable Raymond E. Reyes
U.S. District Court, Eastern District of New York
Page 2

     The Cross-Appeal filed by Appellee in the Adversary involves the same parties, fact pattern and counsel that went to trial before Judge Trust and that are implicated in the Appeal.

     We respectfully request the Cross-Appeal be transferred to Case No. 25-cv-02032-RPK to be adjudicated with the Appeal.  We apologize for the apparent confusion created.

Very truly yours,

*/s/ Jeffrey P. Nolan*

Jeffrey P. Nolan

cc:   Sanford Rosen, Esq. (Via ECF)
      Christine McCabe, Esq. (Via ECF)
      Eugene R. Scheiman, Esq. (Via ECF)
      Ilan D. Scharf, Esq. (Via ECF)