| United States Bankruptcy Court for the Eastern District of New York | |
|---|---|
| **Name of Debtor:** Physicians Practice Plus, LLC | **For Court Use Only** |
| **Case Number:** 18-71753 | Claim Number: 0000010141<br>File Date: 10/29/2020 22:25:43 |

# Proof of Claim

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.  With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy (Form 309) that you received.**

04/16

---

| Part 1: | Identify the Claim |
|---|---|

**1.  Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):   Arvind Walia

Other names the creditor used with the debtor:   Selling Shareholder of Porteck Corp.

**2.  Has this claim been acquired from someone else?**  ☑ No  ☐ Yes.   From whom? _____

**3.  Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name   Arvind Walia | Name |
| Address   c/o Rosen & Associates, P.C. | Address |
| 747 Third Avenue | |
| | |
| City   New York | City |
| State   NY   ZIP Code   10017 | State   ZIP Code |
| Country (if International): | Country (if International): |
| Phone:   (212) 223-1100 | Phone: |
| Email:   srosen@rosenpc.com | Email: |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☐ No | ☑ No |
| ☑ Yes. | ☐ Yes. |
| Claim number on court claims register (if known)   10060 | Who made the earlier filing? |
| Filed on   2018-07-03<br>MM / DD / YYYY | _____ |

Page 1 of 3

652

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$ _1,150,947.00_

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Contract/Executory Contract

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* with this Proof of Claim.

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:         $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)     _____%

                 ☐ Fixed   ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

---

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Sanford P. Rosen*                                      10/29/2020 22:25:43

Signature                                                      Date

**Provide the name and contact information of the person completing and signing this claim:**

Name          Sanford P. Rosen

Address       Rosen & Associates, P.C.

              747 Third Avenue

City          New York

State         NY                          Zip        10017

Country (in international) _____

Phone         (212) 223-1100

Email         srosen@rosenpc.com

## <u>ATTACHMENT TO AMENDED PROOF OF CLAIM</u>

The prefixed amended proof of claim against Physicians Practice Plus, LLC (the "**Debtor**") is based on that certain *Asset Purchase Agreement* dated as of March 2015, by and between the Debtor, as buyer, and Porteck Corporation, as seller, which is intentionally omitted as confidential. Upon request and subject to the confidentiality provisions therein, a copy of the agreement may be obtained from counsel:

**ROSEN & ASSOCIATES, P.C.**
747 Third Avenue
New York, NY 10017-2803
(212) 223-11100
Attn: Sanford P. Rosen, Esq.
  [srosen@rosenpc.com](mailto:srosen@rosenpc.com)

| | |
|---|---|
| **From:** | Arvind Walia <arvindwalia@gmail.com> |
| **Sent:** | Monday, June 18, 2018 12:21 PM |
| **To:** | Arvind Walia |
| **Subject:** | Fwd: Post closing payment calculation – Porteck.xlsx |
| **Attachments:** | Post closing payment calculation - Porteck.xlsx |

---------- Forwarded message ----------
From: **Ravi Chivukula** <Ravi.Chivukula@orionhealthcorp.com>
Date: Tue, Apr 12, 2016 at 6:28 PM
Subject: Post closing payment calculation - Porteck.xlsx
To: Arvind Walia <Arvind.Walia@orionhealthcorp.com>

--
-------------------------------------
Arvind Walia
CEO, Porteck Corporation
300 Jericho Quad West ste 320
Jericho NY 11753
http://www.porteck.com/
212-561-5560 ext 101(phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
-------------------------------------------

1

|  | 28-Feb-15 | Orion's Responsibility |
|---|---|---|
| Cash Balance | 46,172 | |
| Accounts Receivable | 2,005,839 | |
| AR as of feb 28 2015, not received till June 25 2015 | (411,717) | |
| AR balance Credit memo adjusted | (13,448) | |
| Undeposited funds | 7,333 | |
| Unbilled AR | 746,313 | |
| Unbilled AR not collected | (2,991) | |
| Unbilled AR Credit memo adjusted | (2,578) | |
| Accounts Payabe | (257,988) | |
| Accounts Payabe not paid till Apr 5 2016 | 16,475 | |
| Accrued expenses | 27,828 | |
| Accrued Payroll | (89,824) | |
| India payable - Feb 2015. not accounted in Feb 2015 | (250,000) | |
| Loan Payable PCA | 47,300 | (552,700) |
| Amex recovery | (71,544) | |
| | | |
| **Net Assets** | **1,797,170** | |
| | | |
| Paid on behalf | (646,223) | |
| Deal fees paid | | (276,000) |
| AHMS Revenue loss adjustment to purchase Price | | (1,689,989) |
| | | |
| Payable/(receivable) | 1,150,947 | |
| | | |
| Escrow balance | 2,500,000 | |
| | | |
| Net payable/(receivable) | 3,650,947 | |



**Transaction Details**
Prepared for
Arvind Walia
Account Number
XXXX-XXXXXXX-31009

Business Platinum Card® / March 1, 2015 to March 31, 2016

| Date | Recipient / Description | Cardmember | Account Number | Amount | Business or Personal |
|---|---|---|---|---|---|
| 03/02/2015 | 8X8, INC. 888-898-87SAN JOSE CA | Arvind Walia | XXXX-XXXXXXX-31009 | 123.60 | Business |
| 03/02/2015 | 8X8, INC. 888-898-87SAN JOSE CA | Arvind Walia | XXXX-XXXXXXX-31009 | 235.31 | Business |
| 03/03/2015 | ACTI ANSWERCONNECT 800531S828 OR | Arvind Walia | XXXX-XXXXXXX-31009 | 129.98 | Business |
| 03/09/2015 | YOUMAIL INC 8003740013 CA | Arvind Walia | XXXX-XXXXXXX-31009 | 5.00 | Business |
| 03/12/2015 | KAREO IRVINE CA | Arvind Walia | XXXX-XXXXXXX-31009 | 159.00 | Business |
| 03/20/2015 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXX-XXXXXXX-31009 | 9.99 | Business |
| 03/21/2015 | AT&T*BILL PAYMENT 8SDALLAS TX | Arvind Walia | XXXX-XXXXXXX-31009 | 1,043.21 | Business |
| 03/25/2015 | VALETANYWHERE.COM 917720825T NY | Arvind Walia | XXXX-XXXXXXX-31009 | 9.99 | Business |
| 03/30/2015 | GOGOAIR.COM 877-350-0038 IL | Arvind Walia | XXXX-XXXXXXX-31009 | 23.00 | Business |
| 03/30/2015 | GOGOAIR.COM 877-350-0038 IL | Arvind Walia | XXXX-XXXXXXX-31009 | 16.00 | Business |
| 03/30/2015 | GOGOAIR.COM 877-350-0038 IL | Arvind Walia | XXXX-XXXXXXX-31009 | 16.00 | Business |
| 03/30/2015 | GOGOAIR.COM 877-350-0038 IL | Arvind Walia | XXXX-XXXXXXX-31009 | 16.00 | Business |
| 03/20/2015 | GOGOAIR.COM 877-350-0038 IL | Arvind Walia | XXXX-XXXXXXX-31009 | 16.00 | Business |
| 03/12/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 16.00 | Business |
| 03/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 28.00 | Business |
| 03/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 29.00 | Business |
| 03/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 29.00 | Business |
| 03/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 29.00 | Business |
| 03/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 28.00 | Business |
| 03/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 849.90 | Business |
| 03/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXXX-31009 | 849.90 | Business |
| 03/31/2015 | VALETANYWHERE.COM 917720825T NY | Arvind Walia | XXXX-XXXXXXX-31009 | 11.00 | Business |
| 04/02/2015 | 8X8, INC. 888-898-87SAN JOSE CA | Arvind Walia | XXXX-XXXXXXX-31009 | 123.65 | Business |
| 04/02/2015 | 8X8, INC. 888-898-87SAN JOSE CA | Arvind Walia | XXXX-XXXXXXX-31009 | 235.52 | Business |
| 04/03/2015 | ACTI ANSWERCONNECT 800531S828 OR | Arvind Walia | XXXX-XXXXXXX-31009 | 129.98 | Business |
| 04/03/2015 | HOUSTON MARRIOTT WESHOUSTON TX | Arvind Walia | XXXX-XXXXXXX-31009 | 471.21 | Business |
| 04/03/2015 | HOUSTON MARRIOTT WESHOUSTON TX | Arvind Walia | XXXX-XXXXXXX-31009 | 471.21 | Business |
| 04/08/2015 | AVIS RENT A CAR HOUSTON TX | Arvind Walia | XXXX-XXXXXXX-31009 | 258.88 | Business |
| 04/08/2015 | VONAGE AMERICA VONAGE PRICE+TAXES | Arvind Walia | XXXX-XXXXXXX-31009 | 25.00 | Business |
| 04/09/2015 | HOUSTON MARRIOTT WESHOUSTON TX | Arvind Walia | XXXX-XXXXXXX-31009 | 196.86 | Business |
| 04/09/2015 | HOUSTON MARRIOTT WESHOUSTON TX | Arvind Walia | XXXX-XXXXXXX-31009 | 20.30 | Business |
| 04/09/2015 | YOUMAIL INC 8003740013 CA | Arvind Walia | XXXX-XXXXXXX-31009 | 60.30 | Business |
| 04/12/2015 | KAREO IRVINE CA | Arvind Walia | XXXX-XXXXXXX-31009 | 5.00 | Business |
| 04/14/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXX-XXXXXXX-31009 | 159.00 | Business |
| 04/15/2015 | VALETANYWHERE.COM 917720825T NY | Arvind Walia | XXXX-XXXXXXX-31009 | 25.00 | Business |
| 04/15/2015 | MSFT *MICROSOFTST0877-4685-7786 WA | Arvind Walia | XXXX-XXXXXXX-31009 | 42.00 | Business |
| 04/16/2015 | AVIS RENT A CAR TOLL888-2855026S NY | Arvind Walia | XXXX-XXXXXXX-31009 | 7.61 | Business |
| 04/17/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXX-XXXXXXX-31009 | 25.35 | Business |
| 04/17/2015 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXX-XXXXXXX-31009 | 25.35 | Business |
| 04/20/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXX-XXXXXXX-31009 | 9.99 | Business |
| 04/20/2015 | LETTERSTREAM, INC SCOTTSDALE PA | Arvind Walia | XXXX-XXXXXXX-31009 | 25.00 | Business |
| 04/20/2015 | MES*RINGCENTRAL, INCSAN MATEO CA | Arvind Walia | XXXX-XXXXXXX-31009 | 500.00 | Business |
| 04/20/2015 | | Arvind Walia | XXXX-XXXXXXX-31009 | 377.45 | Business |

Amex Paid -Recovery

658

| Date | Description | Name | Account | Amount | Category |
|---|---|---|---|---|---|
| 04/27/2015 | AT&T/BILL PAYMENT 95DALLAS TX | | | 2,987.47 | Business |
| 04/27/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | | 25.00 | Business |
| 04/21/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | | 25.00 | Business |
| 04/22/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | | 25.00 | Business |
| 04/22/2015 | WWW.APPS4RENT.COM MAPLEWOOD NJ | Arvind Walla | | 300.00 | Business |
| 04/23/2015 | TAO NEW YORK NY | Arvind Walla | | 70.00 | Business |
| 04/24/2015 | 111 8TH AVE PARKING NEW YORK NY | Arvind Walla | | 73.50 | Business |
| 04/24/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | | 25.00 | Business |
| 04/24/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | | 25.00 | Business |
| 04/24/2015 | TAO NEW YORK NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 670.00 | Business |
| 04/24/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | | Business |
| 04/24/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 19.00 | Business |
| 04/24/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 19.00 | Business |
| 04/24/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 69.00 | Business |
| 04/24/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 69.00 | Business |
| 04/24/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 534.20 | Business |
| 04/25/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | -19.00 | Business |
| 04/25/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | -19.00 | Business |
| 04/27/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 04/28/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 04/30/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 19.00 | Business |
| 04/30/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 19.00 | Business |
| 04/30/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 23.00 | Business |
| 05/01/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 200.00 | Business |
| 05/01/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/01/2015 | PAIR NETWORKS INC 04PITTSBURGH PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/01/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 13.94 | Business |
| 05/02/2015 | 8X8, INC. 888-898-87SAN JOSE CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 199.63 | Business |
| 05/02/2015 | 8X8, INC. 888-898-87SAN JOSE CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 123.85 | Business |
| 05/02/2015 | LIVEPERSON, INC 86IONEW YORK NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 235.82 | Business |
| 05/03/2015 | ACT! ANSWERCONNECT 80SS15628 OR | Arvind Walla | XXXX-XXXXXXXX-31009 | 468.00 | Business |
| 05/03/2015 | WINGS TO GO - NEWARKNEWARK DE | Arvind Walla | XXXX-XXXXXXXX-31009 | 129.98 | Business |
| 05/04/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 19.88 | Business |
| 05/05/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/05/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/05/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/06/2015 | DIGICERT INC LINDON UT | Arvind Walla.. | XXXX-XXXXXXXX-31009 | 695.00 | Business |
| 05/08/2015 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walla | XXXX-XXXXXXXX-31009 | 599.50 | Business |
| 05/08/2015 | PORT AUTHORITY E-ZP-STATEN ISLAND NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 55.00 | Business |
| 05/09/2015 | VONAGE AMERICA VONAGE PRICE-TAXES | Arvind Walla | XXXX-XXXXXXXX-31009 | 216.96 | Business |
| 05/09/2015 | YOUMAIL, INC 8003740013 CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 5.00 | Business |
| 05/11/2015 | DOS CAMINOS MIDTOWN NEW YORK NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 300.00 | Business |
| 05/11/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/11/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/20/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/14/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/14/2015 | MessageMedia Cambridge CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 10.20 | Business |
| 05/14/2015 | PAIR NETWORKS INC 04PITTSBURGH PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 11.00 | Business |

659

| Date | Description | Name | Account | Amount | Type |
|---|---|---|---|---|---|
| 05/14/2015 | PARKINC.COM DOMAIN N PITTSBURGH PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 19.00 | Business |
| 05/15/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/15/2015 | HEALTHFORMS 8039695690 FL | Arvind Walla | XXXX-XXXXXXXX-31009 | 208.80 | Business |
| 05/15/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 205.93 | Business |
| 05/15/2015 | RELIANCE COMMUNICATI- | Arvind Walla | XXXX-XXXXXXXX-31009 | 7.52 | Business |
| 05/19/2015 | VALETANYWHERE.COM 9177208257 NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 33.00 | Business |
| 05/19/2015 | PORT AUTHORITY E-ZPAS TATEN ISLAND NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 55.00 | Business |
| 05/20/2015 | GOOGLE *GOOGLE STORAGGOOGLE.COM MCH CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 9.99 | Business |
| 05/20/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/20/2015 | MESHRINGCENTRAL, INCSAN MATEO CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 1,377.45 | Business |
| 05/21/2015 | MIO POSTO RESTAURANT HICKSVILLE NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 90.00 | Business |
| 05/21/2015 | AT&T*BILL PAYMENT 98 DALLAS TX | Arvind Walla | XXXX-XXXXXXXX-31009 | 1,291.58 | Business |
| 05/21/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/21/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/21/2015 | LE SOUK 0021 NEW YORK NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 888.40 | Business |
| 05/21/2015 | PRANNA PRANNA NEW YORK NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 7.52 | Business |
| 05/22/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 200.00 | Business |
| 05/22/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/22/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/26/2015 | CORTEX ED I INC 0366 BREA CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 205.87 | Business |
| 05/27/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 81.30 | Business |
| 05/27/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/28/2015 | ELIGIBLE API 415407720 CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 05/28/2015 | JERICHO RESTAURANT 05 SYOSSET NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 32.26 | Business |
| 05/29/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 143.23 | Business |
| 05/29/2015 | PORT AUTHORITY E-ZPAS TATEN ISLAND NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 200.60 | Business |
| 05/29/2015 | TULSI RESTAURANT 028 NEW YORK NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 135.00 | Business |
| 06/01/2015 | ELIGIBLE AP 415407720 CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 170.00 | Business |
| 06/01/2015 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walla | XXXX-XXXXXXXX-31009 | 250.00 | Business |
| 06/01/2015 | FAIR NETWORKS INC 0-4 PITTSBURGH PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 200.00 | Business |
| 06/01/2015 | 8X8, INC. 888-898-97 SAN JOSE CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 740.12 | Business |
| 06/02/2015 | 8X8, INC. 888-898-97 SAN JOSE CA | Arvind Walla | XXXX-XXXXXXXX-31009 | 123.65 | Business |
| 06/02/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 235.82 | Business |
| 06/02/2015 | JERICHO RESTAURANT 05 SYOSSET NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 06/02/2015 | LIVEPERSON, INC 8610 NEW YORK NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 79.42 | Business |
| 06/02/2015 | VALETANYWHERE.COM 9177208257 NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 468.00 | Business |
| 06/03/2015 | ACTI ANSWERCONNECT 8005315828 OR | Arvind Walla | XXXX-XXXXXXXX-31009 | 42.00 | Business |
| 06/03/2015 | JETBLUE AIRWAYS 9010 JETBLUE NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 129.98 | Business |
| 06/03/2015 | JETBLUE AIRWAYS 9010 JETBLUE NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 30.00 | Business |
| 06/03/2015 | JETBLUE AIRWAYS 9010 JETBLUE NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 30.00 | Business |
| 06/03/2015 | JETBLUE AIRWAYS 9010 JETBLUE NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 143.05 | Business |
| 06/04/2015 | JETBLUE AIRWAYS 9010 JETBLUE NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 174.26 | Business |
| 06/04/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 06/05/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 06/05/2015 | GREEN FAX.COM 00-080DOY LESTOWN PA | Arvind Walla | XXXX-XXXXXXXX-31009 | 25.00 | Business |
| 06/05/2015 | KYMA ROSLYN NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 100.00 | Business |
| 06/05/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walla | XXXX-XXXXXXXX-31009 | 205.44 | Business |

| Date | Description | Name | Account | Amount | Type |
|---|---|---|---|---|---|
| 06/08/2015 | PRIME AMERICAN KITCHHUNTINGTON NY | Arvind Walia | XXXXXX0000-31009 | 120.00 | Business |
| 06/07/2015 | NEOPOST USA 1 203-301-3400 | Arvind Walia | XXXXXX0000-31009 | 320.71 | Business |
| 06/08/2015 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXXXX0000-31009 | 399.95 | Business |
| 06/08/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 06/08/2015 | VONAGE AMERICA VONAGE PRICE+TAXES | Arvind Walia | XXXXXX0000-31009 | 209.19 | Business |
| 06/09/2015 | YOUMAIL INC 8003740013 CA | Arvind Walia | XXXXXX0000-31009 | 5.00 | Business |
| 06/12/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 06/12/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXX0000-31009 | 206.42 | Business |
| 06/13/2015 | MessageMedia Cambridge CA | Arvind Walia | XXXXXX0000-31009 | 10.20 | Business |
| 06/15/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 06/16/2015 | PORT AUTHORITY E-ZPASTATEN ISLAND NY | Arvind Walia | XXXXXX0000-31009 | 135.00 | Business |
| 06/16/2015 | RELIANCE COMMUNICATI- | Arvind Walia | XXXXXX0000-31009 | 7.44 | Business |
| 06/17/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 06/17/2015 | M. S. S., T., INC. D9HCPKSVILLE NY | Arvind Walia | XXXXXX0000-31009 | 89.00 | Business |
| 06/19/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 06/19/2015 | IL BACCO LITTLE NECK NY | Arvind Walia | XXXXXX0000-31009 | 90.00 | Business |
| 06/19/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXX0000-31009 | 206.42 | Business |
| 06/20/2015 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXXXX0000-31009 | 9.99 | Business |
| 06/20/2015 | MESRINGCENTRAL, INCSAN MATEO CA | Arvind Walia | XXXXXX0000-31009 | 377.45 | Business |
| 06/21/2015 | AT&T*BILL PAYMENT 95DALLAS TX | Arvind Walia | XXXXXX0000-31009 | 1,011.60 | Business |
| 06/23/2015 | EZPASS PREPAID TOLL 800-333-8655 NY | Arvind Walia | XXXXXX0000-31009 | 45.00 | Business |
| 06/23/2015 | FRANINA RESTAURANT 89YOSSET NY | Arvind Walia | XXXXXX0000-31009 | 80.00 | Business |
| 06/23/2015 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walia | XXXXXX0000-31009 | 500.00 | Business |
| 06/24/2015 | WESTIN HOTEL HERNDON VA | Arvind Walia | XXXXXX0000-31009 | 183.06 | Business |
| 06/24/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 06/25/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 06/26/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXX0000-31009 | 208.33 | Business |
| 06/29/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 26.00 | Business |
| 06/29/2015 | JERICHO RESTAURANT 05YOSSET NY | Arvind Walia | XXXXXX0000-31009 | 65.55 | Business |
| 07/01/2015 | DIGITALOCEAN.COM 6463978051 NY | Arvind Walia | XXXXXX0000-31009 | 143.82 | Business |
| 07/01/2015 | ELIGIBLE API 4154077205 CA | Arvind Walia | XXXXXX0000-31009 | 250.00 | Business |
| 07/01/2015 | PAR NETWORKS INC 04PITTSBURGH PA | Arvind Walia | XXXXXX0000-31009 | 13.94 | Business |
| 07/02/2015 | BX8, INC. 888-898-875SAN JOSE CA | Arvind Walia | XXXXXX0000-31009 | 123.73 | Business |
| 07/02/2015 | BX8, INC. 888-898-875SAN JOSE CA | Arvind Walia | XXXXXX0000-31009 | 235.57 | Business |
| 07/02/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 26.00 | Business |
| 07/02/2015 | LIVEPERSON, INC 8610NEW YORK NY | Arvind Walia | XXXXXX0000-31009 | 488.00 | Business |
| 07/03/2015 | ACTI ANSWERCONNECT 8003515828 OR | Arvind Walia | XXXXXX0000-31009 | 129.95 | Business |
| 07/08/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 380.63 | Business |
| 07/08/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 639.74 | Business |
| 07/08/2015 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXXXX0000-31009 | 399.95 | Business |
| 07/08/2015 | VONAGE AMERICA VONAGE PRICE+TAXES | Arvind Walia | XXXXXX0000-31009 | 202.24 | Business |
| 07/09/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXX0000-31009 | 25.00 | Business |
| 07/09/2015 | YOUMAIL INC 8003740013 CA | Arvind Walia | XXXXXX0000-31009 | 5.00 | Business |
| 07/10/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXX0000-31009 | 208.33 | Business |
| 07/12/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXX0000-31009 | 23.70 | Business |
| 07/13/2015 | MessageMedia Cambridge CA | Arvind Walia | XXXXXX0000-31009 | 10.20 | Business |

| Date | Description | Name | Account | Amount | Type |
|---|---|---|---|---|---|
| 07/14/2015 | GSMC PARKING CONNAU/NEW YORK NY | Arvind Walia | XXXXXXXXXX-31009 | 67.00 | Business |
| 07/14/2015 | SAWA SUSHI INC 516-466-8888 | Arvind Walia | XXXXXXXXXX-31009 | 39.85 | Business |
| 07/16/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXX-31009 | 25.00 | Business |
| 07/16/2015 | RELIANCE COMMUNICATI- | Arvind Walia | XXXXXXXXXX-31009 | 6.88 | Business |
| 07/17/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXX-31009 | 25.00 | Business |
| 07/17/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXX-31009 | 202.51 | Business |
| 07/20/2015 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXXXXXXXX-31009 | 9.99 | Business |
| 07/20/2015 | MES*RINGCENTRAL INCBELMONT CA | Arvind Walia | XXXXXXXXXX-31009 | 371.87 | Business |
| 07/20/2015 | SAWA SUSHI INC 516-466-8888 | Arvind Walia | XXXXXXXXXX-31009 | 55.05 | Business |
| 07/21/2015 | AT&T BILL PAYMENT*86DALLAS TX | Arvind Walia | XXXXXXXXXX-31009 | 767.14 | Business |
| 07/21/2015 | JETBLUE AIRWAYS 8010JETBLUE NY | Arvind Walia | XXXXXXXXXX-31009 | 69.48 | Business |
| 07/21/2015 | JETBLUE AIRWAYS 8010JETBLUE NY | Arvind Walia | XXXXXXXXXX-31009 | 70.00 | Business |
| 07/22/2015 | 54TH AND 2ND PARKINGNEW YORK NY | Arvind Walia | XXXXXXXXXX-31009 | 96.50 | Business |
| 07/22/2015 | MEM RWDS AIRLINE TAX OFFSET FEE | Arvind Walia | XXXXXXXXXX-31009 | 18.75 | Business |
| 07/22/2015 | WINGS TO GO - NEWARKNEWARK DE | Arvind Walia | XXXXXXXXXX-31009 | 16.88 | Business |
| 07/23/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXX-31009 | 25.00 | Business |
| 07/23/2015 | PORT AUTHORITY EZPASTATEN ISLAND NY | Arvind Walia | XXXXXXXXXX-31009 | 25.00 | Business |
| 07/24/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXX-31009 | 135.00 | Business |
| 07/25/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXX-31009 | 202.51 | Business |
| 07/29/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXX-31009 | 25.00 | Business |
| 07/29/2015 | JETBLUE AIRWAYS 2102NEW YORK JFK OK | Arvind Walia | XXXXXXXXXX-31009 | 25.00 | Business |
| 07/29/2015 | JETBLUE AIRWAYS 2102NEW YORK JFK OK | Arvind Walia | XXXXXXXXXX-31009 | 27.00 | Business |
| 07/29/2015 | JETBLUE AIRWAYS 2102NEW YORK JFK OK | Arvind Walia | XXXXXXXXXX-31009 | 81.00 | Business |
| 07/29/2015 | JETBLUE AIRWAYS 8010JETBLUE NY | Arvind Walia | XXXXXXXXXX-31009 | 100.00 | Business |
| 07/29/2015 | JETBLUE AIRWAYS 8010JETBLUE NY | Arvind Walia | XXXXXXXXXX-31009 | 100.00 | Business |
| 07/29/2015 | JETBLUE AIRWAYS 8010JETBLUE NY | Arvind Walia | XXXXXXXXXX-31009 | 284.10 | Business |
| 07/29/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXX-31009 | 284.10 | Business |
| 07/29/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXX-31009 | 89.00 | Business |
| 07/29/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXX-31009 | 92.00 | Business |
| 07/29/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXX-31009 | 188.10 | Business |
| 07/29/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXX-31009 | 188.10 | Business |
| 07/29/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXX-31009 | 259.10 | Business |
| 07/30/2015 | WATERZOO! 8943014985SGARDEN CITY NY | Arvind Walia | XXXXXXXXXX-31009 | 260.00 | Business |
| 07/30/2015 | JETBLUE AIRWAYS 4103BRYCE OK | Arvind Walia | XXXXXXXXXX-31009 | 135.00 | Business |
| 07/30/2015 | JETBLUE AIRWAYS 4103FOREST HILLS NY | Arvind Walia | XXXXXXXXXX-31009 | -70.00 | Business |
| 07/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXXXXXXXX-31009 | 720.20 | Business |
| 07/31/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXXXXXXXX-31009 | 720.20 | Business |
| 07/31/2015 | GRUBHUB SEAMLESS 8775957878 IL | Arvind Walia | XXXXXXXXXX-31009 | 16.28 | Business |
| 08/01/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXX-31009 | 202.51 | Business |
| 08/01/2015 | DIGITALOCEAN.COM 6403978051 NY | Arvind Walia | XXXXXXXXXX-31009 | 70.56 | Business |
| 08/01/2015 | ELIGIBLE API 4154772206 CA | Arvind Walia | XXXXXXXXXX-31009 | 250.00 | Business |
| 08/01/2015 | PAIR NETWORKS INC 04PITTSBURGH PA | Arvind Walia | XXXXXXXXXX-31009 | 11.00 | Business |
| 08/02/2015 | 8X8 INC, SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXX-31009 | 123.73 | Business |
| 08/02/2015 | 8X8 INC, SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXX-31009 | 235.57 | Business |
| 08/03/2015 | ACTI ANSWERCONNECT 8005315828 OR | Arvind Walia | XXXXXXXXXX-31009 | 129.96 | Business |
| 08/03/2015 | EAST 54TH OPERATING-NEW YORK NY | Arvind Walia | XXXXXXXXXX-31009 | 55.00 | Business |

| Date | Description | Name | Account | Amount | Type |
|---|---|---|---|---|---|
| 09/23/2015 | GREEN FAX COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 25.00 | Business |
| 09/04/2015 | EAST 54TH OPERATING-NEW YORK NY | Arvind Walia | XXXXXXXXXXX31009 | 55.00 | Business |
| 09/04/2015 | GCP WEST REALTY GULFE ELMHURST NY | Arvind Walia | XXXXXXXXXXX31009 | 85.01 | Business |
| 09/04/2015 | GREEN FAX COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 25.00 | Business |
| 09/04/2015 | JERICHO RESTAURANT DSYOSSET NY | Arvind Walia | XXXXXXXXXXX31009 | 83.43 | Business |
| 09/04/2015 | LIVEPERSON, INC 8610NEW YORK NY | Arvind Walia | XXXXXXXXXXX31009 | 468.00 | Business |
| 09/04/2015 | TRI STATE LIMO INC Hicksville NY | Arvind Walia | XXXXXXXXXXX31009 | 460.00 | Business |
| 09/04/2015 | US AIRWAYS 800-428-4322 AZ | Arvind Walia | XXXXXXXXXXX31009 | 817.20 | Business |
| 09/04/2015 | US AIRWAYS COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 817.20 | Business |
| 09/05/2015 | GREEN FAX COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 25.00 | Business |
| 09/05/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXXX31009 | 99.00 | Business |
| 09/05/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXXX31009 | 99.00 | Business |
| 09/05/2015 | GREEN FAX COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 25.00 | Business |
| 07/27/2015 | GREEN FAX COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 25.00 | Business |
| 09/07/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXX31009 | 201.98 | Business |
| 09/08/2015 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXXXXXXXXX31009 | 399.95 | Business |
| 09/08/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXX31009 | 5.00 | Business |
| 09/08/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXX31009 | 5.00 | Business |
| 09/08/2015 | VONAGE AMERICA VONAGE PRICE+TAXES | Arvind Walia | XXXXXXXXXXX31009 | 5.69 | Business |
| 09/09/2015 | YOUMAIL, INC 8003740013 CA | Arvind Walia | XXXXXXXXXXX31009 | 233.62 | Business |
| 09/09/2015 | CARRABBAS 8804 WASHINGTON TWNSP OH | Arvind Walia | XXXXXXXXXXX31009 | 5.00 | Business |
| 09/10/2015 | SAWA SUSHI INC 818-406-8886 | Arvind Walia | XXXXXXXXXXX31009 | 60.00 | Business |
| 09/11/2015 | AVIS RENT A CAR VANDALIA OH | Arvind Walia | XXXXXXXXXXX31009 | 49.45 | Business |
| 09/11/2015 | GLV SERVICE INC 3624GREENVALE NY | Arvind Walia | XXXXXXXXXXX31009 | 119.83 | Business |
| 09/11/2015 | GREEN FAX COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 65.76 | Business |
| 09/11/2015 | HEALTHFORMS 8008686590 FL | Arvind Walia | XXXXXXXXXXX31009 | 25.00 | Business |
| 09/11/2015 | HOLIDAY INN EXPRESS CENTERVILLE OH | Arvind Walia | XXXXXXXXXXX31009 | 153.66 | Business |
| 09/11/2015 | HOLIDAY INN EXPRESS CENTERVILLE OH | Arvind Walia | XXXXXXXXXXX31009 | 147.17 | Business |
| 09/11/2015 | LILYS BISTRO 8600020DAYTON OH | Arvind Walia | XXXXXXXXXXX31009 | 147.17 | Business |
| 09/12/2015 | FS *CONNECTIFY 877-827-8914 CA | Arvind Walia | XXXXXXXXXXX31009 | 50.36 | Business |
| 09/12/2015 | GREEN FAX COM 00-08DDYLESTOWN PA | Arvind Walia | XXXXXXXXXXX31009 | 15.00 | Business |
| 09/12/2015 | INDULGE WINE BAR 54CHIGHLANDS RAN CO | Arvind Walia | XXXXXXXXXXX31009 | 25.00 | Business |
| 09/12/2015 | THE UPS STORE #1517 CENTERVILLE OH | Arvind Walia | XXXXXXXXXXX31009 | 73.00 | Business |
| 09/12/2015 | E27ASS PREPAID TOLL 800-333-8655 NY | Arvind Walia | XXXXXXXXXXX31009 | 12.59 | Business |
| 09/12/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXX31009 | 23.57 | Business |
| 09/12/2015 | UNITED AIRLINES HOUSTON TX | Arvind Walia | XXXXXXXXXXX31009 | 123.14 | Business |
| 09/12/2015 | AVIS RENT A CAR DENVER CO | Arvind Walia | XXXXXXXXXXX31009 | 5.99 | Business |
| 08/13/2015 | MassageMeda Cambridge CA | Arvind Walia | XXXXXXXXXXX31009 | 220.06 | Business |
| 08/13/2015 | RESIDENCE INN 933 HIGHLANDS RANCH CO | Arvind Walia | XXXXXXXXXXX31009 | 78.00 | Business |
| 08/13/2015 | RESIDENCE INN 933 HIGHLANDS RANCH CO | Arvind Walia | XXXXXXXXXXX31009 | 10.20 | Business |
| 09/13/2015 | AVIS RENT A CAR BURBANK CA | Arvind Walia | XXXXXXXXXXX31009 | 220.45 | Business |
| 09/14/2015 | JETBLUE AIRWAYS 9010JETBLUE NY | Arvind Walia | XXXXXXXXXXX31009 | 101.47 | Business |
| 09/14/2015 | JETBLUE AIRWAYS 9010JETBLUE NY | Arvind Walia | XXXXXXXXXXX31009 | 11.20 | Business |
| 09/14/2015 | JETBLUE AIRWAYS 9010JETBLUE NY | Arvind Walia | XXXXXXXXXXX31009 | 70.00 | Business |
| 09/14/2015 | JETBLUE AIRWAYS 9010JETBLUE NY | Arvind Walia | XXXXXXXXXXX31009 | 70.00 | Business |
| 09/14/2015 | JETBLUE AIRWAYS 9010JETBLUE NY | Arvind Walia | XXXXXXXXXXX31009 | 70.00 | Business |

| Date | Description | Name | Account | Amount | Category |
|---|---|---|---|---|---|
| 08/14/2015 | JETBLUE AIRWAYS 8010JETBLUE NY | Arvind Walia | XXXXXXXXXXXX31009 | 70.00 | Business |
| 08/14/2015 | JETBLUE AIRWAYS 8010JETBLUE NY | Arvind Walia | XXXXXXXXXXXX31009 | 439.72 | Business |
| 08/14/2015 | T3 GLADSTONES 57876TLOS ANGELES CA | Arvind Walia | XXXXXXXXXXXX31009 | 65.00 | Business |
| 08/14/2015 | US AIRWAYS 800-428-4322 AZ | Arvind Walia | XXXXXXXXXXXX31009 | 591.20 | Business |
| 08/15/2015 | HOLIDAY INN EXPRESS SIMI VALLEY CA | Arvind Walia | XXXXXXXXXXXX31009 | 161.55 | Business |
| 08/15/2015 | HOLIDAY INN EXPRESS SIMI VALLEY CA | Arvind Walia | XXXXXXXXXXXX31009 | 161.55 | Business |
| 08/17/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXXXXXXXXXX31009 | 142.00 | Business |
| 08/17/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXXXXXXXXXX31009 | 142.00 | Business |
| 08/17/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/17/2015 | 'STAPLES 00472 (800) 333-3330 --- | Arvind Walia | XXXXXXXXXXXX31009 | 208.28 | Business |
| 08/18/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/19/2015 | RELIANCE COMMUNICATI-- | Arvind Walia | XXXXXXXXXXXX31009 | 10.50 | Business |
| 08/19/2015 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walia | XXXXXXXXXXXX31009 | 500.00 | Business |
| 08/20/2015 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXXXXXXXXXX31009 | 9.99 | Business |
| 08/20/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/20/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/20/2015 | LONG ISLAND GOURMET (516)246-2866 | Arvind Walia | XXXXXXXXXXXX31009 | 112.97 | Business |
| 08/21/2015 | AT&T;BILL PAYMENT 55DALLAS TX | Arvind Walia | XXXXXXXXXXXX31009 | 1,169.36 | Business |
| 08/21/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 201.98 | Business |
| 08/22/2015 | AVIS RENT ACAR TOLLS88664-22020 NY | Arvind Walia | XXXXXXXXXXXX31009 | 24.65 | Business |
| 08/24/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/24/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/24/2015 | RINGCENTRAL, INC BELMONT CA | Arvind Walia | XXXXXXXXXXXX31009 | 374.55 | Business |
| 08/26/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/27/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/28/2015 | PORT AUTHORITY E-ZPASTATEN ISLAND NY | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 08/29/2015 | STARBUCKS #10514 GLEGlen Cove NY | Arvind Walia | XXXXXXXXXXXX31009 | 135.00 | Business |
| 08/29/2015 | ELIGIBLE API SAN FRANCISCO CA | Arvind Walia | XXXXXXXXXXXX31009 | 4.65 | Business |
| 09/01/2015 | EZPASS PREPAID TOLL 800-333-8655 NY | Arvind Walia | XXXXXXXXXXXX31009 | 250.00 | Business |
| 09/01/2015 | PAR NETWORKS INC PAPITTSBURGH PA | Arvind Walia | XXXXXXXXXXXX31009 | 39.00 | Business |
| 09/01/2015 | SAWA SUSHI INC 516-496-8885 | Arvind Walia | XXXXXXXXXXXX31009 | 740.12 | Business |
| 09/02/2015 | 8X8 INC. SAN JOSE 888-898-8723 CA | Arvind Walia | XXXXXXXXXXXX31009 | 63.65 | Business |
| 09/02/2015 | 8X8 INC. SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXXXX31009 | 124.30 | Business |
| 09/02/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 235.80 | Business |
| 09/02/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/03/2015 | LIVEPERSON, INC 8810NEW YORK NY | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/03/2015 | ACTI ANSWERCONNECT 80082916828 OR | Arvind Walia | XXXXXXXXXXXX31009 | 468.00 | Business |
| 09/03/2015 | READY REFRESH BY NESSTAMFORD CT | Arvind Walia | XXXXXXXXXXXX31009 | 129.88 | Business |
| 09/04/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 1,087.12 | Business |
| 09/04/2015 | NORDSTROM 524 524 GARDEN CITY NY | Arvind Walia | XXXXXXXXXXXX31009 | 208.87 | Business |
| 09/08/2015 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXXXXXXXXXX31009 | 644.15 | Business |
| 09/08/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 399.35 | Business |
| 09/08/2015 | GREEN FAX COM 00-280DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/08/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 94.42 | Business |
| 09/08/2015 | VONAGE AMERICA VONAGE PRICE+TAXES | Arvind Walia | XXXXXXXXXXXX31009 | 242.87 | Business |
| 09/09/2015 | UNITED BROTHERS PETRHICKSVILLE NY | Arvind Walia | XXXXXXXXXXXX31009 | 61.30 | Business |

664

| Date | Description | Name | Account | Amount | Category |
|---|---|---|---|---|---|
| 03/09/2015 | YOUMAIL INC 8003740013 CA | Arvind Walia | XXXXXXXXXXXX31009 | 5.00 | Business |
| 09/11/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/11/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 208.87 | Business |
| 09/12/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 93.00 | Business |
| 03/13/2016 | MessageMedia Cambridge CA | Arvind Walia | XXXXXXXXXXXX31009 | 10.20 | Business |
| 09/14/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/16/2015 | AVIS RENT A CAR HOUSTON TX | Arvind Walia | XXXXXXXXXXXX31009 | 205.01 | Business |
| 09/16/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/18/2015 | HOLIDAY INN HOUSTON TX | Arvind Walia | XXXXXXXXXXXX31009 | 170.81 | Business |
| 09/16/2015 | HOLIDAY INN HOUSTON TX | Arvind Walia | XXXXXXXXXXXX31009 | 252.38 | Business |
| 09/17/2015 | EZPASS PREPAID TOLL 800-333-8655 NY | Arvind Walia | XXXXXXXXXXXX31009 | 78.00 | Business |
| 09/17/2015 | LONG ISLAND GOURMET (516)248-2895 | Arvind Walia | XXXXXXXXXXXX31009 | 99.68 | Business |
| 09/17/2015 | RELIANCE COMMUNICATI- | Arvind Walia | XXXXXXXXXXXX31009 | 3.03 | Business |
| 09/17/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 91.20 | Business |
| 09/18/2015 | GOOGLE *GOOGLE STORAGOOGLE.COM/CH CA | Arvind Walia | XXXXXXXXXXXX31009 | 50.00 | Business |
| 09/18/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/18/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/18/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 205.69 | Business |
| 09/19/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 7.71 | Business |
| 09/20/2015 | GOOGLE *GOOGLE STORAGOOGLE.COM/CH CA | Arvind Walia | XXXXXXXXXXXX31009 | 9.99 | Business |
| 09/21/2015 | MISPRINGCENTRAL, INC6504724100 | Arvind Walia | XXXXXXXXXXXX31009 | 374.56 | Business |
| 09/22/2015 | AT&T*BILL PAYMENT 8SDALLAS TX | Arvind Walia | XXXXXXXXXXXX31009 | 784.35 | Business |
| 09/23/2015 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXXXXXXXXXX31009 | 1,142.20 | Business |
| 09/24/2015 | PARASOL LIP PATIO BAR702-770-2540 NV | Arvind Walia | XXXXXXXXXXXX31009 | 26.00 | Business |
| 09/24/2015 | UBER UBER 888-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 91.99 | Business |
| 09/25/2015 | READY REFRESH BY NESSTAMFORD CT | Arvind Walia | XXXXXXXXXXXX31009 | 14.60 | Business |
| 09/26/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 249.87 | Business |
| 09/27/2015 | AVIS RENT A CAR TOLLS86864220000 NY | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/27/2015 | JETBLUE AIRWAYS 41OPFOREST HILLS NY | Arvind Walia | XXXXXXXXXXXX31009 | 12.65 | Business |
| 09/27/2015 | JETBLUE AIRWAYS 41OPFOREST HILLS NY | Arvind Walia | XXXXXXXXXXXX31009 | -346.10 | Business |
| 09/27/2015 | JETBLUE AIRWAYS 41OPFOREST HILLS NY | Arvind Walia | XXXXXXXXXXXX31009 | -70.00 | Business |
| 09/27/2015 | JETBLUE AIRWAYS 41OPFOREST HILLS NY | Arvind Walia | XXXXXXXXXXXX31009 | -70.00 | Business |
| 09/27/2015 | VIRGIN AMERICA 9000OSAN FRANCISCO CA | Arvind Walia | XXXXXXXXXXXX31009 | -5.60 | Business |
| 09/28/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 1,850.20 | Business |
| 09/29/2015 | HEALTHFORMS 8029888560 FL | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 09/29/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 204.60 | Business |
| 10/01/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 15.06 | Business |
| 10/01/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 10/01/2015 | PAIR NETWORKS INC 04PITTSBURGH PA | Arvind Walia | XXXXXXXXXXXX31009 | 13.94 | Business |
| 10/02/2015 | 8X8 INC. SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXXXX31009 | 124.30 | Business |
| 10/02/2015 | 8X8 INC. SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXXXX31009 | 160.84 | Business |
| 10/02/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 364.18 | Business |
| 10/02/2015 | GREEN FAX COM 00-08DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 529.70 | Business |
| 10/02/2015 | LIVEFERSON, INC 8610NEW YORK NY | Arvind Walia | XXXXXXXXXXXX31009 | 458.00 | Business |
| 10/02/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 208.87 | Business |

| Date | Description | Name | Account | Amount | Category |
|---|---|---|---|---|---|
| 10/09/2015 | APPTIX SHAREPOINT SHERNDON VA | | | 399.95 | Business |
| 10/08/2015 | Vonage.Com AMERICA 866-243-4357 NJ | | | 208.41 | Business |
| 10/09/2015 | PIZZA CUCINA WESTBURY NY | | | 217.99 | Business |
| 10/09/2015 | YOUMAIL INC 8003740013 CA | | | 5.00 | Business |
| 10/12/2015 | PORT AUTHORITY EZ7FASTATEN ISLAND NY | | | 155.00 | Business |
| 10/12/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | | | 25.00 | Business |
| 10/14/2015 | MassageMedia Cambridge CA | | | 10.20 | Business |
| 10/14/2015 | EAST 54TH OPERATING-NEW YORK NY | | | 50.00 | Business |
| 10/14/2015 | GREEN FAX COM 00-080DOYLESTOWNPA | Arvind Walia | XXXXXXXXXXXX-31009 | 25.00 | Business |
| 10/15/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX-31009 | 25.00 | Business |
| 10/15/2015 | KYLIE JENNERKYLIE JSANTA MONICC CA | Arvind Walia | XXXXXXXXXXXX-31009 | 2.99 | Business |
| 10/15/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX-31009 | 182.47 | Business |
| 10/17/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 7.25 | Business |
| 10/19/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX-31009 | 25.00 | Business |
| 10/19/2015 | RELIANCE COMMUNICATINEW YORK NY | Arvind Walia | XXXXXXXXXXXX-31009 | 6.74 | Business |
| 10/20/2015 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXXXXXXXXXX-31009 | 9.99 | Business |
| 10/20/2015 | MESPRINGCENTRAL, INC8ELMONT CA | Arvind Walia | XXXXXXXXXXXX-31009 | 372.96 | Business |
| 10/21/2015 | AT&T*BILL PAYMENT 98DALLAS | Arvind Walia | XXXXXXXXXXXX-31009 | 642.95 | Business |
| 10/21/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX-31009 | 25.00 | Business |
| 10/22/2015 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walia | XXXXXXXXXXXX-31009 | 500.00 | Business |
| 10/23/2015 | ACTI ANSWERCONNECT 8008315828 OR | Arvind Walia | XXXXXXXXXXXX-31009 | 129.98 | Business |
| 10/23/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX-31009 | 189.31 | Business |
| 10/23/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 8.07 | Business |
| 10/26/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX-31009 | 25.00 | Business |
| 10/26/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX-31009 | 25.00 | Business |
| 10/28/2015 | READY REFRESH BY NE85STAMFORD CT | Arvind Walia | XXXXXXXXXXXX-31009 | 388.22 | Business |
| 10/28/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 11.08 | Business |
| 10/28/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 11.37 | Business |
| 10/29/2015 | HOTEL INDIGO RIVERWASAN ANTONIO TX | Arvind Walia | XXXXXXXXXXXX-31009 | 147.03 | Business |
| 10/29/2015 | INMOTION ENT SAT<1 SAN ANTONIO TX | Arvind Walia | XXXXXXXXXXXX-31009 | 29.11 | Business |
| 10/29/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 6.07 | Business |
| 10/29/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 18.23 | Business |
| 10/30/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 17.21 | Business |
| 10/30/2015 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXXXXXXXXXX-31009 | 78.00 | Business |
| 10/31/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 5.00 | Business |
| 10/31/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 5.00 | Business |
| 10/31/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 10.15 | Business |
| 10/31/2015 | Vonage.Com AMERICA 866-243-4357 NJ | Arvind Walia | XXXXXXXXXXXX-31009 | 0.97 | Business |
| 11/01/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 5.25 | Business |
| 11/01/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 5.25 | Business |
| 12/08/2015 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXXXXXXXXXX-31009 | 399.95 | Business |
| 12/08/2015 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX-31009 | 25.00 | Business |
| 12/09/2015 | YOUMAIL INC 8003740013 CA | Arvind Walia | XXXXXXXXXXXX-31009 | 5.00 | Business |
| 12/11/2015 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX-31009 | 202.02 | Business |
| 12/13/2015 | MassageMedia Cambridge CA | Arvind Walia | XXXXXXXXXXXX-31009 | 10.20 | Business |
| 12/14/2015 | TRI STATE LIMO INC HGicsville NY | Arvind Walia | XXXXXXXXXXXX-31009 | 350.00 | Business |

666

| Date | Description | Name | Account | Amount | Category |
|---|---|---|---|---|---|
| 12/14/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 79.79 | Business |
| 12/15/2015 | EDIBLE ARRANGEMENTS WALLINGFORD CT | Arvind Walia | XXXXXXXXXXXX31009 | 53.21 | Business |
| 12/17/2015 | RELIANCE COMMUNICA7NEW YORK NY | Arvind Walia | XXXXXXXXXXXX31009 | 5.87 | Business |
| 12/18/2015 | 8X8 INC, SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXXXX31009 | 232.45 | Business |
| 12/20/2015 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXXXXXXXXXX31009 | 9.99 | Business |
| 12/20/2015 | MES*RINGCENTRAL, INCBELMONT CA | Arvind Walia | XXXXXXXXXXXX31009 | 372.96 | Business |
| 12/20/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 9.99 | Business |
| 12/20/2015 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 14.80 | Business |
| 12/20/2015 | AT&T*BILL PAYMENT 95DALLAS | Arvind Walia | XXXXXXXXXXXX31009 | 15.72 | Business |
| 12/21/2015 | MES*RINGCENTRAL, INCBELMONT CA* | Arvind Walia | XXXXXXXXXXXX31009* | 820.47 | Business |
| 12/23/2015 | READY REFRESH BY NESSTAMFORD CT | Arvind Walia | XXXXXXXXXXXX31009 | -84.58 | Business |
| 12/29/2015 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walia | XXXXXXXXXXXX31009 | 334.76 | Business |
| 12/31/2015 | ELIGIBLE.API SAN FRANCISCO CA | Arvind Walia | XXXXXXXXXXXX31009 | 200.00 | Business |
| 01/01/2016 | PAIR NETWORKS INC 04PITTSBURGH PA | Arvind Walia | XXXXXXXXXXXX31009 | 0.93 | Business |
| 01/02/2016 | 8X8 INC, SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXXXX31009 | 13.94 | Business |
| 01/02/2016 | 8X8 INC, SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXXXX31009 | 122.45 | Business |
| 01/02/2016 | 8X8 INC, SAN JOSE 888-898-8733 CA | Arvind Walia | XXXXXXXXXXXX31009 | 124.30 | Business |
| 01/02/2016 | LIVEPERSON, INC 8610NEW YORK NY | Arvind Walia | XXXXXXXXXXXX31009 | 160.64 | Business |
| 01/03/2016 | ACT! ANSWERCONNECT 800831S828 OR | Arvind Walia | XXXXXXXXXXXX31009 | 468.00 | Business |
| 01/03/2016 | CONCUR DBA. TRIPIT 08877-901-4990 CA | Arvind Walia | XXXXXXXXXXXX31009 | 129.98 | Business |
| 01/04/2016 | AA AIR TICKET SALE 4DALLAS TX | Arvind Walia | XXXXXXXXXXXX31009 | 49.00 | Business |
| 01/04/2016 | AA MISC SALE/TAXI FDALLAS TX | Arvind Walia | XXXXXXXXXXXX31009 | 467.20 | Business |
| 01/05/2016 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXXXXXXXXXX31009 | 157.88 | Business |
| 01/05/2016 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 766.20 | Business |
| 01/06/2016 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 385.87 | Business |
| 01/07/2016 | Vonage.Com AMERICA 866-243-4357 NJ | Arvind Walia | XXXXXXXXXXXX31009 | 455.62 | Business |
| 01/08/2016 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXXXXXXXXXX31009 | 209.47 | Business |
| 01/08/2016 | HEALTHFORMS 8008665509 FL | Arvind Walia | XXXXXXXXXXXX31009 | 399.95 | Business |
| 01/08/2016 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 204.60 | Business |
| 01/09/2016 | INDIAN SIZZLER 0557 NEWARK DE | Arvind Walia | XXXXXXXXXXXX31009 | 203.98 | Business |
| 01/09/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 38.95 | Business |
| 01/12/2016 | HOLIDAY INN EXPRESS TYLER TX . | Arvind Walia | XXXXXXXXXXXX31009 | 81.32 | Business |
| 01/13/2016 | LAGUARDIA LOT2 001 NEW YORK NY | Arvind Walia | XXXXXXXXXXXX31009 | 122.10 | Business |
| 01/13/2016 | Message/Media Cambridge CA | Arvind Walia | XXXXXXXXXXXX31009 | 78.00 | Business |
| 01/13/2016 | OFFICE SOLUTIONS INCSYOSSET NY | Arvind Walia | XXXXXXXXXXXX31009 | 10.20 | Business |
| 01/13/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 674.62 | Business |
| 01/14/2016 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 8.37 | Business |
| 01/15/2016 | RELIANCE COMMUNICA7NEW YORK NY | Arvind Walia | XXXXXXXXXXXX31009 | 203.44 | Business |
| 01/17/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXXXXXXXXXX31009 | 3.03 | Business |
| 01/17/2016 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walia | XXXXXXXXXXXX31009 | 500.00 | Business |
| 01/19/2016 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXXXXXXXXXX31009 | 39.00 | Business |
| 01/20/2016 | GOOGLE *GOOGLE STORAGOOGLE.COMCH CA | Arvind Walia | XXXXXXXXXXXX31009 | 9.99 | Business |
| 01/20/2016 | GREEN FAX COM 00-080DOYLESTOWN PA | Arvind Walia | XXXXXXXXXXXX31009 | 25.00 | Business |
| 01/20/2016 | MES*RINGCENTRAL, INCBELMONT CA | Arvind Walia | XXXXXXXXXXXX31009 | 376.63 | Business |
| 01/21/2016 | AT&T*BILL PAYMENT 95DALLAS | Arvind Walia | XXXXXXXXXXXX31009 | 963.38 | Business |
| 01/22/2016 | PIZZA CUCINA WESTBURY NY | Arvind Walia | XXXXXXXXXXXX31009 | 207.09 | Business |

667

| Date | Description | Name | Account | Amount | Type |
|---|---|---|---|---|---|
| 01/23/2016 | MESPRINGCENTRAL, INCBELMONT CA | Arvind Walia | XXXX-XXXXXX-31009 | 85.39 | Business |
| 01/25/2016 | READY REFRESH BY NESSTAMFORD CT | Arvind Walia | XXXX-XXXXXX-31009 | 219.07 | Business |
| 01/29/2016 | VIANA HOTEL & SPA, WESTBURY | Arvind Walia | XXXX-XXXXXX-31009 | 280.56 | Business |
| 02/01/2016 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXX-XXXXXX-31009 | 90.00 | Business |
| 02/11/2016 | PAR NETWORKS INC 04PITTSBURGH PA | Arvind Walia | XXXX-XXXXXX-31009 | 11.00 | Business |
| 02/20/2016 | 8X8 INC, SAN JOSE 888-898-8723 CA | Arvind Walia | XXXX-XXXXXX-31009 | 110.46 | Business |
| 02/20/2016 | 8X8 INC, SAN JOSE 888-898-8723 CA | Arvind Walia | XXXX-XXXXXX-31009 | 124.77 | Business |
| 02/20/2016 | 8X8 INC, SAN JOSE 888-898-8723 CA | Arvind Walia | XXXX-XXXXXX-31009 | 161.29 | Business |
| 02/02/2016 | ACT! ANSWERCONNECT 8005315828 OR | Arvind Walia | XXXX-XXXXXX-31009 | 129.98 | Business |
| | LONG ISMINEOLA NY · · · · · · · · · · · · · · | Arvind Walia | · · · · · · · · · · · · · · | 373.20 | Business |
| 02/05/2016 | HOLIDAY INN EXPRESS MOLINE IL | Arvind Walia | XXXX-XXXXXX-31009 | 399.35 | Business |
| 02/17/2016 | Vonage.Com AMERICA 866-243-4357 NJ | Arvind Walia | XXXX-XXXXXX-31009 | 206.55 | Business |
| 02/08/2016 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXX-XXXXXX-31009 | 399.95 | Business |
| 02/09/2016 | YOUMAIL, INC 8037740013 CA | Arvind Walia | XXXX-XXXXXX-31009 | 5.00 | Business |
| 02/13/2016 | MessageMedia Cambridge CA | Arvind Walia | XXXX-XXXXXX-31009 | 10.20 | Business |
| 02/16/2016 | RELIANCE COMMUNICATINEW YORK NY | Arvind Walia | XXXX-XXXXXX-31009 | 7.95 | Business |
| 02/18/2016 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walia | XXXX-XXXXXX-31009 | 201.00 | Business |
| 02/20/2016 | GOOGLE *GOOGLE STORAGGOOGLE.COMCH CA | Arvind Walia | XXXX-XXXXXX-31009 | 9.99 | Business |
| 02/21/2016 | AT&TBILL PAYMENT SIDALLAS | Arvind Walia | XXXX-XXXXXX-31009 | 989.95 | Business |
| 03/07/2016 | DOYLESTOWN PA | Arvind Walia | XXXX-XXXXXX-31009 | 25.00 | Business |
| 03/01/2016 | PITTSBURGH PA PAIR | Arvind Walia | XXXX-XXXXXX-31009 | 740.12 | Business |
| 03/02/2016 | 888-898-8733 CA | Arvind Walia | XXXX-XXXXXX-31009 | 110.46 | Business |
| 03/02/2016 | 888-898-8733 CA | Arvind Walia | XXXX-XXXXXX-31009 | 161.29 | Business |
| 03/02/2016 | 8X8 INC, SAN JOSE 888-898-8733 CA | Arvind Walia | XXXX-XXXXXX-31009 | 124.77 | Business |
| 03/02/2016 | ACT! ANSWERCONNECT 8005315828 OR | Arvind Walia | XXXX-XXXXXX-31009 | 129.98 | Business |
| 03/05/2016 | LIVEPERSON, INC 8610NEW YORK NY | Arvind Walia | XXXX-XXXXXX-31009 | 468.00 | Business |
| 03/07/2016 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXX-XXXXXX-31009 | 60.00 | Business |
| 03/08/2016 | GREEN! FAX COM 00-06DOYLESTOWN PA | Arvind Walia | XXXX-XXXXXX-31009 | 25.00 | Business |
| 03/08/2016 | APPTIX SHAREPOINT SHERNDON VA | Arvind Walia | XXXX-XXXXXX-31009 | 399.95 | Business |
| 03/08/2016 | BASS STREET DHOP HOUMOLINE IL | Arvind Walia | XXXX-XXXXXX-31009 | 310.00 | Business |
| 03/09/2016 | Vonage.Com AMERICA 866-243-4357 NJ | Arvind Walia | XXXX-XXXXXX-31009 | 255.24 | Business |
| 03/10/2016 | SCI MOLINE,LLC 0061 MOLINE IL | Arvind Walia | XXXX-XXXXXX-31009 | 118.56 | Business |
| 03/10/2016 | 575 LEX GARAGE NEW YORK NY | Arvind Walia | XXXX-XXXXXX-31009 | 38.50 | Business |
| 03/10/2016 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXX-XXXXXX-31009 | 68.00 | Business |
| 03/13/2016 | MR KS RESTAURANT NEW YORK | Arvind Walia | XXXX-XXXXXX-31009 | 139.01 | Business |
| 03/13/2016 | DELTA AIR LINES ATLANTA | Arvind Walia | XXXX-XXXXXX-31009 | 778.20 | Business |
| 03/14/2016 | MessageMedia Cambridge CA | Arvind Walia | XXXX-XXXXXX-31009 | 10.20 | Business |
| 03/14/2016 | SCOTTSDALE AZ | Arvind Walia | XXXX-XXXXXX-31009 | 1,000.00 | Business |
| 03/15/2016 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXX-XXXXXX-31009 | 60.00 | Business |
| 03/18/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXX-XXXXXX-31009 | 14.79 | Business |
| 03/16/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXX-XXXXXX-31009 | 17.39 | Business |
| 03/15/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXX-XXXXXX-31009 | 28.90 | Business |
| 03/17/2016 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXX-XXXXXX-31009 | 39.00 | Business |
| 03/18/2016 | LETTERSTREAM, INC SCOTTSDALE AZ | Arvind Walia | XXXX-XXXXXX-31009 | 500.00 | Business |
| 03/20/2016 | GOOGLE *GOOGLE STORAG.COPAYHELP# CA | Arvind Walia | XXXX-XXXXXX-31009 | 9.99 | Business |
| 03/20/2016 | MESPRINGCENTRAL, INCBELMONT CA | Arvind Walia | XXXX-XXXXXX-31009 | 380.80 | Business |

| Date | Description | Name | Account | Amount | Type |
|---|---|---|---|---|---|
| 03/20/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXX-XXXXXX-31009 | 12.88 | Business |
| 03/21/2016 | AT&T*BILL PAYMENT 9SDALLAS | Arvind Walia | XXXX-XXXXXX-31009 | 1,706.11 | Business |
| 03/22/2016 | MES*RINGCENTRAL INC 8 BELMONT CA | Arvind Walia | XXXX-XXXXXX-31009 | 86.16 | Business |
| 03/25/2016 | READY REFRESH BY NESS STAMFORD CT | Arvind Walia | XXXX-XXXXXX-31009 | 5.43 | Business |
| 03/28/2016 | EZ PASS PREPAID TOLL800-333-8655 NY | Arvind Walia | XXXX-XXXXXX-31009 | 60.00 | Business |
| 03/31/2016 | SCOTTSDALE AZ | Arvind Walia | XXXX-XXXXXX-31009 | 1,000.00 | Business |
| 03/31/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXX-XXXXXX-31009 | 9.23 | Business |
| 03/31/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXX-XXXXXX-31009 | 15.71 | Business |
| 03/31/2016 | UBER UBER 866-576-1039 CA | Arvind Walia | XXXX-XXXXXX-31009 | 24.18 | Business |

**Bank account debited**

| Month | Amount |
|---|---|
| Mar-15 | 15615.94 |
| Apr-15 | - |
| May-15 | 12567.57 |
| Jun-15 | 9668.19 |
| Jul-15 | 13920.27 |
| Aug-15 | 35976.33 |
| Sep-15 | 30472.27 |
| Oct-15 | 4684.67 |
| Nov-15 | 8153.27 |
| Dec-15 | 2494.58 |
| Jan-16 | 3301.65 |
| Feb-16 | 10883.89 |
| Mar-16 | 8496.25 |
| Apr-16 | 4356.74 |

88,548

**Total Payments made for Amex from Porteck Chase account**  160,092

**Excess paid to be adjusted against Net assets payment**  71,544

669



Paid On Behalf





*Deal fees paid*

| Payment Date | Payee | Amount |
|---|---|---|
| 4/6/2015 | Abstract Business Advisors | 23,000.00 |
| 4/6/2015 | GR Capital Management | 23,000.00 |
| 5/11/2015 | Abstract Business Advisors | 23,000.00 |
| 5/11/2015 | GR Capital Management | 23,000.00 |
| 6/15/2015 | GR Capital Management | 46,000.00 |
| 7/15/2015 | Abstract Business Advisors | 23,000.00 |
| 7/15/2015 | GR Capital Management | 23,000.00 |
| 8/17/2015 | Abstract Business Advisors | 23,000.00 |
| 8/17/2015 | GR Capital Management | 23,000.00 |
| 9/21/2015 | Abstract Business Advisors | 23,000.00 |
| 9/21/2015 | GR Capital Management | 23,000.00 |
| **TOTAL** | | **276,000.00** |

4:13 PM
06/24/15
Accrual Basis

# Porteck Corporation
# Balance Sheet
### As of May 31, 2015

| | Feb 28, 15 | | | |
| | Debit | Credit | Purchased | Purchased |
| --- | ---: | ---: | ---: | ---: |
| Chase Bank | 35,759.38 | | | |
| People's United Bank (xx5949) | 10,412.70 | | | |
| 1200 · Accounts Receivable | 2,005,838.69 | | | |
| Accrued Income | 746,312.66 | | | |
| Prepaid Expense | | | 222.69 | |
| Prepaid Expense:Prepaid Software | | | 974.18 | |
| 1499 · Undeposited Funds | 7,332.85 | | | |
| AHMS Computer & Equipment | | | 162,937.50 | |
| AHMS Computer & Equipment:Accumulated Depreciation AHMS | | | | 162,937.50 |
| Car-Automobile | | | 122,467.40 | |
| Car-Automobile:Accumulated Depreciation Car-Au | | | | 122,467.40 |
| Computers & Equipment - 2012 | | | 5,532.48 | |
| Computers & Equipment - 2012:Acc. Depreciation - Comp Eq 12 | | | | 30,396.98 |
| Computers & Equipment - 2012:Doshi Computer Equipment | | | 24,864.50 | |
| Computers & Equipments | | | 111,400.00 | |
| Computers & Equipments:Accumulated Depreciation | | | | 111,400.00 |
| Computers & Equipments-2003 | | | 7,422.00 | |
| Computers & Equipments-2003:Acc. Depreciation-Comp. Equi.20 | | | | 7,422.00 |
| Computers & Equipments-2004 | | | 5,003.00 | |
| Computers & Equipments-2004:Acc. Depreciation-Comp. Equi.20 | | | | 5,003.00 |
| Furniture & Fixtures | | | 75,000.00 | |
| Furniture & Fixtures:Acc. Depreciation-Furniture & F | | | | 75,000.00 |
| PCA Computer & Equipment | | | 92,331.25 | |
| PCA Computer & Equipment:Accumulated Depreciation PCA | | | | 92,331.25 |
| Software-2003 | | | 4,671.00 | |
| Software-2003:Acc. Depreciation-Software | | | | 4,671.00 |
| Customer List & Contracts - PCA | | | 865,000.00 | |
| Customer List & Contracts -AHMS | | | 2,250,000.00 | |
| Customer List Add'l AHMS AR | | | 138,915.30 | |
| Goodwill - AHMS | | | 100,000.00 | |
| Goodwill - AHMS:Accumulated Impairment Loss | | | | 100,000.00 |
| Goodwill - PCA | | | 1,450,000.00 | |
| Trade Name | | | | |
| PARCS software | | | | |
| Customer contracts | | | | |
| Goodwill | | | | |
| Security Deposits | | | 9,716.00 | |
| 2000 · Accounts Payable | | 257,988.46 | | |
| Accrued Expenses | 27,828.43 | | | |
| 2100 · Payroll Liabilities:2102 · Accrued Payroll Liabilities | | 89,823.63 | | |
| Due to AHMS Add'l AR Purchase | | | | 81,033.90 |
| Loan from/to Shareholders | | | | (24,032.99) |
| Loan Payable - AHMS | | | | 592,800.59 |
| Loan Payable - Itria Ventures | | | | 486,083.22 |
| Loan Payable - PCA | | 552,699.51 | | |
| Loan Payable - Swift Financial | | | | 168,356.25 |
| Peoples Credit Line #0010 | | | | 596,184.00 |
| 3000 · Opening Bal Equity | | | | 210,000.30 |
| 3500 · Shareholder Distributions | | | | 475,691.92 |
| 3800 · Additional Paid-in Capital | | | | 500,000.00 |
| 3900 · Retained Earnings | | | | 3,261,684.09 |
| TOTAL | 2,833,484.71 | 900,511.60 | | |

| Type | Date | Num | P.O.# | Name | Terms | Due Date | Aging | Open Balance as of Feb 28 2015 | Open Balance as of April 3 2015 | Credit memo raised |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | 02/11/2015 | Koto015 | 01/01/2015-01/01/2015 | Adam Kotani, M.D. | Net 30 | 03/13/2015 | | 5,055.67 | 0.00 | |
| Invoice | 02/21/2014 | 2782 | FEBRUARY 2014 | American Radiology Services | Net 10 | 03/03/2014 | 329 | 406.49 | 0.00 | |
| Invoice | 03/28/2014 | 2970 | FEBRUARY 2014 | American Radiology Services | Net 10 | 04/05/2014 | 329 | 916.78 | 0.00 | |
| Invoice | 01/05/2015 | 3244 | 12/01/2014-12/31/2014 | Arba Marta Kanani M.D., P.C. | Net 10 | 01/15/2015 | 54 | 2,570.00 | 0.00 | |
| Invoice | 12/15/2015 | 3579 | | B&B Radiology | Net 15 | 01/29/2015 | 38 | 3,322.45 | 0.00 | |
| Payment | 01/06/2015 | 3468 | 12/01/2014-12/31/2014 | B&B Radiology | | | | (10.10) | 0.00 | |
| Invoice | 02/02/2015 | 3641G | | Brent Lehman Hospital | | | | 147.05 | 0.00 | |
| Invoice | 02/09/2015 | 3552G | | Brooklyn Medical Eye Associates | | | | 336.24 | 0.00 | |
| Invoice | 02/18/2015 | 3672G | 02/01/2015-02/18/2015 | Brooklyn Medical Eye Associates | Due on receipt | | 12 | 314.00 | 0.00 | |
| Payment | 02/23/2015 | 3585G | | Brooklyn Medical Eye Associates | | 02/23/2015 | 5 | 732.24 | 0.00 | |
| Invoice | 02/11/2015 | Amin028 | 01/01/2015-01/01/2015 | Tarick Amin, M.D. | Net 30 | 03/13/2015 | | 8,815.75 | 0.00 | |
| Invoice | 02/11/2015 | R009 | 01/01/2015-01/01/2015 | David Rappaport, M.D. | Net 10 | 03/13/2015 | | 108.15 | 0.00 | |
| Invoice | 12/31/2014 | 188 | 12/01/2014-11/20/2014 | Doctors United Inc. | Due on receipt | 01/31/2015 | 201 | 4,206.85 | 0.00 | |
| Invoice | 12/15/2015 | 3557 | 01/07/2015-01/31/2015 | Doctors United Inc. | Due on receipt | | 58 | 227,715.45 | 0.00 | |
| Invoice | 02/25/2015 | 2759 | | Doctors United Inc. | Due on receipt | | 58 | 21,960.00 | 0.00 | |
| Invoice | 02/25/2015 | 3096 | | Doctors United Inc. | Due on receipt | | 58 | 3,341.25 | 3,341.25 | |
| Invoice | 01/15/2015 | 3739 | | Doctors United Inc.-GFG Medical P.C. | Due on receipt | | 58 | 2,630.01 | 0.00 | |
| Invoice | 01/01/2015 | 3741 | 01/01/2015-01/01/2015 | Doctors United Inc.-GFG Medical P.C. | Due on receipt | | 17 | 2,630.01 | 0.00 | |
| Invoice | 02/11/2015 | 3742 | 01/01/2015-01/01/2015 | Doctors United Inc.-Greater NY PT & Chiropractic P.C. | Due on receipt | | 59 | 23,979.05 | 0.00 | |
| Invoice | 01/01/2015 | 3690 | 01/01/2015-01/01/2015 | Doctors United Inc.-Greater NY PT & Chiropractic P.C. | Due on receipt | | 17 | 2,947.75 | 0.00 | |
| Invoice | 02/11/2015 | 3743 | 01/01/2015-01/01/2015 | GN PLLC-Jaymon Medical PC | Due on receipt | | 59 | 1,962.25 | 0.00 | |
| Invoice | 01/01/2015 | 3561 | 01/01/2015-01/01/2015 | JAVGKAB Reconciliation | Due on receipt | | 17 | 2,045.35 | 0.00 | |
| Invoice | 02/11/2014 | 3563 | MIGHUDSON Reconciliation | | Due on receipt | | 59 | 75,500.00 | 0.00 | |
| Invoice | 04/28/2014 | 3214 | 11/01/2014-11/20/2014 | Doctors United Inc.-MH4-Hudson Comprehensive Medical & Diagno | Due on receipt | | 184 | 2,046.25 | 0.00 | |
| Invoice | 12/31/2014 | 3481 | 11/01/2014-11/20/2014 | Docti Diagnostic | Due on receipt | | 58 | 111,890.00 | 44,604.00 | |
| Invoice | 03/31/2014 | 2875 | 02/01/2014-02/24/2014 | Docti Diagnostic | Due on receipt | | 334 | 43,000.00 | 0.00 | |
| Invoice | 02/25/2014 | 2994 | 02/01/2014-02/24/2014 | Docti Diagnostic | Due on receipt | | 334 | 38,373.24 | 0.00 | |
| Invoice | 05/20/2014 | 3066 | 04/01/2014-04/30/2014 | Docti Diagnostic | Due on receipt | | 337 | 21,733.62 | 0.00 | |
| Invoice | 01/30/2015 | 3943 | 01/01/2015-01/31/2015 | Docti Diagnostic | Due on receipt | | 343 | 227,185.55 | 0.00 | |
| Invoice | 02/26/2014 | 2879 | 01/01/2014-01/25/2014 | Docti Diagnostic | Due on receipt | | 29 | 24,153.32 | 24,153.32 | |
| Invoice | 06/30/2014 | 3397 | 06/01/2014-06/25/2014 | Docti Diagnostic | Due on receipt | | 243 | 60,000.00 | 18,056.00 | |
| Invoice | 07/30/2014 | 3398 | 06/01/2014-06/25/2014 | Docti Diagnostic | Due on receipt | | 213 | 211,756.11 | 21,735.41 | |
| Invoice | 12/11/2013 | DX023 | | Dev Kokkei, M.D. | Net 20 | 01/10/2014 | 151 | 821.46 | 0.00 | |
| Invoice | 11/23/2013 | DX022 | | Dev Kokkei, M.D. | Due on receipt | | 273 | 2,738.04 | 0.00 | |
| Invoice | 12/04/2014 | 12234 | 11/01/2014-11/20/2014 | Dev Kokkei, M.D. | Due on receipt | | 58 | 2,478.77 | 0.00 | |
| Invoice | 01/13/2015 | BG91045 | 12/01/2014-12/31/2014 | Gillian Shepherd, M.D/ Daniel Burton, MD | Net 30 | 02/12/2015 | 25 | 1,358.93 | 0.00 | |
| Invoice | 02/25/2015 | Let020 | | Gillian Shepherd, M.D. | Net 30 | | | 545.75 | 0.00 | 545.75 |
| Invoice | 02/20/2015 | 20150098 | | Hsiang Chen, M.D. | Net 30 | | | 4,107.73 | 0.00 | |
| Payment | 02/11/2015 | Pen014 | January 2015 | Huntington Medical Group | Net 30 | 03/11/2015 | | (285.00) | 0.00 | |
| Invoice | 01/12/2015 | 3577 | 12/01/2014-12/31/2014 | Impression Imaging | Net 10 | 02/22/2015 | 5 | 6,454.12 | 0.00 | |
| Invoice | 01/12/2015 | 3511 | 12/01/2014-12/31/2014 | Impression Imaging | Net 10 | 01/22/2015 | 37 | 8,680.47 | 0.00 | |
| Invoice | 11/05/2015 | 3520 | 12/01/2014-12/31/2014 | Inford Diagnostic Services | Net 10 | 01/22/2015 | 33 | 6,420.28 | 0.00 | |
| Invoice | 02/26/2015 | 3503 | 12/01/2014-12/31/2014 | Inford Diagnostic Services | Net 10 | 01/05/2015 | 33 | 14,494.25 | 0.00 | |
| Invoice | 01/30/2015 | New013 | 12/01/2014-12/31/2014 | Internal Medicine Associates | Net 10 | 02/20/2015 | 7 | 3,531.74 | 0.00 | |
| Invoice | 02/11/2015 | BP00013 | 12/01/2014-12/31/2014 | International Cosmedic Surgery | Net 10 | 02/27/2015 | | 283.10 | 0.00 | |
| Invoice | 12/30/2014 | ELP00132 | 11/01/2014-11/20/2014 | Eastern LI Physicians Services | Net 30 | | 57 | 16,901.95 | 0.00 | |
| Invoice | 02/11/2015 | ELP00133 | 12/01/2014-12/31/2014 | Eastern LI Physicians Services | Net 30 | | 57 | 1,462.14 | 0.00 | |
| Invoice | 01/01/2015 | 98PCA | 01/01/2015-01/01/2015 | Elan Singer, M.D. | Net 30 | | 17 | 3,037.37 | 0.00 | |
| Invoice | 02/11/2015 | 90033 | 01/01/2015-01/01/2015 | Frank Aaljahni, M.D. | Net 30 | | | 6,813.54 | 0.00 | |
| Payment | 02/22/2015 | 10108 | | Frank Aaljahni, M.D. | | | | 0.00 | 0.00 | |
| Invoice | 02/20/2014 | 10154 | | Frazier Neurosurgery, PLLC | | | | 63.00 | 0.00 | |
| Invoice | 02/27/2014 | 3045 | | Gencare Associates of New Jersey | | | 382 | 150.00 | 0.00 | |
| Invoice | 02/22/2015 | 3046 | | Gencare Associates of New Jersey | | | 25 | 9,653.95 | 0.00 | |
| Invoice | 01/13/2015 | 3545 | | Gillian Shepherd, M.D/ Daniel Burton, MD | | | | 22,615.75 | 0.00 | |
| Invoice | 12/04/2014 | 12234 | | Gregn Byekworth, M.D. | | | 17 | (18.87) | 0.00 | |
| Invoice | 02/20/2015 | Let020 | 12/01/2014-12/31/2014 | Hospital for Special Surgery/HSS Ortho | Net 30 | 03/11/2015 | 17 | 545.75 | 0.00 | |
| Invoice | 01/20/2015 | Let020 | 01/01/2015-01/31/2015 | Hsiang Chen, M.D. | Net 30 | | 26 | 4,316.98 | 0.00 | |
| Invoice | 01/01/2015 | 98PCA | 01/01/2015-01/01/2015 | Jeremiah Radzine, M.D. | Net 20 | | | 0.00 | 0.00 | |
| Invoice | 01/10/2015 | 1028PCA | 01/01/2015-01/01/2015 | Jimmy Borg M.D. | Net 30 | | | 0.00 | 0.00 | |
| Invoice | 01/05/2015 | 9PCA | 01/01/2015-01/01/2015 | Jimmy Borg M.D. | | | | 0.00 | 0.00 | |
| Invoice | 01/07/2015 | SH1052 | 01/01/2015-01/01/2015 | John E Sherman, M.D. | | | | 0.00 | 0.00 | |
| Invoice | 12/20/2015 | 3550 | 01/01/2015-01/01/2015 | John Gallagher M.D/ P.C. | | | | 0.00 | 0.00 | |
| Invoice | 01/20/2015 | 12739PCA | | Joseph DeSeffa, M.D. | | | | 0.00 | 0.00 | |

AR-Feb 28, 201

| Type | Date | Num | Memo | Name | Terms | Due Date | Aging | Amount | Open Balance | Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | 01/22/2015 | 1274PCA | 12/01/2014+10/31/2014 | Joseph Detella, M.D | Net 30 | 02/11/2015 | 17 | 5,131.89 | 0.00 | |
| Invoice | 12/24/2015 | 127PCA | 11/01/2014+10/31/2014 | Joseph Detella, M.D | Net 30 | 01/05/2015 | 17 | 8,891.35 | 0.00 | |
| Invoice | 12/11/2015 | PC63 | 11/01/2014+12/31/2014 | Kenneth Favela, M.D. | Net 30 | 01/05/2015 | | 549.45 | 0.00 | |
| Invoice | 01/22/2015 | 3528 | 12/01/2014+12/31/2014 | Khurana Radiology MD PA | Net 30 | 02/11/2015 | | 549.45 | 0.00 | |
| Invoice | 12/11/2014 | 3456 | 11/01/2014+11/30/2014 | Khurana Radiology MD PA | Net 30 | 12/21/2014 | 89 | 179.31 | 0.00 | |
| Invoice | 01/22/2015 | Lloyd0B | 12/01/2014+12/31/2014 | Lloyd Gayle, M.D | Net 30 | 02/11/2015 | 17 | 3,339.14 | 0.00 | |
| Invoice | 11/12/2015 | Lloyd05 | 12/07/2014+12/31/2014 | Lloyd Gayle, M.D | Net 30 | 12/21/2014 | 17 | 4,810.00 | 0.00 | |
| Invoice | 02/11/2015 | MMC1021 | 12/01/2014+12/31/2014 | Maimonides Medical Center | Net 30 | 03/13/2015 | | 0.00 | 0.00 | |
| Invoice | 02/11/2015 | MMC1021A | 01/01/2015+01/31/2015 | Maimonides Medical Center | Net 30 | 03/13/2015 | 45 | 0.00 | 0.00 | |
| Invoice | 01/13/2015 | MMC1021 | 12/01/2014+12/31/2014 | Maimonides Medical Center | Net 30 | 07/13/2015 | 48 | 573.39 | 0.00 | |
| Invoice | 01/13/2015 | MMC1020 | 12/01/2014+12/31/2014 | Maimonides Medical Center | Net 30 | 07/13/2015 | 48 | 8,982.57 | 0.00 | |
| Payment | 12/24/2014 | Marx165 | | Main Line Plastic Surgery | | | | 6,868.37 | 0.00 | |
| Payment | 02/11/2015 | 3584 | | Mark Stuhmaann, M.D. | | | | 557.46 | 0.00 | |
| Invoice | 02/17/2015 | 3479 | 01/01/2015+01/31/2015 | MEDSTAR | Net 15 | 03/05/2015 | | 4,534.81 | 0.00 | |
| Invoice | 02/17/2015 | 3584 | 01/01/2015+01/31/2015 | MEDSTAR | Net 15 | 03/05/2015 | | 12,478.40 | 0.00 | |
| Payment | 02/20/2015 | 3588 | | Middletown Medical Imaging | | | | (968.07) | 0.00 | |
| Payment | 02/20/2015 | 3549 | | Midtown Physical Medicine P.C. | | | | 342.25 | 0.00 | |
| Invoice | 02/20/2015 | 3549 | 01/01/2015+01/31/2015 | New York Spine Care | Net 30 | 03/04/2015 | 26 | 10,175.00 | 0.00 | |
| Invoice | 02/11/2015 | PAR10 | 01/01/2015+01/31/2015 | Norwalk Hospital | Net 10 | 02/22/2015 | 8 | 15.00 | 0.00 | |
| Invoice | 01/22/2015 | PAR09 | 12/01/2014+12/31/2014 | Open MRI of Pueblo | Net 10 | 02/22/2015 | 8 | 8,076.87 | 0.00 | |
| Invoice | 02/13/2015 | 3575 | 12/01/2014+12/31/2014 | Paragon Emergency Medicine | Net 10 | 02/23/2015 | 8 | 5,952.28 | 0.00 | |
| Invoice | 02/13/2015 | 3579 | 01/01/2015+01/31/2015 | Paramount Imaging Group/Community Radiology of Virginia | Net 10 | 02/23/2015 | 5 | 6,730.15 | 0.00 | |
| Invoice | 02/13/2015 | 3521 | 12/01/2014+01/31/2015 | Paramount Imaging Group/Community Radiology of Virginia | Net 10 | 02/23/2015 | 37 | 2,391.46 | 0.00 | |
| Invoice | 02/13/2015 | 3574 | 01/01/2015+01/31/2015 | Paramount Imaging Group/Community Radiology of Virginia | Net 10 | 02/23/2015 | 5 | 4,493.46 | 0.00 | |
| Invoice | 01/20/2015 | 3529 | January 2015 | Paramount Imaging Group/Paramount Imaging Corporate | Net 10 | 07/30/2015 | 5 | 2,580.00 | 2,580.00 | |
| Invoice | 01/20/2015 | 3586 | 01/01/2015+01/31/2015 | Paramount Imaging Group/Park South Imaging Center | Net 10 | 03/02/2015 | 5 | 191.38 | 0.00 | |
| Invoice | 02/13/2015 | 3575 | 01/01/2015+01/31/2015 | Paramount Imaging Group/Institute of Radiology | Net 10 | 02/23/2015 | 5 | 643.77 | 0.00 | |
| Invoice | 02/13/2015 | 3575 | 01/01/2015+01/31/2015 | Paramount Imaging Group/University Open MRI of Augusta | Net 10 | 02/23/2015 | 5 | 420.33 | 0.00 | |
| Invoice | 02/13/2015 | 3518 | 12/01/2014+01/31/2015 | Paramount Imaging Group/USDOL Pittsburgh Inc. | Net 10 | 02/23/2015 | 37 | 2,544.20 | 0.00 | |
| Invoice | 02/13/2015 | SandMS | 01/01/2015+01/31/2015 | Paramount Imaging Group/USDOL Pittsburgh Inc. | Net 10 | 01/22/2015 | 5 | 585.83 | 0.00 | |
| Invoice | 02/11/2015 | RES55 | 01/01/2015+01/31/2015 | Park Avenue Aesthetic Surgery | Net 10 | 02/22/2015 | | 535.83 | 0.00 | |
| Invoice | 02/11/2015 | MOU/MS | 01/01/2015+01/31/2015 | Park East Ambulatory | Net 30 | 03/04/2015 | | 178.50 | 0.00 | |
| Invoice | 02/17/2015 | 3586 | 01/01/2015+01/31/2015 | Peter Neumann, M.D | Net 30 | 03/17/2015 | 348 | 14,104.44 | 14,104.44 | |
| Invoice | 02/17/2015 | 67EA/MS | 12/01/2014+01/31/2015 | Physicians Imaging Center of Florida | Net 10 | 12/24/2015 | 348 | 12,789.88 | 12,329.20 | |
| Invoice | 02/05/2015 | 3593 | 01/01/2015+01/31/2015 | Physicians Imaging Center of Florida | Net 10 | 03/17/2014 | 348 | 10,656.12 | 0.00 | |
| Invoice | 01/22/2015 | 399A/MS | 01/01/2015+01/31/2015 | Physicians Imaging Center of Florida | Net 10 | 02/02/2015 | 9 | 12,749.88 | 0.00 | |
| Invoice | 11/22/2013 | 3523 | 10/01/2013+10/31/2013 | Physicians Imaging Center of Florida | Net 10 | 01/22/2014 | 87 | 10,107.88 | 0.00 | |
| Invoice | 11/13/2014 | 3430 | 10/01/2014+10/31/2014 | Physicians Imaging Center of Florida | Net 10 | 11/23/2014 | 97 | 12,629.68 | 0.00 | |
| Invoice | 11/26/2015 | 3536 | 01/01/2015+02/28/2014 | Physicians Imaging Center of Florida | Net 10 | 12/06/2014 | 22 | 238.57 | 238.57 | |
| Invoice | 01/20/2015 | 3540 | 12/01/2014+12/31/2014 | Price Hoffman Stone & Associates-PHS | Net 10 | 01/30/2015 | 22 | 1,109.81 | 0.00 | |
| Invoice | 01/25/2015 | 3555 | February 2015 | Price Hoffman Stone & Associates-PHS - Baywalk | Net 10 | 02/05/2015 | 19 | 1,109.81 | 0.00 | |
| Invoice | 01/20/2015 | 3536 | 12/01/2014+01/31/2015 | Quince Arthroscopy and Sports Medicine | Net 10 | 01/30/2015 | 22 | 540.00 | 0.00 | |
| Invoice | 01/22/2015 | 3382 | 12/01/2014+12/31/2015 | Queens Medical Pavilion | Net 10 | 01/14/2015 | 45 | 420.00 | 0.00 | |
| Invoice | 02/11/2015 | 3383 | 12/01/2014+12/31/2014 | Queens Medical Pavilion | Net 30 | 07/04/2014 | | 420.00 | 0.00 | |
| Invoice | 02/11/2015 | 3589 | 01/01/2015+01/31/2015 | RIZM LLC | Net 10 | 03/03/2015 | | 135,600.00 | 135,600.00 | |
| Invoice | 01/15/2015 | 2729 | Contract Termination | RIZM LLC | Net 10 | 07/30/2014 | 343 | 44,673.41 | 44,673.41 | |
| Invoice | 09/25/2015 | 2400 | Termination Fee | RIZM LLC | Net 30 | 07/15/2014 | 348 | 21,963.40 | 21,983.40 | |
| Invoice | 10/27/2014 | 2723 | Total Radiology, PC | RIZM LLC | Net 10 | 06/30/2014 | 243 | 22,008.65 | 22,008.65 | |
| Invoice | 12/27/2013 | 2387 | 11/01/2013+11/30/2013 | RIZM LLC | Net 10 | 01/27/2014 | 397 | 107,370.02 | 0.00 | |
| Invoice | 11/01/2013-1 | 10202013 | Balance on Inv# 2396 | RIZM LLC | Net 10 | 12/27/2013 | 429 | 87,133.69 | 0.00 | |
| Invoice | 12/22/2013 | 2389 | 11/01/2013+11/30/2013 | RIZM LLC | Net 10 | 02/25/2014 | 368 | 54,725.82 | 0.00 | |
| Invoice | 04/01/2014 | 2904 | 02/01/2014+02/28/2014 | Roerta Radiology | Net 10 | 02/25/2014 | 29 | 10,722.95 | 0.00 | |
| Invoice | 03/20/2014 | 2983 | 01/01/2014+02/28/2014 | Roerta Radiology | Net 10 | 04/02/2014 | 304 | 10,000.00 | 10,000.00 | 5,000.00 |
| Invoice | 04/00/2014 | 2820 | 01/01/2014+04/30/2014 | Roerta Radiology | Net 10 | 06/31/2014 | 304 | 8,850.00 | 0.00 | 5,000.00 |
| Invoice | 09/00/2014 | 2982 | 04/01/2014+04/30/2014 | Scott Newman | Net 30 | 10/24/2014 | 273 | 7,559.99 | 0.00 | |
| Invoice | 10/04/2014 | 3528 | 04/01/2014+04/30/2014 | Scott Newman | Net 30 | 09/30/2014 | 243 | 4,512.59 | 0.00 | |
| Invoice | 08/26/2014 | 3272 | 07/01/2014+07/31/2014 | Tri-State Imaging Consultants LLC | Net 30 | 08/02/2014 | 243 | 3,324.74 | 0.00 | |
| Invoice | 07/30/2014 | 3151 | 06/01/2014+08/30/2014 | Tri-State Imaging Consultants LLC | Net 30 | 07/30/2014 | 184 | 3,017.46 | 0.00 | |
| Invoice | 11/20/2014 | 3331 | 10/01/2014+10/31/2014 | Tri-State Imaging Consultants LLC | Net 30 | 12/30/2014 | 213 | 1,199.69 | 0.00 | |
| Invoice | 11/20/2014 | 3362 | 10/01/2014+10/31/2014 | Tri-State Imaging Consultants LLC | Net 30 | 12/31/2014 | 121 | 561.87 | 0.00 | |
| Invoice | 12/31/2014 | 3514 | 11/01/2014+11/30/2014 | Tri-State Imaging Consultants LLC | Due on receipt | 11/20/2014 | 59 | 561.87 | 0.00 | |
| Payment | 02/23/2015 | 3389 | 01/01/2015+01/31/2015 | Tri-State Imaging Consultants LLC | Due on receipt | 02/25/2015 | 93 | 340.47 | 0.00 | |

| Type | Date / Number | Description | Terms | Due on receipt | | | |
|---|---|---|---|---|---|---|---|
| Invoice | 01/31/2015 5332 | 12/01/2014-12/31/2014 Tri-State Imaging Consultants LLC | Due on receipt | 01/31/2015 | 330.85 | | 0.00 |
| Invoice | 02/11/2015 5206 | 01/01/2015-01/31/2015 Tveda Plastic Surgery | Net 30 | 03/13/2015 | 4,482.45 | | 0.00 |
| Invoice | 02/01/2015 20150072 | January 2015 University of Medicine and Dentistry NJ-ENT | Net 30 | 03/01/2015 | 690.00 | | 0.00 |
| Invoice | 02/01/2015 20150066 | January 2015 University of Medicine and Dentistry NJ-Neuro Surgery | Net 75 | 03/01/2015 | 651.50 | | 0.00 |
| Payment | 02/09/2015 247257 | January 2015 University of Medicine and Dentistry NJ-UMDNJ NJ-Neurology | 28 | 03/01/2015 | (382.00) | | 0.00 |
| | 03/31/2015 5848 | Doshi Diagnostic | | | 625.51 | | |
| | 03/31/2015 5850 | Doshi Diagnostic | | | 350.00 | | |
| | 12/29/2015 INV-00121 | Doshi Diagnostic | | | | | |
| | 11/12/2016 INV-00804 | Doshi Diagnostic | | | | | |
| | | **Doshi Balances due as of April 5 2016 that relate to October 2015 and Prior** | | | | 2,221.27 | |
| | | | | | | 200,433.86 | |
| | 04/30/2015 3756 | Elite Imaging | | | | | |
| | 03/31/2015 3850 | Elite Imaging | | | | | |
| | 07/15/2016 4006 | Elite Imaging | | | | | |
| | | **Elite Imaging Balances due as of April 5 2016 that relate to October 2015 and Prior** | | | | 22,694.00 | |
| | | | | | | 127,213.33 | |
| | | | | | | 50,193.40 | |
| | 04/30/2015 3756 | Elite Imaging | | | | | |
| | 06/24/2015 3848 | Elite Imaging | | | | | |
| | 07/15/2016 4006 | Elite Imaging | | | | | |
| | | **Write-off on Elite Imaging Balances due as of April 5 2016 that relate to October 2015 and Prior** | | | | 1,758.18 | |
| | | | | | | 9,518.36 | |
| | | | | | | 21,877.55 | |
| | | **Total** | | | 2,005,838.89 | 411,716.84 | 13,447.31 |
| | | **Uncollected %** | | | 21.25% | | |

*Unbilled revenue Feb 28, 20...*

| Revenue Type | Accrual Month | Type | Date | Num | Billing Period | Name | Notes | Amount | Open Balance as of 3/2015 | Credit memo raised |
|---|---|---|---|---|---|---|---|---|---|---|
| AHMS Income | January 2015 | Invoice | 03/04/2015 3607 | | 01/01/2015-01/31/2015 | Rosetta Radiology | Collections for the period of: 01/01/2015-01/31/2015 | 10,603.83 | | |
| AHMS Income | January 2015 | Invoice | 03/04/2015 3608 | | 01/01/2015-01/31/2015 | Professional Imaging Consultants | Total Net Collections for: 01/01/2015-01/31/2015 | 144.46 | | |
| PCA Income | January 2015 | Invoice | 03/04/2015 3609 | | 01/01/2015-01/31/2015 | Xkurava Radiology MD PA | Collections for the period of: 01/01/2015-01/31/2015 | 1,565.00 | | |
| AHMS Income | January 2015 | Invoice | 03/04/2015 3610 | | 01/01/2015-01/31/2015 | Xkurava Radiology MD PA | Medical Claim Procedure Billed for January 2015 | 12.50 | | |
| AHMS Income | January 2015 | Invoice | 03/04/2015 3610 | | 01/01/2015-01/31/2015 | Xkurava Radiology MD PA | Eligibility and Verifications for January 2015 | 250.00 | | |
| AHMS Income | January 2015 | Invoice | 03/13/2015 3832 | | 01/01/2015-01/31/2015 | Pete Hoffman Stone & Associates/PHS - Baywalk | Billing and Collections Services for: January 2015 | 131.53 | | |
| AHMS Income | January 2015 | Invoice | 03/13/2015 3833 | | 01/01/2015-01/31/2015 | Pete Hoffman Stone & Associates/PHS - Baywalk | Billing and Collections Services for: January 2015 | 131.53 | | |
| AHMS Income | January 2015 | Invoice | 03/13/2015 T0006 | | 12/04/2015-04/09/2015 | Tusela Plastic Surgery | | 1,275.40 | | |
| AHMS Income | January 2015 | Invoice | 03/13/2015 T0006 | | 12/04/2015-04/09/2015 | Dan Kister, M.D. | | 309.77 | | |
| PCA Income | January 2015 | Invoice | 03/17/2015 PAR11 | | 01/31/2015-03/03/2015 | Kenneth Foreal, M.D. | Total AR Collections for the period: 02/01/2015-02/28/2015 | 606.8 | | |
| PCA Income | January 2015 | Invoice | 03/17/2015 Fr064 | | 01/08/2015-03/03/2015 | Paragon Emergency Medicine | Total AR Collections for the period: 02/01/2015-02/28/2015 | 901.98 | | |
| IT Income | January 2015 | Invoice | 03/04/2015 A1012D | | 01/31/2015-03/03/2015 | Frank Maisto, M.D. | 1299 AR Collections for the period: 02/01/2015-02/28/2015 | 139.63 | | |
| IT Income | February 2015 | Invoice | 03/04/2015 Sre40 | | 02/01/2015-02/28/2015 | Mark Schwartz, M.D. | Total AR Collections for the period: 02/01/2015-02/28/2015 | 64.69 | | |
| PCA Income | February 2015 | Invoice | 03/04/2015 Mdn0156 | | 02/01/2015-02/28/2015 | Park Avenue Aesthetic Surgery | Total AR Collections for the period: 02/01/2015-02/28/2015 | 32.52 | | |
| PCA Income | February 2015 | Invoice | 03/04/2015 Sre40 | | 02/01/2015-02/28/2015 | Maha Linn Plastic Surgery | Total AR Collections for the period: 02/01/2015-02/28/2015 | 50.37 | | |
| IT Income | February 2015 | Invoice | 03/04/2015 2903 | | 01/05/2015-03/04/2015 | Eastern LI GINA Services | Commissions due on absorbed Receipts [PRLP.P.21] | 148.60 | | |
| AHMS Income | February 2015 | Invoice | 03/04/2015 C1032 | | 02/01/2015-02/28/2015 | John Olvera | Total AR Collection for the period: 01/05/2015-03/04/2015 | 273.66 | | |
| AHMS Income | February 2015 | Invoice | 03/04/2015 L0V0002 | | 01/07/2015-02/28/2015 | Lloyd Gable, M.D | Lienkamp/Collections February 2015 (see memo @ $468.00) | 2220.16 | 468.00 | |
| AHMS Income | February 2015 | Invoice | 03/16/2015 L0V007 | | 01/31/2015-03/02/2015 | Steven Levine/Detlaci Baker, M.D | Total AR Collections for the period: 01/05/2015-03/04/2015 | 455.38 | | |
| AHMS Income | February 2015 | Invoice | 03/04/2015 3605 | | 02/01/2015-02/28/2015 | Edmund K. Kreis, M.D. | Total AR Collections for the period: 02/01/2015-02/28/2015 | 699.00 | | |
| IT Income | February 2015 | Invoice | 03/17/2015 3008CA | | 01/20/2015-03/06/2015 | General Imbec, M.D. | Total AR Collections for the period: 01/17/2015-03/05/2015 | 826.44 | | |
| IT Income | February 2015 | Invoice | 03/04/2015 3605 | | February 2015 | SMB900 | Work Order 21 - SMB900 Billing Maintenance Invoice-Maintenance | 2,232.15 | | |
| IT Income | February 2015 | Invoice | 03/04/2015 3617 | | February 2015 | SMB900 | Work Order 22 - SMB900 Billing Maintenance Invoice-Maintenance | 1,347.01 | | |
| IT Income | February 2015 | Invoice | 03/04/2015 3006 | | February 2015 | Central Nebraska Imaging | Collections for the period of: 02/01/2015-02/28/2015 | 55,000.00 | | |
| AHMS Income | February 2015 | Invoice | 03/09/2015 3832 | | February 2015 | SMB900 | Physician Imaging Center of Florida | 71,600.00 | | |
| AHMS Income | February 2015 | Invoice | 03/09/2015 3833 | | February 2015 | SMB900 | .12 Fee Expense | 8,500.00 | | |
| AHMS Income | February 2015 | Invoice | 03/09/2015 3822 | | February 2015 | B&B Radiology | Collections for the month of: 02/01/2015-02/28/2015 | 11,787.41 | | |
| AHMS Income | February 2015 | Invoice | 03/09/2015 3824 | | February 2015 | Euroscaci Vein and Vascular | Billing and Collections Services for the period: 02/01/2015-02/28/2015 | 827.29 | | |
| AHMS Income | February 2015 | Invoice | 03/11/2015 3823 | | February 2015 | Paramount Imaging Group/Preigel Imaging of Radiology | Billing and Collections Services for 02/01/2015-02/28/2015 | 183.26 | | |
| AHMS Income | February 2015 | Invoice | 03/11/2015 3825 | | February 2015 | Paramount Imaging Group/Open MRI of Daytona | Collection for the period of: 02/01/2015-02/28/2015 | 264.07 | | |
| AHMS Income | February 2015 | Invoice | 03/09/2015 3228 | | February 2015 | Associate Medical Diagnostic Services | Billing and Collections Services for DOS and 02/01/2014 for the period: 02/01/2015-02/28/2015 | 260.70 | 46.44 |
| AHMS Income | February 2015 | Invoice | 03/16/2015 3828 | | February 2015 | Accurate Medical Diagnostic Services | PARCS Data Entry and Database Maintenance | 24.42 | | |
| AHMS Income | February 2015 | Invoice | 03/16/2015 3837 | | February 2015 | Paramount Imaging Group/Community Radiology of Virginia | Medical Claim Procedure Billed for February 2015 | 9,427.31 | | |
| AHMS Income | February 2015 | Invoice | 03/11/2015 3228 | | February 2015 | Rosetta Radiology | Collections for the period of: 02/01/2015-02/28/2015 | 1,500.00 | | |
| AHMS Income | February 2015 | Invoice | 03/12/2015 3827 | | February 2015 | Rosetta Radiology | Collections for the period of: 02/01/2015-02/28/2015 | 12.00 | | |
| AHMS Income | February 2015 | Invoice | 03/12/2015 3828 | | February 2015 | Predision Imaging of New York | Billing and Collections Services for: 02/01/2015-02/28/2015 | 12,593.70 | | |
| AHMS Income | February 2015 | Invoice | 03/15/2015 3829 | | February 2015 | Predision Imaging of New York | Billing and Collections Services for: 02/01/2015-02/28/2015 | 1,674.15 | | |
| AHMS Income | February 2015 | Invoice | 03/13/2015 3830 | | Termination Fee | Northeast Nichivalia Imaging | Billing and Collections Services for: 02/01/2015-02/28/2015 | 1,475.15 | | |
| AJMES Income | February 2015 | Invoice | 03/15/2015 3830 | | Initiated Diagnostic Services | Dr. Joseph Peters | Early Termination Fee for Contract | 891.35 | | |
| AJMES Income | February 2015 | Invoice | 03/17/2015 3829 | | White River Imaging | | Collections for the period of: 02/01/2015-02/28/2015 | 30.48 | | |
| AHMS Income | February 2015 | Invoice | 03/17/2015 3829 | | Price Hoffman Stone & Associates/PHS - Daywalk | White River Imaging | Billing and Collections Services for the period: 02/01/2015-02/28/2015 | 2,526.87 | | |
| AHMS Income | February 2015 | Invoice | 03/17/2015 3829 | | Open MRI of Puntes | Price Hoffman Stone & Associates/PHS - Daywalk | Medicaid Claim Procedures for February 2015 | 22.50 | | |
| AHMS Income | February 2015 | Invoice | 03/19/2015 3841 | | Impression Imaging | Open MRI of Puntes | Collections for the month of: 02/01/2015-02/28/2015 | 73.33 | | |
| AHMS Income | February 2015 | Invoice | 03/19/2015 3841 | | Impression Imaging | Xkurava Radiology MD PA | Collections for the month of: February 2015 + CT Procedure Collections | 6,350.85 | | |
| AHMS Income | February 2015 | Invoice | 03/21/2015 3851 | | Predision Imaging of New York | Xkurava Radiology MD PA | Collections for the month of: February 2015 + PET CT Procedure Collections | 796.57 | | |
| AHMS Income | February 2015 | Invoice | 03/21/2015 3851 | | Predision Imaging of New York | Xkurava Radiology MD PA | Collections for the period of: 02/01/2015-02/28/2015 - CT Procedure Collections | 4,623.02 | | |
| AHMS Income | February 2015 | Invoice | 03/21/2015 3851 | | 02/01/2015-02/28/2015 | Xkurava Radiology MD PA | Billing and Collections Services for February 2015 + Self-Pay Collections | 1,451.20 | | |
| AHMS Income | February 2015 | Invoice | 03/13/2015 3851 | | 02/01/2015-02/28/2015 | Xkurava Radiology MD PA | Collections for the month of: February 2015 - MRI Procedure Collections | 422.11 | | |
| AHMS Income | February 2015 | Invoice | 02/01/2015-02/28/2015 | | 02/01/2015-02/28/2015 | Xkurava Radiology MD PA | Collections for the month of: February 2015 - MRI Procedure Collections | 12,513.62 | | |
| AHMS Income | February 2015 | Invoice | 02/01/2015-02/28/2015 | | 02/01/2015-02/28/2015 | Xkurava Radiology MD PA | Billing and Collections Billed for February 2015 | 5,361.40 | | |
| MDA Income | February 2015 | Invoice | 03/01/2015 20180/22 | | 02/01/2015-02/28/2015 | Eligibility & Authorization Services | Eligibility & Authorization Services | 60.00 | | |
| MDA Income | February 2015 | Invoice | 03/01/2015 20180/22 | | February 2015 | Orth and Cohen | Eligibility & Authorization Services | 250.00 | | |
| MDA Income | February 2015 | Invoice | 03/01/2015 20180/22 | | February 2015 | University of Medicine and Dentistry NJ/UdMD NJ/Niven Surgery | | 278.50 | | |
| | | | | | | | | 658.00 | | |

| Type | Month | Category | Num | Date | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| MDA Income | February 2015 | Invoice | 02/01/2015 | 02/01/2015 02/28/2015 | 02/28/2015 | Hospital for Special Surgery/HSS Ortho | Eligibility & Authorization Services | 1,521.20 |
| MDA Income | February 2015 | Invoice | | | | University of Medicine and Dentistry NJ/UMDNJ NJ/RBT | Eligibility & Authorization Services | 600.00 |
| MDA Income | February 2015 | Invoice | | | | St. Barnabas Hospital | Eligibility & Authorization Services | 767.00 |
| MDA Income | February 2015 | Invoice | | | | Queens Anesthesiology and Sports Medicine/Queens Anesthesiology MDA | Eligibility & Authorization Services | 77.00 |
| RCM Income | February 2015 | Invoice | | | | Hospital for Special Surgery | Eligibility & Authorization Services | 280.00 |
| RCM Income | February 2015 | Invoice | | | | David Kaymen | Eligibility & Authorization Services | 165.00 |
| RCM Income | February 2015 | Invoice | | | | John Kaymen | Eligibility & Authorization Services | 7,744.20 |
| MDA Income | February 2015 | Invoice | | | | Montefiore Surgical | Eligibility & Authorization Services | 162.50 |
| MDA Income | February 2015 | Invoice | | | | New York Spine Medicine | Eligibility & Authorization Services | 76.00 |
| MDA Income | February 2015 | Invoice | | | | Steven Murphy | Eligibility & Authorization Services | 76.00 |
| MDA Income | February 2015 | Invoice | | | | University Diagnostic Testing LLC | Eligibility & Authorization Services | 76.00 |
| MDA Income | February 2015 | Invoice | | | | MDInsuranceAuth | | 153.00 |
| RCM Income | February 2015 | Expense | | | | PAYPAL TRANSFER PYD Dr PAYPAL/D011 | PAYPAL TRANSFER PYD Dr PAYPAL/D011 | 5,867.15 |
| RCM Revenue | February 2015 | Expense | | | | PAYPAL | PAYPAL TRANSFER PYD Dr PAYPAL/D011 | 4,700.00 |
| RCM Revenue | February 2015 | Invoice | | | | Brooklyn Medical Eye Associates | Medicaid Claims Processing per Procedure Billed | 644.37 |
| RCM Revenue | February 2015 | Invoice | | | | Brooklyn Medical Eye Associates | Workers' Compensation collections | 6.04 |
| RCM Revenue | February 2015 | Invoice | | | | Brooklyn Medical Eye Associates | CPT 00810 slots #30.44 & Last 648.60 | 648.37 |
| RCM Revenue | February 2015 | Invoice | | | | Geriatric Association of New Jersey | Medical Billing Services for the period: 02/01/2015-02/28/2015 | 1,618.88 |
| RCM Revenue | February 2015 | Invoice | | | | New York Spine Care | Medical billing services for the following periods: 02/01/2015-02/28/2015 | 7,394.01 |
| RCM Revenue | February 2015 | Invoice | | | | Hem Care Medical Clinic PC | Direct Patient Payments | 746.12 |
| RCM Revenue | February 2015 | Invoice | | | | Hem Care Medical Clinic PC | Transcriptions Services for the billing periods: 02/01/2015-02/28/2015 | 352.20 |
| RCM Revenue | February 2015 | Invoice | | | | Geriatric Association of New Jersey | Direct Patient Payments | -429.80 |
| RCM Revenue | February 2015 | Invoice | | | | AdvaKay Martin M.D., P.C. | Procedures for the billing period: 02/01/2015-02/28/2015 | -71.79 |
| RCM Revenue | February 2015 | Invoice | | | | Rafa Medical Health P.C. | Commercial, Government and all other collections exclusive of Medicaid | +4,415.00 |
| RCM Revenue | February 2015 | Invoice | | | | AdvaKay Martin M.D., P.C. | Total Amount of Hours Spent for the period: 02/01/2015-02/28/2015 | 3,714.15 |
| RCM Revenue | February 2015 | Invoice | | | | Queens Medical Pavilion | Direct Patient Payments | +4,415.00 |
| RCM Revenue | February 2015 | Invoice | | | | Sperling Radiology P.C. | Medical Billing Services (Excluding Medicaid Collections) | 2,226.91 |
| RCM Revenue | February 2015 | Invoice | | | | Sperling Radiology P.C. | Direct Patient Payments | +4,415.00 |
| RCM Revenue | February 2015 | Invoice | | | | Paul Nakman | New Patient Latest Audition Procedures | 1,000.00 |
| RCM Revenue | February 2015 | Invoice | | | | Paul Nakman | Medicaid Claims Processing per Procedure Billed | 825.00 |
| RCM Revenue | February 2015 | Invoice | | | | Queens Anthrology and Sports Medicine | Patient Consult & Other Testing | 24.00 |
| RCM Revenue | February 2015 | Invoice | | | | Queens Anthrology and Sports Medicine | Commercial and Medicaid collections | 2,226.42 |
| RCM Revenue | February 2015 | Invoice | | | | Internal Medicine Associates | Transcriptions Services for the billing period: 02/01/2015-02/28/2015 | 282.81 |
| RCM Revenue | February 2015 | Invoice | | | | Internal Medicine Associates | Commercial and Medicaid collections | 2,861.60 |
| RCM Revenue | February 2015 | Invoice | | | | Greater Metropolitan Medical PC | Total Amount of Hours Spent for the period: 02/01/2015-02/28/2015 | 54.75 |
| RCM Revenue | February 2015 | Invoice | | | | Allstate Railroad P.C. | Procedures for the period: 02/01/2015-02/28/2015 | 54.75 |
| RCM Revenue | February 2015 | Invoice | | | | MEDSTAR | Private Procedures & Fee-for-service | 16.50 |
| RCM Revenue | February 2015 | Invoice | | | | MEDSTAR | Total Amount of Hours Spent for the period: 02/01/2015-02/28/2015 | 76.50 |
| RCM Revenue | February 2015 | Invoice | | | | MEDSTAR | Medicaid Claims Processing per Procedure Billed | 800.44 |
| RCM Revenue | February 2015 | Invoice | | | | MEDSTAR | Consignment Billing - Client Collections for the period: 02/01/2015-02/28/2015 | 641.18 |
| RCM Revenue | February 2015 | Invoice | | | | William Physical Medicine P.C. | Medicaid Secondary Collections for the period: 02/01/2015-02/28/2015 | 1,266.40 |
| RCM Revenue | February 2015 | Invoice | | | | Lerman Diagnostic Imaging | Collections, exclusive of Medicaid, as per the billing period: 02/01/2015-02/28/2015 | 19,581.01 |
| RCM Revenue | February 2015 | Invoice | | | | Electrophysiologic Medical Diagnostic PC | Billing and Collections Services for the period: 02/25/2015-04/31/2015 | 5,095.21 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors United Inc. | Count of Visits for the billing period of: 02/01/2015-02/26/2013 | 3,174.50 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors United Inc./Jaypreem Medical PC | Count of Visits for the billing period: 02/01/2015-02/26/2015 | 22.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors United Inc./Grastar NY PT & Chiropractic PLLC | Count of Visits for the billing period: 02/01/2015-02/26/2015 | 5,275.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors United Inc./GPG Medical P.C. | Count of Visits for the billing period of: 02/01/2015-02/26/2015 | 3,045.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors United Inc./Mid-Hudson Comprehensive Medical & Diagno | Count of Visits for the billing period of: 02/01/2015-02/26/2015 | 2,229.50 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors United Inc. | Collection Services for Claims with DOS Prior to 5/01/2013 | 698.34 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors United Inc. | Salary Invoice for Former DUI Employees | 50,000.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | Medical Billing & Collection Services for the month of February 2015 Revenue, Sa... | 152,938.98 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | Salary | 150,000.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | Postage | -961.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | Missed Eligibility | 1,311.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | Accounting | 1,241.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | Meaningful Use Fees | 3,150.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | Additional Resources Compliance | 3,280.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | EDI Claims Transmissions | 54,054.00 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | C3 Revenue Transcriptions | 10,983.33 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | No-Fault Billing Services as per PARCS report - AdvRv | 625.51 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | No-Fault Billing Services as per PARCS report | 350 |
| RCM Revenue | February 2015 | Invoice | | | | Doctors Diagnostic | No-Fault Billing Services as per PARCS report - Target MT DOS prior to 12/01/2013 | 5,768.20 |
| RCM Revenue | February 2015 | Invoice | | | | Stuart Ferman, MD | Medical Billing Services for: 01/01/2015-02/28/2015 | 3.13 |
| RCM Revenue | February 2015 | Invoice | | | | | | 77.64 |

| Type | Month | Doc Type | Invoice # | Date | Description | Amount | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Medical Billing & Collection Services for the month of February of 2015 February 2015 Revenue ... | | | |
| RCM Revenue | February 2015 | Invoice | D2317/2015 3548 | 02/01/2015-02/28/2015 | TriState Imaging Consultants LLC | 466.67 | | |
| RCM Revenue | February 2015 | Invoice | 04/24/2015 3751 | 02/01/2015-02/28/2015 | MEDSTAR | 12,408.49 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 T0036 | 12/04/2014-05/23/2015 | Tustin Plastic Surgery | 120.22 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 C0324 | 02/01/2015-02/28/2015 | Kevin Cho, M.D. | 9,354.25 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 Sem056 | 02/26/2015-02/21/2015 | Joshua B. Hyman, M.D. | 8,724.20 | | |
| | | | | | Commissions due on receipts ($7,015.82) | 476.39 | 147.25 | |
| PCA Revenue | February 2015 | Invoice | 03/13/2015 N0277 | 02/20/2015-02/01/2015 | Dev Kohli, M.D. | 587.24 | | |
| PCA Revenue | February 2015 | Invoice | 03/13/2015 C10837 | 01/26/2015-02/05/2015 | Paul Koshian, M.D. | 800.00 | | |
| PCA Revenue | February 2015 | Invoice | 03/13/2015 R010 | 02/04/2015-02/20/2015 | Ross Crescenti, M.D. | 1,720.02 | | |
| PCA Revenue | February 2015 | Invoice | 03/13/2015 P084 | 02/01/2015-02/27/2015 | David Rapaport, M.D. | 1,065.15 | | |
| | | | | | Total A/R Collections for the period: 02/01/2015-02/27/2015 | | | 458.85 |
| PCA Revenue | February 2015 | Invoice | 03/13/2015 B0031 | 02/01/2015-02/27/2015 | Kenneth Francis, M.D. | 4,918.84 | | |
| PCA Revenue | February 2015 | Invoice | 03/13/2015 1270PCA | 02/01/2015-02/27/2015 | Joseph Dayelis, M.D. | 5,823.80 | | |
| PCA Revenue | February 2015 | Invoice | 03/13/2015 B0031 | 02/01/2015-02/27/2015 | James Brady, M.D. | 8,901.04 | | |
| | | | | | Total A/R Collections for the period: | 726.82 | | |
| PCA Nonman | February 2015 | Invoice | 01/20/2015 PAR11 | 02/01/2015-02/27/2015 | Stern Cavanagh D.R.V.A. | | | |
| PCA Revenue | February 2015 | Invoice | 02/07/2015 | | Paragon Emergency Medicine | 124.42 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 1290PCA | 01/26/2015-03/01/2015 | Jimmy Bong M.D. | 7,326.07 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 N0512 | 02/20/2015-02/05/2015 | Peter Neumann, M.D. | 154,046.99 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 A10120 | 02/20/2015-03/20/2015 | Frank Alpinte, M.D. | 884.64 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 Sen006 | 01/06/2015-03/05/2015 | Park Avenue Aesthetic Surgery | 420.20 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 S0040 | 01/01/2015-02/11/2015 | Elini Sayani, M.D. | 1,266.45 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 W0007 | 02/20/2015-02/05/2015 | Mark Schwartz, M.D. | 212.83 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 N228 | 01/21/2015-02/05/2015 | Jamilaskel Gavmiel, M.D. | | | |
| | | | | | Total A/R Collections for the period: 01/21/2015-02/11/2015 | 8,126.58 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 S1403 | 02/12/2015-05/02/2015 | Scott Newman, M.D. | 5,425.44 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 H0367 | 02/01/2015-03/05/2015 | John E. Sherman, M.D. | 4,075.34 | | |
| PCA Revenue | February 2015 | Invoice | 03/16/2015 Red355 | 02/28/2015-02/05/2015 | Jeremiah Reardons, M.D. | 3,410.67 | | |
| PCA Revenue | February 2015 | Invoice | 03/16/2015 Maad156 | 02/01/2015-02/02/2015 | Mike Line Plastic Surgery | 7,950.15 | | |
| PCA Revenue | February 2015 | Invoice | 03/16/2015 N0901PCA | 02/01/2015-02/27/2015 | Yael Halesi, M.D | 623.28 | | |
| PCA Revenue | February 2015 | Invoice | 03/16/2015 MMC1422 | 02/01/2015-01/01/2015 | Maimonides Medical Center | 1,303.82 | | |
| | | | | | Commissions due on attached receipts ($78,583.40) | | 260.98 | |
| PCA Revenue | February 2015 | Invoice | 03/12/2015 ELM49 | 02/05/2015-02/01/2015 | Eastern LI Physicians Services | 3,446.20 | | |
| PCA Revenue | February 2015 | Invoice | 03/12/2015 P0914 | 02/05/2015-02/19/2015 | James Pearson, M.D. | 4,991.62 | | |
| PCA Revenue | February 2015 | Invoice | 03/17/2015 S0240 | 02/01/2015-02/18/2015 | Gluck Shepherd, M.D. | 4,899.55 | | |
| PCA Revenue | February 2015 | Invoice | 03/17/2015 Komo22 | 02/02/2015-02/26/2015 | Andrew Kornstein | 3,411.18 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 C1022 | 01/06/2015-02/25/2015 | Hoang Chen, M.D. | 154.24 | | |
| PCA Revenue | February 2015 | Invoice | 03/16/2015 Part15 | 02/08/2015-02/05/2015 | John Olivera | 5,011.92 | | |
| PCA Revenue | February 2015 | Invoice | 03/16/2015 Ley0022 | 01/21/2015-02/25/2015 | Lloyd Gayle, M.D. | 1,228.26 | | |
| PCA Revenue | February 2015 | Invoice | 03/17/2015 M0301 | 01/01/2015-02/16/2015 | G. Coursey-Houston, M.D. | 733.81 | | |
| PCA Revenue | February 2015 | Invoice | 03/19/2015 MMC1022A | 02/01/2015-02/16/2015 | Maimonides Medical Center | 86.19 | | |
| PCA Revenue | February 2015 | Invoice | 03/17/2015 2601 | 02/20/2015-02/05/2015 | Edward K. Kwon, M.D. | 174.21 | | |
| PCA Revenue | February 2015 | Invoice | 03/17/2015 3002PCA | 01/26/2015-02/16/2015 | The Braslow Center for Plastic Surgery | 100.26 | | |
| PCA Revenue | February 2015 | Invoice | 03/17/2015 Adv038 | 02/01/2015-02/26/2015 | Advanced Plastic Surgery | 84.15 | | |
| PCA Revenue | February 2015 | Invoice | 04/10/2015 3901 | 01/22/2015-01/12/2015 | Steven LeMdsOdotdol Baker, M.D. | 4,288.40 | | |
| | | | | | **Total A/R Collections for the period: 01/22/2015-05/23/2015** | 738,695.15 | 2,950.70 | 2,578.37 |

AP- Feb 28, 2015

| Type | Date | Num | Name | Due Date | Open Balance | en Balance as of Apr 5 2 |
|------|------|-----|------|----------|--------------|--------------------------|
| Bill | 12/31/2014 | 115968 | Abrams Fensterman | 01/30/2015 | 1,250.00 | 1,250.00 |
| Bill | 11/30/2014 | 114851 | Abrams Fensterman | 12/30/2014 | 1,960.00 | 1,960.00 |
| Bill | 10/31/2014 | 113541 | Abrams Fensterman | 11/30/2014 | 2,500.00 | 2,500.00 |
| Bill | 08/31/2014 | 111039 | Abrams Fensterman | 09/30/2014 | 2,500.00 | 0.00 |
| Bill | 09/30/2014 | 112491 | Abrams Fensterman | 10/30/2014 | 4,920.00 | 0.00 |
| Bill | 02/28/2015 | 150694886 | Acc Business | 04/26/2015 | 1,338.51 | 0.00 |
| Bill | 04/27/2015 | 141004886 | Acc Business | 05/27/2014 | 1,338.51 | 0.00 |
| Bill | 12/11/2014 | 0000119 | Adaptive Graphics (P.C.A) | 12/21/2014 | 500.00 | 0.00 |
| Bill | 02/28/2015 | 028324 | Aflac New York | 03/15/2015 | 1,037.92 | 0.00 |
| Bill | 01/28/2015 | 004895 | Aflac New York | 02/15/2015 | 877.32 | 0.00 |
| Bill | 08/14/2013 | 39041 | Alliant Group, LP | 07/14/2013 | 4,509.30 | 0.00 |
| Bill | 02/25/2015 | 30082623-1028 | Aon Service Corporation | 03/07/2015 | 20,190.71 | 0.00 |
| Bill | 01/28/2015 | 30082623-1013 | Aon Service Corporation | 02/07/2015 | 20,190.71 | 0.00 |
| Bill | 02/04/2015 | 309521 | Associated Supply Company | 03/21/2015 | 75.00 | 0.00 |
| Bill | 02/16/2015 | 6150 | Atlantic Imaging, LLC | 02/26/2015 | 3,031.93 | 0.00 |
| Bill | 01/31/2015 | 2015-01P | Avramych Consulting Inc. | 03/10/2015 | 950.00 | 0.00 |
| Bill | 02/28/2015 | 2015-02P | Avramych Consulting Inc. | 03/30/2015 | 850.00 | 0.00 |
| Bill | 12/31/2014 | 2014-12P | Avramych Consulting Inc. | 02/07/2015 | 850.00 | 0.00 |
| Bill | 01/29/2015 | 01292015 | Bibi Pillay | 02/28/2015 | 2,333.33 | 0.00 |
| Bill | 02/28/2015 | 03272015 | Bibi Pillay | 03/30/2015 | 2,333.33 | 0.00 |
| Bill | 12/29/2014 | 12292014 | Bibi Pillay | 01/28/2015 | 2,333.33 | 0.00 |
| Bill | 01/30/2015 | 1302015 | Christine Cohen | 01/30/2015 | 83.17 | 0.00 |
| Bill | 02/23/2015 | 02232015 | Christine Cohen | 02/23/2015 | 2,365.47 | 0.00 |
| Bill | 12/31/2014 | 12312014 | Christine Cohen | 12/31/2014 | 1,340.66 | 0.00 |
| Bill | 01/31/2015 | 8120085286 | Cintas | 03/10/2015 | 480.98 | 0.00 |
| Bill | 02/28/2015 | 8120085287 | Cintas | 03/30/2015 | 240.84 | 0.00 |
| Bill | 02/23/2015 | 1046 | Courtesy Express | 02/28/2015 | 37.80 | 0.00 |
| Bill | 02/01/2015 | 107376 | Criterions, LLC | 03/03/2015 | 8,265.00 | 8,265.00 |
| Bill | 02/01/2015 | 91872 | Dealers First Financial L.L.C | 02/10/2015 | 553.99 | 0.00 |
| Bill | 02/20/2015 | 140 | Decimal Cloud Technologies Inc | 03/01/2015 | 2,000.00 | 0.00 |
| Bill | 02/07/2015 | 77791259 | Dell Financial Services-001-6566692-000 | 02/17/2015 | 5,323.56 | 0.00 |
| Bill | 01/31/2015 | 150783 | Diamond Healthcare Communications | 03/04/2015 | 1,150.24 | 0.00 |
| Bill | 02/28/2015 | 153635 | Diamond Healthcare Communications | 04/01/2015 | 298.26 | 0.00 |
| Bill | 12/31/2014 | 149223 | Diamond Healthcare Communications | 02/01/2015 | 640.07 | 0.00 |
| Bill | 12/01/2014 | 147065 | Diamond Healthcare Communications | 12/31/2014 | 1,728.88 | 0.00 |
| Bill | 02/28/2015 | 64/2015 | E4E HealthCare Business Services (PCA) | 03/27/2015 | 1,373.00 | 0.00 |
| Bill | 01/31/2015 | 23/2015 | E4E HealthCare Business Services (PCA) | 02/17/2015 | 992.00 | 0.00 |
| Bill | 02/09/2015 | 2656113 | Element Financial Corp. | 03/01/2015 | 686.04 | 0.00 |
| Bill | 01/22/2015 | 2630962 | Element Financial Corp. | 02/15/2015 | 2,137.28 | 0.00 |
| Bill | 02/24/2015 | 2663800 | Element Financial Corp. | 02/15/2015 | 2,137.28 | 0.00 |
| Bill | 01/31/2015 | 424401 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 | 424404 | Emdeon | 02/28/2015 | 260.00 | 0.00 |
| Bill | 01/31/2015 | 424403 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 | 424416 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 | 424297 | Emdeon | 02/28/2015 | 350.00 | 0.00 |
| Bill | 01/31/2015 | 424296 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 | 424294 | Emdeon | 02/28/2015 | 140.00 | 0.00 |
| Bill | 01/31/2015 | 424293 | Emdeon | 02/28/2015 | 770.00 | 0.00 |
| Bill | 01/31/2015 | 424407 | Emdeon | 02/28/2015 | 560.00 | 0.00 |
| Bill | 01/31/2015 | 424316 | Emdeon | 02/28/2015 | 260.00 | 0.00 |
| Bill | 01/31/2015 | 424311 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 | 424308 | Emdeon | 02/28/2015 | 350.00 | 0.00 |
| Bill | 01/31/2015 | 424309 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 | 424791 | Emdeon | 02/28/2015 | 130.00 | 0.00 |

| Bill | 01/31/2015 424332 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
|------|-------------------|--------|------------|--------|------|
| Bill | 01/31/2015 424328 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 424327 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 424320 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 424312 | Emdeon | 02/28/2015 | 770.00 | 0.00 |
| Bill | 01/31/2015 424295 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 424317 | Emdeon | 02/28/2015 | 260.00 | 0.00 |
| Bill | 01/31/2015 424402 | Emdeon | 02/28/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 417924 | Emdeon | 03/02/2015 | 754.70 | 0.00 |
| Bill | 01/31/2015 421299 | Emdeon | 03/02/2015 | 420.00 | 0.00 |
| Bill | 01/31/2015 421679 | Emdeon | 03/02/2015 | 140.00 | 0.00 |
| Bill | 02/28/2015 435602 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435917 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435622 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435618 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435615 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435604 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435603 | Emdeon | 03/10/2015 | 770.00 | 0.00 |
| Bill | 02/28/2015 435592 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435590 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 438555 | Emdeon | 03/10/2015 | 210.00 | 0.00 |
| Bill | 02/28/2015 435584 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435608 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435577 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435580 | Emdeon | 03/10/2015 | 350.00 | 0.00 |
| Bill | 02/28/2015 438773 | Emdeon | 03/10/2015 | 70.00 | 0.00 |
| Bill | 02/28/2015 435572 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435574 | Emdeon | 03/10/2015 | 260.00 | 0.00 |
| Bill | 02/28/2015 435576 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435581 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435583 | Emdeon | 03/10/2015 | 350.00 | 0.00 |
| Bill | 02/28/2015 435587 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435586 | Emdeon | 03/10/2015 | 140.00 | 0.00 |
| Bill | 02/28/2015 435578 | Emdeon | 03/10/2015 | 770.00 | 0.00 |
| Bill | 02/28/2015 435599 | Emdeon | 03/10/2015 | 260.00 | 0.00 |
| Bill | 02/28/2015 435598 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435579 | Emdeon | 03/10/2015 | 130.00 | 0.00 |
| Bill | 02/28/2015 435595 | Emdeon | 03/30/2015 | 350.00 | 0.00 |
| Bill | 02/28/2015 430242 | Emdeon | 03/30/2015 | 866.70 | 0.00 |
| Bill | 02/28/2015 438641 | Emdeon | 03/30/2015 | 420.00 | 0.00 |
| Bill | 02/28/2015 438946 | Emdeon | 03/30/2015 | 140.00 | 0.00 |
| Bill | 12/31/2014 410927 | Emdeon | 01/29/2015 | 770.00 | 0.00 |
| Bill | 12/31/2014 410914 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410898 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 405201 | Emdeon | 01/30/2015 | 878.13 | 0.00 |
| Bill | 12/31/2014 410906 | Emdeon | 01/30/2015 | 260.00 | 0.00 |
| Bill | 12/31/2014 410908 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410907 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410918 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410935 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410952 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410922 | Emdeon | 01/30/2015 | 260.00 | 0.00 |
| Bill | 12/31/2014 410897 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410893 | Emdeon | 01/30/2015 | 770.00 | 0.00 |
| Bill | 12/31/2014 410901 | Emdeon | 01/30/2015 | 130.00 | 0.00 |

| Bill | 12/31/2014 410889 | Emdeon | 01/30/2015 | 140.00 | 0.00 |
|------|-------------------|--------|------------|--------|------|
| Bill | 12/31/2014 410911 | Emdeon | 01/30/2015 | 350.00 | 0.00 |
| Bill | 12/31/2014 410928 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410925 | Emdeon | 01/30/2015 | 350.00 | 0.00 |
| Bill | 12/31/2014 410933 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410930 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410936 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410923 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410934 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410926 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 414031 | Emdeon | 01/30/2015 | 70.00 | 0.00 |
| Bill | 12/31/2014 410956 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 414118 | Emdeon | 01/30/2015 | 210.00 | 0.00 |
| Bill | 12/31/2014 410912 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 410947 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 411912 | Emdeon | 01/30/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 414144 | Emdeon | 01/30/2015 | 140.00 | 0.00 |
| Bill | 01/31/2015 421335 | Emdeon | 02/10/2015 | 70.00 | 0.00 |
| Bill | 01/31/2015 424405 | Emdeon | 02/10/2015 | 630.00 | 0.00 |
| Bill | 01/31/2015 424298 | Emdeon | 02/10/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 424300 | Emdeon | 02/10/2015 | 130.00 | 0.00 |
| Bill | 01/31/2015 421654 | Emdeon | 02/10/2015 | 210.00 | 0.00 |
| Bill | 11/30/2014 398195 | Emdeon | 12/30/2014 | 130.00 | 0.00 |
| Bill | 11/30/2014 401431 | Emdeon | 12/30/2014 | 210.00 | 0.00 |
| Bill | 11/30/2014 398182 | Emdeon | 12/30/2014 | 130.00 | 0.00 |
| Bill | 11/30/2014 398532 | Emdeon | 12/30/2014 | 130.00 | 0.00 |
| Bill | 11/30/2014 398168 | Emdeon | 12/30/2014 | 130.00 | 0.00 |
| Bill | 11/30/2014 398166 | Emdeon | 12/30/2014 | 260.00 | 0.00 |
| Bill | 11/30/2014 399351 | Emdeon | 12/30/2014 | 130.00 | 0.00 |
| Bill | 11/30/2014 401454 | Emdeon | 12/30/2014 | 140.00 | 0.00 |
| Bill | 11/30/2014 398198 | Emdeon | 12/31/2014 | 260.00 | 0.00 |
| Bill | 12/01/2014 398172 | Emdeon | 12/31/2014 | 130.00 | 0.00 |
| Bill | 12/01/2014 398180 | Emdeon | 12/31/2014 | 130.00 | 0.00 |
| Bill | 12/31/2014 410894 | Emdeon | 01/10/2015 | 560.00 | 0.00 |
| Bill | 12/31/2014 410902 | Emdeon | 01/10/2015 | 630.00 | 0.00 |
| Bill | 12/31/2014 411090 | Emdeon | 01/10/2015 | 130.00 | 0.00 |
| Bill | 12/31/2014 4522 | Evans Marketing, Inc. | 05/01/2015 | 100.38 | 0.00 |
| Bill | 12/31/2014 4523 | Evans Marketing, Inc. | 05/01/2015 | 953.22 | 0.00 |
| Bill | 12/31/2014 4506 | Evans Marketing, Inc. | 02/04/2015 | 2,535.18 | 0.00 |
| Bill | 01/31/2015 246 | Excel Computer Network | 03/03/2015 | 7,650.00 | 0.00 |
| Bill | 02/28/2015 247 | Excel Computer Network | 04/01/2015 | 6,449.00 | 0.00 |
| Bill | 12/31/2014 245 | Excel Computer Network | 01/31/2015 | 8,986.00 | 0.00 |
| Bill | 12/01/2014 244 | Excel Computer Network | 12/11/2014 | 10,936.00 | 0.00 |
| Bill | 02/23/2015 2-947-32425 | Fed Ex | 03/10/2015 | 155.90 | 0.00 |
| Bill | 01/26/2015 2-918-28378 | Fed Ex | 02/10/2015 | 157.41 | 0.00 |
| Bill | 02/02/2015 88245 | Fuoco Group | 03/04/2015 | 1,250.00 | 0.00 |
| Bill | 12/30/2014 87725 | Fuoco Group | 01/29/2015 | 5,000.00 | 2,500.00 |
| Bill | 01/05/2015 87791 | Fuoco Group | 02/04/2015 | 1,250.00 | 0.00 |
| Bill | 11/03/2014 87032 | Fuoco Group | 12/03/2014 | 1,250.00 | 0.00 |
| Bill | 02/16/2015 1502163 | Green Office Solutions (PCA) | 03/03/2015 | 226.48 | 0.00 |
| Bill | 02/27/2015 1502279 | Green Office Solutions (PCA) | 03/14/2015 | 107.80 | 0.00 |
| Bill | 01/21/2015 1501211 | Green Office Solutions (PCA) | 02/05/2015 | 65.18 | 0.00 |
| Bill | 01/30/2015 1501305 | Green Office Solutions (PCA) | 02/14/2015 | 99.85 | 0.00 |
| Bill | 02/11/2015 1502112 | Green Office Solutions (PCA) | 02/26/2015 | 367.15 | 0.00 |
| Bill | 02/28/2015 8973 | Harmony Health Care IT (PCA) | 03/12/2015 | 870.70 | 0.00 |

683

| Bill | 02/01/2015 8644 | Harmony Health Care IT (PCA) | 02/01/2015 | 59.95 | 0.00 |
|------|------|------|------|------|------|
| Bill | 01/31/2015 8646 | Harmony Health Care IT (PCA) | 02/12/2015 | 655.55 | 0.00 |
| Bill | 02/27/2015 8497 | Harmony Health Care IT (PCA) | 02/27/2015 | 4,000.00 | 0.00 |
| Bill | 01/01/2015 8421 | Harmony Health Care IT (PCA) | 01/01/2015 | 59.95 | 0.00 |
| Bill | 12/31/2014 8422 | Harmony Health Care IT (PCA) | 01/12/2015 | 814.40 | 0.00 |
| Bill | 07/03/2014 0002485 | H-DOX | 07/03/2014 | 1,800.00 | 0.00 |
| Bill | 10/31/2014 0002497 | H-DOX | 11/10/2014 | 1,440.00 | 0.00 |
| Bill | 02/28/2015 961 | IHCFA  LLC | 03/30/2015 | 3,205.00 | 0.00 |
| Bill | 01/31/2015 15D0173283 | IVANS, INC. | 03/02/2015 | 66.80 | 0.00 |
| Bill | 02/28/2015 15D0173396 | IVANS, INC. | 04/02/2015 | 66.80 | 0.00 |
| Bill | 01/31/2015 31530 | J2 Global Communications | 03/02/2015 | 148.50 | 0.00 |
| Bill | 02/28/2015 32104 | J2 Global Communications | 03/30/2015 | 151.30 | 0.00 |
| Bill | 02/28/2015 2252015 | Jessica Lydon | 03/10/2015 | 116.00 | 0.00 |
| Bill | 02/05/2015 2418701134 | Lackmann Culinary Services | 02/05/2015 | 7.50 | 0.00 |
| Bill | 01/01/2015 2418701109 | Lackmann Culinary Services | 01/01/2015 | 22.64 | 0.00 |
| Bill | 01/01/2015 2418701114 | Lackmann Culinary Services | 01/11/2015 | 6.35 | 0.00 |
| Bill | 01/22/2015 2418701122 | Lackmann Culinary Services | 01/22/2015 | 13.58 | 0.00 |
| Bill | 11/13/2014 2418701075 | Lackmann Culinary Services | 11/13/2014 | 6.79 | 0.00 |
| Bill | 11/20/2014 2418701082 | Lackmann Culinary Services | 11/20/2014 | 17.26 | 0.00 |
| Bill | 11/27/2014 2418701086 | Lackmann Culinary Services | 11/27/2014 | 12.82 | 0.00 |
| Bill | 02/18/2015 31281 | Long Island Office Equipment (PCA) | 03/10/2015 | 203.67 | 0.00 |
| Bill | 01/28/2015 31271 | Long Island Office Equipment (PCA) | 02/17/2015 | 323.50 | 0.00 |
| Bill | 02/16/2015 13048914 | Marlin Business Bank (PCA) | 02/16/2015 | 320.45 | 0.00 |
| Bill | 01/19/2015 12980988 | Marlin Business Bank (PCA) | 01/19/2015 | 408.95 | 0.00 |
| Bill | 01/30/2015 8908947 | Medical Arts Press (PCA) | 02/09/2015 | 185.71 | 0.00 |
| Bill | 01/20/2015 8872653 | Medical Arts Press (PCA) | 02/19/2015 | 195.48 | 0.00 |
| Bill | 02/28/2015 5095 | Michael A. Markowitz P.C. | 03/02/2015 | 5,472.64 | 0.00 |
| Bill | 02/28/2015 5117 | Michael A. Markowitz P.C. | 03/31/2015 | 17.42 | 0.00 |
| Bill | 02/28/2015 5118 | Michael A. Markowitz P.C. | 03/31/2015 | 33.98 | 0.00 |
| Bill | 02/17/2015 NYAR77945 | Neopost | 03/19/2015 | 42.36 | 0.00 |
| Bill | 02/20/2015 02202015 | Optimum Business #07801-498474 | 03/07/2015 | 288.25 | 0.00 |
| Bill | 01/31/2015 18103116 | Optimum Lightpath #46874 | 03/03/2015 | 3,022.16 | 0.00 |
| Bill | 02/28/2015 18225117 | Optimum Lightpath #46874 | 03/31/2015 | 3,030.23 | 0.00 |
| Bill | 02/28/2015 1001121 | Panacea | 03/13/2015 | 900.00 | 0.00 |
| Bill | 01/30/2015 01302015 | PC Advantage Inc. | 01/30/2015 | 742.90 | 0.00 |
| Bill | 02/20/2015 02202015 | PC Advantage Inc. | 02/20/2015 | 1,315.69 | 0.00 |
| Bill | 01/31/2015 02112015 | Pitney Bowes (PCA) | 03/10/2015 | 1,941.59 | 0.00 |
| Bill | 02/28/2015 03112015 | Pitney Bowes (PCA) | 03/21/2015 | 1,254.48 | 0.00 |
| Bill | 12/31/2014 01112015 | Pitney Bowes (PCA) | 02/08/2015 | 1,594.71 | 0.00 |
| Bill | 02/26/2015 022615 | PSEG (PCA) | 03/08/2015 | 356.13 | 0.00 |
| Bill | 02/26/2015 02262015 | PSEG (PCA) | 03/08/2015 | 355.51 | 0.00 |
| Bill | 01/23/2015 01232015 | PSEG (PCA) | 02/02/2015 | 342.69 | 0.00 |
| Bill | 01/23/2015 012315 | PSEG (PCA) | 02/15/2015 | 343.31 | 0.00 |
| Bill | 02/20/2015 172 | Ramatech | 02/20/2015 | 6,000.00 | 0.00 |
| Bill | 02/18/2015 MM11899 | Ringhoff's Fuel Oil Co, Inc (PCA) | 03/20/2015 | 410.99 | 0.00 |
| Bill | 02/18/2015 MM11898 | Ringhoff's Fuel Oil Co, Inc (PCA) | 03/20/2015 | 618.48 | 0.00 |
| Bill | 02/25/2015 18633 | Ringhoff's Fuel Oil Co, Inc (PCA) | 03/26/2015 | 238.92 | 0.00 |
| Bill | 02/25/2015 18632 | Ringhoff's Fuel Oil Co, Inc (PCA) | 03/27/2015 | 238.92 | 0.00 |
| Bill | 01/31/2015 MM11121 | Ringhoff's Fuel Oil Co, Inc (PCA) | 02/10/2015 | 295.65 | 0.00 |
| Bill | 01/31/2015 MM11122 | Ringhoff's Fuel Oil Co, Inc (PCA) | 02/10/2015 | 454.06 | 0.00 |
| Bill | 12/31/2014 3194 | Sean R. Callagy, Esq. LLC | 01/10/2015 | 4,400.00 | 0.00 |
| Bill | 01/31/2015 201202-4906 | Sequel Systems | 02/28/2015 | 1,480.80 | 0.00 |
| Bill | 02/28/2015 201202-5188 | Sequel Systems | 04/28/2015 | 1,378.20 | 0.00 |
| Bill | 02/01/2015 201202-4771 | Sequel Systems | 01/30/2015 | 2,468.50 | 0.00 |
| Bill | 12/31/2014 201202-4772 | Sequel Systems | 01/15/2015 | 1,565.40 | 0.00 |

| Bill | 12/12/2014 201202-4632 | Sequel Systems | 12/22/2014 | 1,499.25 | 0.00 |
|------|------------------------|----------------|------------|----------|------|
| Bill | 02/21/2015 02212015 | Slomins (PCA) | 03/03/2015 | 104.12 | 0.00 |
| Bill | 01/05/2015 139940 | Spectrum Designs | 01/20/2015 | 491.70 | 0.00 |
| Bill | 02/28/2015 28 | SRM ADVISORS INC | 03/13/2015 | 6,400.00 | 0.00 |
| Bill | 01/26/2015 25 | SRM ADVISORS INC | 02/05/2015 | 6,400.00 | 0.00 |
| Bill | 01/31/2015 3256123575 | Staples | 03/02/2015 | 488.65 | 0.00 |
| Bill | 01/31/2015 3256123573 | Staples | 03/02/2015 | 8.20 | 0.00 |
| Bill | 01/31/2015 3256123574 | Staples | 03/02/2015 | 61.91 | 0.00 |
| Bill | 01/31/2015 3256123570 | Staples | 03/02/2015 | 29.30 | 0.00 |
| Bill | 02/07/2015 3256813424 | Staples | 03/09/2015 | 1,722.04 | 0.00 |
| Bill | 02/07/2015 3256813423 | Staples | 03/09/2015 | 28.64 | 0.00 |
| Bill | 02/07/2015 3256813422 | Staples | 03/09/2015 | 63.76 | 0.00 |
| Bill | 02/07/2015 3256813421 | Staples | 03/09/2015 | 197.93 | 0.00 |
| Bill | 02/21/2015 3257903654 | Staples | 03/23/2015 | 266.55 | 0.00 |
| Bill | 02/28/2015 8033456030 | Staples | 03/30/2015 | 621.36 | 0.00 |
| Bill | 02/28/2015 8033800600 | Staples | 04/27/2015 | 902.64 | 0.00 |
| Bill | 02/06/2015 02062015 | Suffolk County Water Authority (PCA) | 02/16/2015 | 32.74 | 0.00 |
| Bill | 02/28/2015 452213 | TGI OFFICE AUTOMATION | 04/10/2015 | 523.63 | 0.00 |
| Bill | 02/24/2015 35676 | Trans-Continental Credit & Collection | 03/06/2015 | 216.40 | 0.00 |
| Bill | 02/10/2015 19284 | Trans-Continental Credit & Collection | 03/12/2015 | 25.00 | 0.00 |
| Bill | 02/24/2015 35604 | Trans-Continental Credit & Collection | 03/26/2015 | 72.75 | 0.00 |
| Bill | 02/24/2015 35590 | Trans-Continental Credit & Collection | 03/26/2015 | 166.06 | 0.00 |
| Bill | 12/30/2014 30759 | Trans-Continental Credit & Collection | 01/29/2015 | 577.50 | 0.00 |
| Bill | 01/28/2015 77072 | Trans-Continental Credit & Collection | 02/07/2015 | 50.00 | 0.00 |
| Bill | 01/28/2015 77056 | Trans-Continental Credit & Collection | 02/07/2015 | 776.50 | 0.00 |
| Bill | 02/10/2015 19280 | Trans-Continental Credit & Collection | 02/20/2015 | 82.69 | 0.00 |
| Bill | 01/28/2015 77054 | Trans-Continental Credit & Collection | 02/27/2015 | 6.25 | 0.00 |
| Bill | 01/28/2015 77057 | Trans-Continental Credit & Collection | 02/27/2015 | 25.00 | 0.00 |
| Bill | 02/22/2015 2222015 | Verizon (PCA) | 03/19/2015 | 78.58 | 0.00 |
| Bill | 01/22/2015 1222015 | Verizon (PCA) | 01/22/2015 | 82.19 | 0.00 |
| | | **TOTAL** | | 257,988.46 | 16,475.00 |

| | 2014 revenues | 2015 Revenues - Jan-Jul | 20% Adjustment to 2014 revenues | Purchase price adjustment |
|---|---|---|---|---|
| Canal Radiology | - | | | |
| Centre Commons MRI & CT | - | | | |
| Community Radiology of Virginia | - | | | |
| Omaha Imaging | - | | | |
| Open MRI of Daytona | - | | | |
| Paramount Imaging Corporate | - | | | |
| Park South Imaging Center | - | | | |
| Presar Imaging of Rockledge | - | | | |
| Price Hoffman Stone & Associates;PHS | - | | | |
| Price Hoffman Stone & Associates;PHS - Bayfront | - | | | |
| Price Hoffman Stone & Associates;PHS - Baywalk | - | | | |
| Price Hoffman Stone & Associates;PHS - Pinelas | - | | | |
| Suncoast Imaging of Port Orange | - | | | |
| University Open MRI of Augusta | - | | | |
| USDL Pittsburgh Inc. | - | | | |
| Central Nebraska Imaging | 22,230 | 19,747 | | |
| Clovis Open MRI | 31,517 | 32,370 | | |
| Dr. Joseph Peters | 9,163 | 7,010 | | |
| Impression Imaging | 56,678 | 88,331 | | |
| Khurana Radiology MD PA | 12,371 | 36,763 | | |
| Northeast Nebraska Imaging | 22,001 | 22,108 | | |
| Open MRI of Pueblo | 67,133 | 79,719 | | |
| Physicians Imaging Center of Florida | 171,208 | 127,506 | | |
| Precision Imaging of New York | 133,328 | 197,549 | | |
| Rosetta Radiology | 175,829 | 213,192 | | |
| White River Imaging | 39,509 | 31,373 | | |
| Accurate Medical Diagnostic Services | 80,437 | 105,625 | | |
| Advanced Medical Imaging | 6,400 | | | |
| Altec | 5,250 | | | 1,280 |
| American Radiology Services | 941 | | | 1,050 |
| Atlantic Health Solutions | 3,200 | | | 188 |
| Diagnostic Imaging Associated, P.A. | 4,777 | | | 640 |
| Pueblo Pediatrics/Parvin | 6,206 | | | 955 |
| Toledo Medical - MedPro Medical | 5,145 | | | 5,159.7 |
| Kettering Medical Center | 33,000 | | | 1,241 |
| Children's Clinic of Pueblo | 54,527 | | | 1,029 |
| Professional Radiology Associates | 59,241 | | | 6,600 |
| Professional Imaging Consultants | 4,600 | | | 10,905 |
| Suncoast Vein and Vascular | 42,453 | 879 | | 11,848 |
| Price Hoffman Stone & Associates | 103,112 | 997 | | 920 |
| InMed Dilagnostic Services | 507,475 | 5,410 | | 8,491 |
| BAB Radiology | 446,669 | 26,276 | | 20,622 |
| Paramount Imaging Group | 279,809 | 32,419 | | 101,495 |
| | | 37,873 | | 89,734 |
| | | | | 55,962 |
| **Total** | **2,391,209** | **1,065,148** | | **1,689,989** |

A H MS - Revenue Adjustme...

# EXHIBIT 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

------------------------------------------------------------------X

CRITERIONS, LLC,

                                        Plaintiff,

                    -against-

VISIENT CORP. D/B/A PORTECK CORPORATION,
PHYSICIANS PRACTICE PLUS LLC D/B/A
PORTECK CORPORATION, ARVIND WALIA
D/B/A PORTECK CORPORATION,
CONSTELLATION HEALTHCARE
TECHNOLOGIES, INC.,

                                        Defendants.

------------------------------------------------------------------X

Index No.:
File No.: 22249

**SUMMONS**

Place of Venue is the
Plaintiff's
Place of Business:
18 Genevieve Place
Great Neck, NY 11021

To the above named Defendants:

YOU ARE HEREBY SUMMONED to appear in the SUPREME COURT OF THE
STATE OF NEW YORK, COUNTY OF NASSAU at the office of the Clerk of said
Court at 100 Supreme Court Drive, Mineola, New York , in the COUNTY OF NASSAU,
within the time provided by law as noted below and to file answer to the below complaint
with the clerk: upon failure to answer, judgment will be taken against you by default in
the sum of $61,490.00 plus interest from February 1, 2015, together with the costs and
disbursements of this action.

Dated: March 9, 2016
        Port Chester, New York

Kavulich & Associates, P.C.
By: Matthew Kasper, Esq.
181 Westchester Ave., Suite 500-C
Port Chester, NY 10573
(914) 355-2074

Defendants' Addresses:
VISIENT CORP.
c/o Arvind Walia
3 Farmwood Lane
Upper Brookville, NY 11545

Arvind Walia
27 Kettlepond Road
Jericho, NY 11753

PHYSICIANS PRACTICE PLUS LLC
300 Jericho Quadrangle, Suite 320
Jericho, NY 11753

Constellation Healthcare Technologies, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Note:  The law provides that: (a) If the summons is served by its delivery to you
personally within the City of New York, you must appear and answer within TWENTY
days after such service; or (b) If the summons is served by any means other than personal
delivery to you within the City of New York, you must appear and answer within
THIRTY days after proof of service thereof is filed with the Clerk of this Court.

688

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Index No.:
File No.: 22249

-----------------------------------------------------------------X

CRITERIONS, LLC,

Plaintiff,

**VERIFIED COMPLAINT**

-against-

VISIENT CORP. D/B/A PORTECK CORPORATION,
PHYSICIANS PRACTICE PLUS LLC D/B/A
PORTECK CORPORATION, ARVIND WALIA
D/B/A PORTECK CORPORATION,
CONSTELLATION HEALTHCARE
TECHNOLOGIES, INC.

Defendants.

-----------------------------------------------------------------X

Plaintiff, CRITERIONS, LLC, by its attorneys, Kavulich & Associates, P.C., as

and for its Complaint alleges:

## THE PARTIES

1.  Plaintiff, CRITERIONS, LLC (hereinafter "Plaintiff"), is a domestic limited

liability corporation.

2.  Defendants, VISIENT CORP. D/B/A PORTECK CORPORATION (hereinafter

collectively "Defendants"), is upon information and belief, a domestic business

corporation.

3.  Defendants, PHYSICIANS PRACTICE PLUS LLC D/B/A PORTECK

CORPORATION (hereinafter collectively "Defendants"), is upon information and belief,

a domestic business limited liability corporation.

4.  Defendants, CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.

(hereinafter collectively "Defendants"), is upon information and belief, a Delaware

corporation.

5.  Defendants, ARVIND WALIA D/B/A PORTECK CORPORATION (hereinafter collectively "Defendants"), is upon information and belief, an individual residing in the State or New York.

## BACKGROUND

6.  On or about August, 20, 2001, Complex Corporation and Presgar Imaging, LC &/or BAB Radiology executed a software license & Support Agreement.

7.  Thereafter, the agreement was assigned to Defendants with Plaintiff Criterions, LLC. as a party thereto.

8.  Said products and services were offered by Plaintiff and accepted by Defendants pursuant to the aforementioned agreement at an agreed value of $61,490.00.

9.  Contemporaneous with said tender, Plaintiff provided corresponding invoices to Defendants concerning the same, the terms of which were accepted by Defendants without any protest or objection thereto.

10. Defendants has represented to Plaintiff that no payments will be forthcoming.

11. Accordingly, there exists an unpaid balance of $61,490.00 which is currently due and owing from Defendants to Plaintiff.

12. To date, and despite Plaintiff's demand, said unpaid balance has not been satisfied by any source.

13. On or about March 17, 2015, Defendants PHYSICIANS PRACTICE PLUS LLC D/B/A PORTECK CORPORATION was acquired by CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. together with all debts, assets, and liabilities.

## AS AND FOR THE FIRST CAUSE OF ACTION
(Breach of Contract)

14. Plaintiff repeats the foregoing allegations as if fully set forth herein.

15. By failing to satisfy said unpaid balance of $61,490.00, Defendants have breached the terms of its agreement with Plaintiff as represented by the invoices, correspondence, and other documents associated with the underlying transactions.

16. Defendants' breach of said agreement caused harm to Plaintiff.

17. Consequently, Plaintiff demands judgment in the sum of $61,490.00 plus interest at the statutory rate of 9% per annum from February 1, 2015.

**AS AND FOR THE SECOND CAUSE OF ACTION**
(Goods Sold and Delivered)

18. Plaintiff repeats the foregoing allegations as if fully set forth herein.

19. Pursuant to CPLR § 3016(f), Defendants owe Plaintiff for goods sold and delivered represented by invoices issued to Defendants in the total amount of $61,490.00.

20. Consequently, Plaintiff demands judgment in the sum of $61,490.00 plus interest at the statutory rate of 9% per annum from February 1, 2015.

**AS AND FOR THE THIRD CAUSE OF ACTION**
(Account Stated)

21. Plaintiff repeats the foregoing allegations as if fully set forth herein.

22. Plaintiff provided Defendants with a true and complete account in the amount of $61,490.00 to which Defendants have made no objection.

23. Consequently, Plaintiff demands judgment in the sum of $61,490.00 plus interest at the statutory rate of 9% per annum from February 1, 2015.

**AS AND FOR THE FOURTH CAUSE OF ACTION**
(Unjust Enrichment)

24. Plaintiff repeats the foregoing allegations as if fully set forth herein.

25. Defendants accepted the goods delivered to it by Plaintiff, and upon information and belief, resold the same to its customers for which it received or expects to receive payment.

26. As a result, Defendants derived a substantial benefit from the goods delivered to it by Plaintiff for which Plaintiff has not been paid.

27. Therefore, Defendants have been unjustly enriched in the amount of not less than $61,490.00 at the expense of Plaintiff.

28. Consequently, Plaintiff demands judgment in the sum of $61,490.00 plus interest at the statutory rate of 9% per annum from February 1, 2015.

### AS AND FOR THE FIFTH CAUSE OF ACTION
(Quantum Meruit)

29. Plaintiff repeats the foregoing allegations as if fully set forth herein.

30. Plaintiff delivered said goods to Defendants in good faith and with the expectation of being paid by Defendants.

31. The fair and reasonable value of said goods received by Defendants from Plaintiff but not paid for by Defendants is at least $61,490.00.

32. Consequently, Plaintiff demands judgment in the sum of $61,490.00 plus interest at the statutory rate of 9% per annum from February 1, 2015.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

    a.  A money judgment upon the First, Second, Third, Fourth, and Fifth Causes of Action for the sum of $61,490.00 plus interest at the statutory rate of 9% per annum from February 1, 2015;

    b.  Together with costs and disbursements of this action; and

c.  For such other and further relief as the Court deems just and proper.

Dated: March 9, 2016
     Port Chester, New York

Kavulich & Associates, P.C.
By: Matthew Kasper, Esq.
181 Westchester Ave., Suite 500-C
Port Chester, NY 10573
(914) 355-2074

**VERIFICATION**

State of New York                )
                                 ) ss
COUNTY OF NASSAU                 )


Rajeev Mathur, being duly sworn deposes and says:

I am the Vice President of the Plaintiff CRITERIONS, LLC I have read this Complaint and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.


Sworn to before me this
8TH day of *March*, 2016

_Lisa Schoen_
Notary Public

_Rajeev Mathur_
Rajeev Mathur

LISA SCHOEN
Notary Public, State of New York
No. 01SC5025457
Qualified in Nassau County
Commission Expires May 09 20 18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
                     Index No.:
-----------------------------------------------------------------X   File No.: 22249
CRITERIONS, LLC,
                    Plaintiff,

              -against-

VISIENT CORP. D/B/A PORTECK CORPORATION,
PHYSICIANS PRACTICE PLUS LLC D/B/A
PORTECK CORPORATION, ARVIND WALIA
D/B/A PORTECK CORPORATION,
CONSTELLATION HEALTHCARE
TECHNOLOGIES, INC.
                 Defendants.
-----------------------------------------------------------------X

### NOTICE OF COMMENCEMENT OF ACTION
### SUBJECT TO MANDATORY ELECTRONIC FILING

      PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts.  This notice is being served as required by Subdivision (b) (3) of the Section.

      For information about electronic filing, including access to Section 202.5-bb, consult the website of the New York State Courts Electronic Filing System ("NYSCEF") at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@ecourts.state.ny.us.

Dated: March 9, 2016
      Port Chester, New York

                                   Kavulich & Associates, P.C.
                                   By: Matthew D. Kasper, Esq.
                                   181 Westchester Ave., Suite 500-C
                                   Port Chester, NY 10573
                                   (914) 355-2074

**Defendants' Addresses:**

VISIENT CORP.
c/o Arvind Walia
3 Farmwood Lane
Upper Brookville, NY 11545

PHYSICIANS PRACTICE PLUS LLC
300 Jericho Quadrangle, Suite 320
Jericho, NY 11753

Arvind Walia
27 Kettlepond Road
Jericho, NY 11753

Constellation Healthcare Technologies, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Nassau County
Maureen OConnell
County Clerk
Mineola, NY 11501

---

**Ref ID#: EC 16 601569**　　　　**Instrument Number: 2017- 00256647**
As

**JE1 - ELECT JUDG SUPREME COURT MONEY**

Recorded On:　November 30, 2017
Parties:　Criterions LLC

　TO　VISIENT CORP　　　　　　　　　　　　　**Num Of Pages: 4**

Recorded By:　KASPER　　　　　　　　　　　　Comment:

---

**** Examined and Charged as Follows: ****

JE1 - ELECT JUDG SUPREME CC　　　　0.00

　　Recording Charge:　　　0.00

---

**** THIS PAGE IS PART OF THE INSTRUMENT ****

I hereby certify that the within and foregoing was recorded in the Clerk's Office For:　Nassau County, NY

**File Information:**　　　　　　　　**Record and Return To:**

　Document Number:　2017- 00256647
　　Receipt Number:　887490
　Recorded Date/Time:　November 30, 2017 01:46:23P
　　Book-Vol/Pg:　Bk-K Vl-165 Pg-291
　Cashier / Station:　0 KN / NCCL-2GXNV42

---



County Clerk Maureen O'Connell

1 of 4

696

At a IAS 4 of The Supreme Court
of the State of New York, held in and
for the County of Nassau, at the
Supreme Courthouse at 100 Supreme
Court, Mineola, New York, on the
28 day of Nov , 2017

Present: HON. ANTHONY L. PARGA

-----------------------------------------------------------X

CRITERIONS LLC,

Index No.: 601569/16 [EFILED]

                    Plaintiff,

                                                           **JUDGMENT**

    - against -

VISIENT CORP. D/B/A PORTECK
CORPORATION, PHYSICIANS PRACTICE
PLUS LLC D/B/A PORTECK CORPORATION,
ARVIND WALIA D/B/A PORTECK
CORPORATION, CONTELLATION
HEALTHCARE TECHNOLOGIES, INC.,                    Motion Date: 8/30/17
                                                  Sequence No. 003

                    Defendants.

-----------------------------------------------------------X

Plaintiff, CRITERIONS LLC by its attorneys Kavulich & Associates, P.C.,

having moved this Court for an order pursuant to 22 NYCRR §202.27(a) seeking a

default judgment in favor Plaintiff CRITERIONS LLC, and against the Defendants

VISIENT CORP. D/B/A PORTECK CORPORATION, PHYSICIANS PRACTICE

PLUS LLC D/B/A PORTECK CORPORATION, ARVIND WALIA D/B/A PORTECK

CORPORATION, CONTELLATION HEALTHCARE TECHNOLOGIES, INC., and

upon the Notice of Motion for default judgment dated August 9, 2017 and the supporting

Affirmation of Matthew Kasper, Esq. ~~sworn~~ AFFIRMED on August 9, 2017, together with the

affidavit of Raj Mathur, Plaintiff's vice president annexed thereto, and upon reading and

filing the aforesaid papers, and due deliberation having had thereon, and upon the

decision of Hon. Anthony L. Parga a Justice of this Court dated October 18, 2017

granting Plaintiff's motion in its entirety, a copy of which is annexed hereto;

NOW, upon motion of Matthew Kasper, Esq. attorneys for Plaintiff, it is

**ORDERED**, that the Plaintiff's motion for default judgment is hereby granted, and is further;

**ADJUDGED**, that Plaintiff CRITERIONS LLC located at 18 Genevieve Place, Grate Neck, NY 11021 be awarded judgment against Defendants VISIENT CORP. *D/B/A PORTECK CORPORATION* located at 3 Farmwood Lane, Upper Brookville, NY 11545, PHYSICIANS PRACTICE *D/B/A PORTECK CORPORATION* PLUS LLC located at 300 Jericho Quadrangle, Suite 320, Jericho, NY 11753, ARVIND *D/B/A PORTECK CORPORATION* WALIA residing at 27 Kettlepond Road, Jericho, NY 11753, CONTELLATION HEALTHCARE TECHNOLOGIES, INC. located at 3200 Wilcrest Drive, Suite 600, Houston, TX 77042, the sum of $61,490.00 together with statutory interest from February 1, 2015 in the amount of _$15,662.26_ together with costs and disbursements in the amount of _$615.00_ for a total of _$77,767.26_;

**ORDERED** that the Plaintiff shall have executive thereof.

ENTER:

HON. ANTHONY L. PARGA, JSC

RG
AS TO
FORM

**ENTERED**

NOV 3 0 2017

NASSAU COUNTY
COUNTY CLERK'S OFFICE

JSC

Case 8-20-08049-ast Doc 58-3 Filed 01/18/23 Entered 01/18/23 20:53:20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

INDEX NO. 601569/2016E
FILE NO. 22249

----------------------------------------------------------X

CRITERIONS, LLC,

               PLAINTIFF(S)

**BILL OF COSTS**

    -AGAINST-

VISIENT CORP. D/B/A PORTECK CORPORATION,
PHYSIIANS PRACTICE PLUS LLC D/B/A
PORTECK CORPORATION,
ARVIND WALIA D/B/A PORTECK CORPORATION,
CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.,

               DEFENDANT(S)

----------------------------------------------------------X

COSTS for:

*ADJUSTED AT $ 615.00 THIS 30 DAY OF November 2017 [signed] CLERK, NASSAU CO.*

Proceedings before Note of Issue is filed – CPLR § 8201(1)...................... $200.00
Motion – CPLR § 8202 ...................... ~~$25.00~~

                         **SUBTOTAL** ~~$275.00~~ **$200.00**

FEES and DISBURSMENTS for:

Index number of county clerks – CPLR § 8018 ...................... $210.00
Request for Judicial Intervention ...................... $ 95.00
Note of Issue ...................... $ 0.00
Serving summons and complaint – CPLR § 8011(h) ...................... $ 25.00
Prospective Marshal's Fee ...................... $ 40.00

*Motion*                               **$45.00**

                         **SUBTOTAL** ~~$370.00~~ **$415.00**

                         **TOTAL**    $615.00

Attorney's Affirmation

STATE OF NEW YORK       )
                          )   ss.:
COUNTY OF WESTCHESTER   )

    The undersigned, Matthew D. Kasper, Esq., an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms the following under penalty of perjury:

    I am a member of the law firm of Kavulich & Associates, P.C., attorneys for the Plaintiff, herein. As such, I am fully familiar with the facts and circumstances of the above captioned action; that the foregoing costs are correct and were necessarily incurred in this action and are reasonable in amount; and that the services for which fees have been charged were actually and necessarily performed and are reasonable in amount.

        Dated:   November 14, 2017
                 Westchester, New York

*MK*

By: Matthew D. Kasper, Esq.
*Kavulich & Associates, P.C.*
181 Westchester Ave., Suite 500C
Port Chester, NY 10573
Attorney for Plaintiff

699

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ORION HEALTHCORP, INC.[1], | : | Case No. 18-71748 (AST) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

------------------------------------------

|  |  |  |
|---|---|---|
| HOWARD M. EHRENBERG IN HIS CAPACITY | : | Adv. Pro. No. 20-08049 (AST) |
| AS LIQUIDATING TRUSTEE OF ORION | : |  |
| HEALTHCORP, INC., ET AL., | : | [Filed Concurrently with Plaintiff's |
|  | : | Response to Defendants' Separate |
| Plaintiff, | : | Statement of Facts and Plaintiff's |
|  | : | Additional Facts] |
| v. | : |  |
|  | : |  |
|  | : |  |
| ARVIND WALIA; NIKNIM MANAGEMENT, INC., | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

------------------------------------------

**OPPOSITION TO MOTION OF DEFENDANTS ARVIND WALIA AND NIKNIM MANAGEMENT INC. FOR PARTIAL SUMMARY JUDGMENT DISMISSING CLAIMS ASSERTED IN THE COMPLAINT UNDER 11 U.S.C. §544**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

## TABLE OF CONTENTS

**Page**

I.    SUMMARY OF ARGUMENT ON OPPOSITION ................................................................1

    A.    THE COMPLAINT STATES FACTS MEMORIALIZING THE
    TRUSTEE'S POSITION FOR THE BENEFIT OF NUMEROUS
    UNSECURED CLAIMANTS AND THE EVIDENCE CONFIRMS
    THE EXISTENCE OF NUMEROUS LEGITIMATE UNSECURED
    CREDITORS ..........................................................................................................2

II.   CONCLUSION ..............................................................................................................7

# TABLE OF AUTHORITIES

**Page**

## Cases

*45 John Lofts, LLC v. Meridian Capital Grp., LLC* (*In re 45 John Lofts, LLC*)
    599 B.R. 730 (Bankr. S.D.N.Y. 2019) .......................................................................4

*9281 Shore Rd. Owners Corp. v. Seminole Realty Corp. (In re 9281 Shore Rd. Owners Corp.)*
    187 B.R. 837 (Bankr. E.D.N.Y. 1995) .....................................................................3

*Babitt v. Schwartz (In re Lollipop, Inc.)*
    205 B.R. 682 (Bankr. E.D.N.Y., 1997) ....................................................................3

*Geron v. Schulman* (*In re Manshul Constr. Corp.*)
    2000 U.S. Dist. LEXIS 12576, 2000 WL 1228866, at *44 (S.D.N.Y. Aug. 30, 2000) ...........5

*Global Crossing Estate Rep. v. Winnick*
    2006 U.S. Dist. LEXIS 53785, 2006 WL 2212776, at *11 (S.D.N.Y. Aug. 3, 2006) .............4

*In re Leonard*
    125 F.3d 543 (7th Cir. 1997) ................................................................................3

*In re RCM Global Long Term Cap. Appreciation Fund, Ltd.*
    200 B.R. 514 (Bankr. S.D.N.Y. 1996) .....................................................................5

*Leibowitz v. Parkway Bank & Trust Co. (In re Image Worldwide)*
    139 F. 3d 574 (7th Cir. 1998) ...............................................................................4

*Mendelsohn v. Kovalchuk* (*In re* APCO *Merch. Servs.*),
    585 B.R. 306 (Bankr. E.D.N.Y. 2018) .................................................................4, 5

*Musicland Holding Corp. v. Best Buy Co.* (*In re Musicland Holding Corp.*)
    398 B.R. 761 (Bankr. S.D.N.Y. 2008) .....................................................................4

*Picard v. Avellino (In re Bernard L. Madoff Inv. Sec. LLC)*,
    557 B.R. 89 (Bankr. S.D.N.Y. 2016) .......................................................................4

*Picard v. Estate of Chais* (*In re Bernard L. Madoff Inv. Sec. LLC*)
    445 B.R. 206 (Bankr. S.D.N.Y. 2011) .....................................................................4

*Picard v. Madoff* (*In re Bernard L. Madoff Inv. Sec. LLC*)
    458 B.R. 87 (Bankr. S.D.N.Y. 2011) .......................................................................4

*Smith v. George* (*In re RCK Modular Homes S*ys.)
    402 B.R. 463 (Bankr. D. N.H. 2008) ......................................................................5

*Young v. Paramount Communications. Inc. (In re Wingspread Corp.)*
    178 B.R. 938 (Bankr. S.D.N.Y.) .............................................................................3

**Statutes**

11 U.S.C. §544.................................................................................................................1, 3, 4

**Other Authorities**

N.Y. Debt & Cred. Law §273...........................................................................................3

N.Y. Debt. & Cred. Law §276...........................................................................................3

COMES NOW, Plaintiff, Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "Plaintiff" or the "Liquidating Trustee"), for the estates of the above-captioned Debtors in opposition (the "Opposition") to *Motion of Defendants Arvind Walia and Niknim Management Inc.* (the "Defendants") (collectively Plaintiff and Defendants are the "Parties") *For Partial Summary Judgment Dismissing Claims Asserted in the Complaint Under 11 U.S.C. §544* (the "Motion") [Dkt. No. 51].[2]

# I.

## SUMMARY OF ARGUMENT ON OPPOSITION

1.        Neither the law, the facts, nor the equity of the circumstances support Defendants' Motion.  Defendants Arvind Walia ("Walia") and his solely controlled company, NIKNIM Management, Inc., with the assistance of Paul Parmar ("Parmar"), absconded with millions of dollars of the Debtor's funds in 2016 and 2017 based off acquisition agreements intentionally designed to misrepresent the facts, acquire shell entities of no value and conceal kick-backs of funds to Parmar and Walia.  In this chapter, Parmar required the cooperation of an accomplice to divert millions of dollars away from creditors, so he installed Walia as an Officer of Orion and CHT in 2015.  Together, the two executives transferred millions of dollars out of the estate.

2.        The Trustee sets forth seventy-six (76) Undisputed Facts wherein Defendants admit Parmar and Walia misstated and concealed the true terms of the acquisitions and payments. (*See* Joint Statement of Undisputed Facts ("JSOF"), Dkt. No. 54). The underlying transactional documents confirm the Debtors received nothing in return for the payments. Similarly, the Debtors' books and records do not support either transfer as a payment of a legitimate corporate debt or record any consideration for the payments.  During the time frame of

---

[2] Defined terms are given the same meaning as utilized in the Plaintiff's Motion for Summary Judgment (Docket No. 53 (hereinafter "Dkt. No. 53")).

2015-2017, numerous unsecured creditors existed who were not paid and were forced to sue the Debtors while the executives diverted $4,020,000 to the Defendants (the "Transfers").  The allegations of Plaintiff are supported by documents and evidence produced during discovery. Defendants admitted these facts during the course of discovery and stipulated to the facts for the purposes of summary judgment.

3.      There is no cognizable defense to shield officers and/or insiders who divert monies of a debtor to one-another for no consideration while ignoring payment obligations to legitimate creditors.  Rather than file a motion to dismiss at the pleading stage, Defendants file a summary judgment motion at the close of discovery asserting a pleading standard to claim no triggering creditor is identified in the complaint.  Remarkably, Defendants do not dispute the existence of valid unsecured creditors, just that no creditor was identified by name in the First Amended Complaint ("FAC").  The Motion misstates the standard on a motion to dismiss.  A complaint is not required to identify a specific creditor but rather reference a fact pattern which establishes the existence of unsecured creditors.  The FAC adequately pleads facts supporting the existence of triggering creditors and identifies unsecured claimants who were recognized as having allowed unsecured claims in the bankruptcy case in excess of $100MM.  Framed as a motion for summary judgment, the Motion is without evidentiary support.  The evidence clearly establishes the existence of numerous unsatisfied judgment creditors, any of which can act as triggering creditors.  The creditors of the estate will benefit from any recovery in the present adversary.  Defendants' Motion is properly denied.

**A.      THE COMPLAINT STATES FACTS MEMORIALIZING THE TRUSTEE'S POSITION FOR THE BENEFIT OF NUMEROUS UNSECURED CLAIMANTS AND THE EVIDENCE CONFIRMS THE EXISTENCE OF NUMEROUS LEGITIMATE UNSECURED CREDITORS**

4.      Despite the fact the Trustee produced documents during discovery evidencing

numerous unsecured claimants who hold valid claims, and in fact held judgments, Defendants

file in essence an untimely motion to dismiss.  Defendants claim the Trustee's complaint is

flawed as he must identify a single specific creditor by name in the FAC.  The argument of law

in the Motion is incorrect and procedurally flawed on summary judgment.  Under Rule 56, on

summary judgment, the question centers on "if the movant shows that there is no genuine dispute

as to any material fact and the movant is entitled to judgment as a matter of law."  Plaintiff has

produced evidence during the course of discovery of the existence of multiple claimants, the

legitimacy of their claims, and in fact Defendants stipulated to the existence of such predicate

creditors.  (*See* Plaintiff's JSOF, Dkt. No. 54, #23-24, 74-76)

5. Even at the motion to dismiss phase, Defendant's citation to the legal standard is

erroneous.  The Parties agree that pursuant to 11 U.S.C. §544(b), the Trustee may utilize state

fraudulent conveyance law to avoid a transfer if there exists an actual unsecured creditor who

could void the transfer under applicable law. *Babitt v. Schwartz (In re Lollipop, Inc.)*, 205 B.R.

682, 687 (Bankr. E.D.N.Y., 1997) citing to *Young v. Paramount Communications. Inc. (In re

Wingspread Corp.)*, 178 B.R. 938, 945 (Bankr. S.D.N.Y.), aff'd, 186 Bankr. 803 (S.D.N.Y.

1995).  To establish a predicate creditor, "the creditor need not have reduced his claim to a lien

or judgment." *9281 Shore Rd. Owners Corp. v. Seminole Realty Corp. (In re 9281 Shore Rd.

Owners Corp.),* 187 B.R. 837, 852 (Bankr. E.D.N.Y. 1995); N.Y. Debt. & Cred. Law §§273 and

276 are clearly applicable.

6. The existence of filed unsecured claims is sufficient to allow the Trustee to

assume the position of any one of them.  *See In re Leonard,* 125 F.3d 543, 544 (7th Cir. 1997).

The Motion cites to *Leibowitz v. Parkway Bank & Trust Co. (In re Image Worldwide*), 139 F. 3d 574 (7th Cir. 1998) for the proposition the Trustee must name a single creditor in the complaint. (*See* Motion ¶41).  However, in *In re Image Worldwide,* the court held that pursuant to the strong-arm provision of the Bankruptcy Code, 11 U.S.C. §544(b), "*the trustee need not identify the creditor, so long as the unsecured creditor exists*."  *Id.* at 577.  Similarly, in New York, at the motion to dismiss stage, the Trustee need not identify in the complaint a single unsecured claimant, but rather, must only plead facts from which it can be plausibly concluded there is at least one legitimate creditor of the estate. *Mendelsohn v. Kovalchuk* (*In re* APCO *Merch. Servs.*), 585 B.R. 306, fn. 11 (Bankr. E.D.N.Y. 2018).  Plaintiff pled facts in the FAC wherein it cannot reasonably be disputed as to the existence of allowed unsecured claimants.

7.     A plaintiff is not required in its complaint to identify a specific unsecured creditor holding an allowed claim. *45 John Lofts, LLC v. Meridian Capital Grp., LLC* (*In re 45 John Lofts, LLC*), 599 B.R. 730, 742 (Bankr. S.D.N.Y. 2019) citing to *Picard v. Avellino (In re Bernard L. Madoff Inv. Sec. LLC*), 557 B.R. 89, 120 (Bankr. S.D.N.Y. 2016) ("The Defendants' second challenge suggests that the Trustee must identify a specific unsecured creditor holding an allowed claim. The Defendants' position [is] contrary to the law of this District.") (citing *Global Crossing Estate Rep. v. Winnic*k, 2006 U.S. Dist. LEXIS 53785, 2006 WL 2212776, at *11 (S.D.N.Y. Aug. 3, 2006); *Picard v. Madoff* (*In re Bernard L. Madoff Inv. Sec. LLC*), 458 B.R. 87, 109 (Bankr. S.D.N.Y. 2011); *Picard v. Estate of Chais* (*In re Bernard L. Madoff Inv. Sec. LLC*), 445 B.R. 206, 234 (Bankr. S.D.N.Y. 2011); *Musicland Holding Corp. v. Best Buy Co*. (*In re Musicland Holding Corp.*), 398 B.R. 761, 780 (Bankr. S.D.N.Y. 2008); *In re RCM Global*

*Long Term Cap. Appreciation Fund, Ltd.*, 200 B.R. 514, 523-24 (Bankr. S.D.N.Y. 1996)). Indeed, there is ample authority to suggest that consideration of the qualifying creditor question be left until motions for summary judgment, if not later. *Id*. at 743. *See Geron v. Schulman* (*In re Manshul Constr. Corp*.), 2000 U.S. Dist. LEXIS 12576, 2000 WL 1228866, at *44 (S.D.N.Y. Aug. 30, 2000) (considering the existence of qualifying creditors post-trial); *In re APCO*, 585 B.R. at 315 (same); *Smith v. George* (*In re RCK Modular Homes S*ys.), 402 B.R. 463, 469-70 (Bankr. D. N.H. 2008) (considering the existence of qualifying creditors on a motion for summary judgment).

8.      The FAC alleges Plaintiff is the Liquidating Trustee under the Liquidation Trust Agreement created according to the Plan in the bankruptcy case. (FAC, ¶¶1, 5, Dkt No. 22). The Liquidation Trust was created specifically to make distributions to Allowed Claims and Allowed Interests (FAC, ¶5, Dkt No. 22) and pursue causes of action for their benefit (Complaint ¶6, Dkt No. 22).  Section 4.1(e) of the Plan confirmed the existence of General Unsecured Claims which specifically included allowed secured lender deficiency claims in the amount of $108,287,223. (*See* RJN, Ex. 1, p. 3).  It is clear that not only general unsecured creditors exist as identified, but that such claims are allowed.  Monies recovered by the Trustee will inure to their benefit and in fact a distribution has already been made.  Defendants' claim that the Adversary Action is being prosecuted apparently to benefit equity holders such as Parmar is curious.

9.      During the course of discovery in August 2021, the Trustee produced documents to Defendants evidencing various judgment creditors who the Trustee had the right to prosecute the Adversary Action for their benefit.  The Trustee produced to Defendants the Final Judgment

of unsecured creditors Jack McBride and Alan Nottingham dated December 16, 2015, the Abstract of Judgment and the filed proof of claim in the Debtors' bankruptcy case. (*See* Plaintiff's Additional Statement of Fact ("ASOF"), #24). The Trustee produced Schedule 10, Summary of Legal Actions against the Debtors, which identified thirteen (13) separate lawsuits filed against the Debtors. (*See* Plaintiff's ASOF, #25) As part of the meet and confer process and the filing of the Plaintiff's Motion for Summary Judgment, it was not disputed that the creditor Criterion, LLC's litigation resulted in a valid judgment against various Debtors including CHT. (*See* JSOF, Dkt. No. 54, ##74-76) It was not disputed that the litigation by the creditor Cockerell Dermatopathology was pending and stayed by the Debtors following the filing of the Petition. (*See* JSOF, Dkt. No. 54, ##71, 72) Each of the judgments against the Debtors were unsatisfied as of the Petition Date. (*See* JSOF, Dkt. No.54, ##72, 73, 76). The facts are not in dispute that numerous unsecured claimants exist to act as a triggering creditor for the Adversary Proceeding and that Defendants' Motion is divorced from reality.

10.     Lastly, during the course of discovery the Trustee produced to Defendants the January 30, 2017 Credit Agreement which was executed by all of the Debtors as part of the Go-Private Transaction. (*See* Plaintiff's ASOF, #26). As part of the meet and confer process and the filing of the Plaintiff's Motion For Summary Judgment, it was not disputed by Defendants that the Credit Agreement with BOFA was between BOFA and all the Debtors as secured by all of the Debtors' assets. (JSOF, Dkt. No. 54, ##23, 24) It cannot be reasonably disputed that BOFA is yet another valid creditor.

## II.

## CONCLUSION

11.     The Trustee has identified creditors and produced the documents to support the legitimacy of the claims.  Any monies recovered will inure to the benefit of unsecured creditors as opposed to equity holders such as Parmar & Company. The Motion filed by Defendants is properly denied.

Dated:  February 22, 2023             Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jeffrey P. Nolan*
Ilan D. Scharf, Esq.
Jeffrey P. Nolan, Esq. (Admitted *pro hac vice)*
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:     (212) 561-7700
Facsimile:     (212) 561-7777

Counsel for Plaintiff, Howard M. Ehrenberg in his capacity as the Liquidating Trustee of Orion Healthcorp, Inc., *et al.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————
                                                    :
In re:                                              :    Chapter 11
                                                    :
ORION HEALTHCORP, INC.[1],                          :    Case No. 18-71748 (AST)
                                                    :
                                      Debtors.      :    (Jointly Administered)
————————————————————————        :
                                                    :
HOWARD M. EHRENBERG IN HIS CAPACITY   :
AS LIQUIDATING TRUSTEE OF ORION            :    Adv. Pro. No. 20-08049 (AST)
HEALTHCORP, INC., ET AL.,                        :
                                                    :
                                      Plaintiff,    :
                                                    :
v.                                                  :
                                                    :
ARVIND WALIA; NIKNIM MANAGEMENT,       :
INC.,                                               :
                                                    :
                                      Defendants.   :
                                                    :
————————————————————————        :

### PLAINTIFF'S RESPONSE TO DEFENDANTS'
### SEPARATE STATEMENT OF FACTS AND
### PLAINTIFF'S ADDITIONAL FACTS IN OPPOSITION TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR,
### IN THE ALTERNATIVE, SUMMARY ADJUDICATION

Comes now, Plaintiff, Howard M. Ehrenberg in His Capacity as Liquidating Trustee of

Orion Healthcorp, Inc., *et al.*, and issues *Plaintiff's Response To Defendants' Separate Statement*

*of Facts* and *Plaintiff's Additional Facts*:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

DOCS_LA:347041.4 65004/003

**Defendants' Separate Statement of Facts**

| | Defendants' Statement of Fact | Plaintiff's Response |
|---|---|---|
| 23 | Plaintiff's First Amended Complaint does not contain an allegation that either transfer at issue is voidable under applicable law by a creditor holding an unsecured claim that is allowable under section 502 of the Bankruptcy Code or that is not allowable only under section 502(e) of the Bankruptcy Code. | Disputed; The First Amended Complaint ("FAC") alleges that both Transfers are avoidable pursuant to applicable law. (FAC, ¶13) The FAC identifies the Plaintiff in his capacity as the Liquidating Trustee under the Liquidation Trust Agreement, as created according to the Plan in the bankruptcy case. (FAC, ¶¶1, 5, 6) The Liquidation Trust was created specifically to make distributions to holders of Allowed Claims and Allowed Interests and to pursue causes of action for their benefit. (FAC, ¶7) Section 4.1(e) of the Plan confirmed the existence of General Unsecured Claims which specifically included allowed lender deficiency claims in the amount of $108,287,223. |

**Plaintiff's Additional Separate Statement of Facts in
Opposition to Defendants' Motion for Summary Judgment**

| | Plaintiff's Additional Statement of Fact | Evidentiary Support |
|---|---|---|
| 24 | During the course of discovery in August 2021, the Trustee produced to Defendants the Final Judgment of unsecured creditors Jack McBride and Alan Nottingham dated December 16, 2015, the Abstract of Judgment, and the filed proof of claim in the Debtors' bankruptcy case. | See, Proof of Claim of John G. McBride attaching the Final Judgment (Ehren-Walia 003171-3178), a true and correct copy is attached to the Affidavit of J. Nolan as Exhibit 8. |
| 25 | During the course of discovery, the Trustee produced Schedule 10, Summary of Legal Actions against the Debtors, which identified thirteen (13) separate lawsuits by creditors filed against the Debtors. | See, Schedule 10 (Ehren-Walia 00907-910), a true and correct copy is attached to the Affidavit of J. Nolan as Exhibit 9. |

2

| Plaintiff's Additional Statement of Fact | Evidentiary Support |
|---|---|
| 26 | During the course of discovery, the Trustee produced to the Defendants the January 30, 2017 Credit Agreement with Bank of America, an Allowed Unsecured Claimant, in the bankruptcy cases. | See, Credit Agreement with Bank of America (Ehren-Walia 003504-3784), a true and correct copy is attached to the Affidavit of J. Nolan as Exhibit 10. |
| 27. | During the course of discovery, the Trustee produced the Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code. | See, the Debtors' Third Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (Ehren-Walia 003404-3463), a true and correct copy is attached to the Affidavit of J. Nolan as Exhibit 11. |

Dated:    February 22, 2023          PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Jeffrey P. Nolan*
      Ilan D. Scharf, Esq.
      Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
      780 Third Avenue, 34th Floor
      New York, New York 10017
      Telephone:     (212) 561-7700
      Facsimile:      (212) 561-7777

      Counsel for the Plaintiff,  Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al*.

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ :
                                     :
In re:                               :  Chapter 11
                                     :
ORION HEALTHCORP, INC.[1],           :  Case No. 18-71748 (AST)
                                     :
                          Debtors.   :  (Jointly Administered)
------------------------------------ :
                                     :
HOWARD M. EHRENBERG IN HIS CAPACITY  :
AS LIQUIDATING TRUSTEE OF ORION      :  Adv. Pro. No. 20-08049 (AST)
HEALTHCORP, INC., ET AL.,            :
                                     :
                          Plaintiff, :
                                     :
v.                                   :
                                     :
ARVIND WALIA; NIKNIM MANAGEMENT,     :
INC.,                                :
                                     :
                          Defendants.:
                                     :
------------------------------------ :

### AFFIDAVIT OF JEFFREY P. NOLAN
### IN SUPPORT OF OPPOSITION TO MOTION OF DEFENDANTS
### ARVIND WALIA AND NIKNIM MANAGEMENT, INC. FOR
### PARTIAL SUMMARY JUDGMENT DISMISSING CLAIMS
### ASSERTED IN THE COMPLAINT UNDER 11 U.S.C. §544

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

STATE OF CALIFORNIA            )
                                              )        ss.:
COUNTY OF LOS ANGELES      )

JEFFREY P. NOLAN, being duly sworn, deposes and says:

1.        I am an attorney at law duly licensed to practice before all courts in the
State of California.  I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP,
attorneys of record for Plaintiff, Howard M. Ehrenberg in his capacity as Liquidating Trustee of
Orion Healthcorp, Inc., *et al.*, for the estates of the above-captioned Debtors, counsel of record in
this adversary proceeding.  The facts stated herein are of my own personal knowledge, or made
known to me from a review of the files and pleadings in this action which are maintained in the
ordinary course of business.  If called upon as a witness to any facts set forth herein, I could and
would competently testify thereto.

2.        Attached hereto as **Exhibit 8** is a true and correct copy of Proof of Claim
of John G. McBride attaching the Final Judgment which was produced by Plaintiff in the
litigation as evidenced by the bate-stamp numbers Ehren-Walia 003171-3178.

3.        Attached hereto as **Exhibit 9** is a true and correct copy of Schedule 10
which was produced by Plaintiff in the litigation as evidenced by the bate-stamp numbers
Ehren-Walia 00907-910.

4.        Attached hereto as **Exhibit 10** is a true and correct copy of Credit
Agreement with Bank of America which was produced by Plaintiff in the litigation as evidenced
by the bate-stamp numbers Ehren-Walia 003504-3784.

5.        Attached hereto as **Exhibit 11** is a true and correct copy of Debtors' Third
Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code which was

produced by Plaintiff in the litigation as evidenced by the bate-stamp numbers Ehren-Walia 003404-3463.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February, 2023, at Los Angeles, California.

_____
Jeffrey P. Nolan

SWORN TO AND SUBSCRIBED before me this
17th day of February, 2023.

_____
Sophia Louisa Lee, notary public

SOPHIA LOUISA LEE
Notary Public · California
Los Angeles County
Commission # 2337676
My Comm. Expires Dec 16, 2024

# EXHIBIT 8



ORION
HEALTHCORP    (/cases/CCT)    Orion HealthCorp, Inc.

## Proof of Claim

Your entry was successfully submitted. Your claim number is:**0000010001**

Please keep this number for your records. A notification email has been sent to the address you provided during registration.

In the event you were unable to upload your supporting documentation electronically, you are permitted to submit it in hard copy form to the following address. **Do not send original documents; they may be destroyed after scanning.**

*\* You must include a copy of the Confirmation of Electronic Filing for your claim with the hard copy of your supporting documentation to ensure it is linked to the correct claim on the Debtor's claims register.*

**If by First-Class Mail:**
Orion HealthCorp, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

**If by Hand-Delivery or Overnight Mail:**
Orion HealthCorp, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

Thank You.

5/10/2018
EHREN-WALIA 003171

718

⏻ Logout (/account/logoff)          ☁ My Dashboard (/cases/CCT)

workflow (http://www.epiqsystems.com/)

Disclaimer (http://www.epiqsystems.com/disclaimer) | Terms of use

(http://www.epiqsystems.com/terms-of-use) | Privacy policy

(http://www.epiqsystems.com/privacy-statement)

People. Partnership. Performance.
© 2018 Epiq

 (/cases/CCT)    # Orion HealthCorp, Inc.

## Proof of Claim



| ‹ | 9 | 10 | 11 | 12 | › |
|---|---|---|---|---|---|
| Previous | 503(b)(9) | Supporting Documentation | Electronic Signature | Previ | Next |

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $500,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH. 18 U.S.C. §§ 152, 157, and 3571.**

Please select one(*)     ◉ I am the creditor

⬭ I am the creditor's attorney or authorized agent

⬭ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004

⬭ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005

### Contact information for the person completing and signing this claim

| | |
|---|---|
| Name (*) | John G. McBride |
| Address line 1 (*) | c/o David K. Bissinger |
| Address line 2 | Bissinger, Oshman & Williams LLP |
| Address line 3 | 5850 San Felipe, Floor 5 |
| City (*) | Houston |
| | TX |

EHREN-WALIA 003173

| | |
|---|---|
| State | |
| ZIP Code [*] | 77057 |
| Country | USA |
| Contact Phone | 713-524-8811 |
| Contact email | dbissinger@bowllp.com |

Filing this claim electronically, FRBP5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

By clicking the Electronic Signature Acceptance box below, I understand that I am electronically signing this proof of claim form and affirming that all the information I have provided therein is true and correct to the best of my knowledge, information and belief. I intend this electronic signature to carry the same force and effect as my physical signature.

Signature(*)

Electronic Signature    ☑
Acceptance(*)

⊕ BACK                                    NEXT ⊕

workflow   (http://www.epiqsystems.com/)

Disclaimer (http://www.epiqsystems.com/disclaimer) ǀ Terms of use (http://www.epiqsystems.com/terms-of-use) ǀ Privacy policy (http://www.epiqsystems.com/privacy-statement)

People. Partnership. Performance.

EHREN-WALIA 003174

United States District Court
Southern District of Texas

**ENTERED**

December 16, 2015

David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN G. "JACK" McBRIDE and | § | |
| ALAN NOTTINGHAM, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-2944 |
| | § | |
| ORION HEALTHCORP, INC. and | § | |
| THE ORION HEALTHCORP, INC. | § | |
| DEFERRED COMPENSATION | § | |
| PLAN, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs John G. "Jack"

McBride and Alan Nottingham's Motion for Summary Judgment [Doc. # 22] is

**GRANTED.** It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff McBride shall

have judgment against Defendants Orion HealthCorp, Inc. and The Orion

HealthCorp, Inc. Deferred Compensation Plan in the amount of $134,015.52 as of

June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date.

It is further

P:\ORDERS\11-2014\2944Finaljmt.docx  151216.1329

EHREN-WALIA 003175

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Nottingham shall have judgment against Defendants Orion HealthCorp, Inc. and The Orion HealthCorp, Inc. Deferred Compensation Plan in the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date. It is further

**ORDERED** that all taxable costs of court allowable under 28 U.S.C. § 1920 shall be paid by Defendants, who are liable jointly and severally. It is further

**ORDERED** that postjudgment interest shall be at 0.71 % per annum.

SIGNED at Houston, Texas, this 16th day of **December, 2015**.

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2014\2944F5nJmt.docx  151216.1329

EHREN-WALIA 003176

723

ABSTRACT OF JUDGMENT

CAUSE NO. 2016-36416

RECEIPT NO. 332957

| | |
|---|---|
| JOHN G. "JACK" MCBRIDE and ALAN NOTTINGHAM | IN THE DISTRICT COURT |
| VS. | OF HARRIS COUNTY, TEXAS |
| ORION HEALTHCORP, INC. and THE ORION HEALTHCORP, INC. DEFERRED COMPENSATION PLAN | 215TH JUDICIAL DISTRICT |

I, CHRIS DANIEL, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 215TH DISTRICT COURT on the 2ND day of JUNE, 2016 in Cause No. 2016-36416 in favor of JOHN G. "JACK" MCBRIDE and ALAN NOTTINGHAM (AND ENFORCED IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION; CIVIL ACTION NO. 4:14-2944; DECEMBER 16, 2015), Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| ORION HEALTHCORP INC and | N/A | N/A | N/A |
| THE ORION HEALTHCORP INC DEFERRED | N/A | N/A | N/A |
| COMPENSATION PLAN | | | |
| 3200 WILCREST STE 600 | | | |
| HOUSTON TX 77042 | | | |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 70726016 for the 215TH Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | Awarded to John G. "Jack" McBride the amount of $134,015.52 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; Awarded to Alan Nottingham the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; |
| Rate of Interest: | Postjudgment interest shall be at 0.71% per annum; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $270.00; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

Given under my hand and seal of said Court at Houston, Texas this 21st day of JULY, 2016, A.D.

Issued at the request of:
EDWARD L. FRIEDMAN
BAKER HOSTETLER LLP
811 MAIN ST STE 1100
HOUSTON TX 77002

Bar No.: 07462950

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

BY _____, Deputy
CRYSTAL LOPEZ

Judgment Creditor(s) Address:
JOHN G "JACK" MCBRIDE
1826 SOUTH BLVD
HOUSTON TX 77098

ALAN NOTTINGHAM
31 HELENA CT
COLDSPRING TX 77042

FJ-21   R11-12-90

EHREN-WALIA 003177

ABSTRACT OF JUDGMENT

CAUSE NO. 2016-36416

RECEIPT NO. 332953

JOHN G. "JACK" MCBRIDE and                                    IN THE DISTRICT COURT
ALAN NOTTINGHAM
                                                              OF HARRIS COUNTY, TEXAS
VS.
                                                              215TH JUDICIAL DISTRICT
ORION HEALTHCORP, INC. and THE
ORION HEALTHCORP, INC.
DEFERRED COMPENSATION PLAN

I, CHRIS DANIEL, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is

a true and correct Abstract of the Judgment rendered in the 215TH DISTRICT COURT on the 2ND day of JUNE, 2016 in Cause No.

2016-36416 in favor of JOHN G. "JACK" MCBRIDE and ALAN NOTTINGHAM (AND ENFORCED IN THE UNITED

STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION; CIVIL ACTION NO.

4:14-2944; DECEMBER 16, 2015), Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| ORION HEALTHCORP INC and | N/A | N/A | N/A |
| THE ORION HEALTHCORP INC DEFERRED | N/A | N/A | N/A |
| COMPENSATION PLAN | | | |
| 3200 WILCREST STE 600 | | | |
| HOUSTON TX 77042 | | | |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 70726016 for the 215TH Judicial District Court of
Harris County, Texas.

Amount of Judgment:                    Awarded to John G. "Jack" McBride the amount of $134,015.52 as of June 3, 2014, plus
                                       prejudgment simple interest of 0.10% per annum from that date; Awarded to Alan
                                       Nottingham the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest
                                       of 0.10% per annum from that date;

Rate of Interest:                      Postjudgment interest shall be at 0.71% per annum;

Amount of Cost:                        Plaintiff's Recoverable Costs: $270.00;

Amount of Credits:                     None;

Amount Due:                            Full Amount;

Given under my hand and seal of said Court at Houston, Texas this 21st day of JULY, 2016, A.D.

Issued at the request of:                                      CHRIS DANIEL, District Clerk
EDWARD L. FRIEDMAN                                             HARRIS COUNTY, T E X A S
BAKER HOSTETLER LLP
811 MAIN ST STE 1100
HOUSTON TX 77002

Bar No.: 07462950                                              BY _____, Deputy
                                                                      CRYSTAL LOPEZ

Judgment Creditor(s) Address:
JOHN G "JACK" MCBRIDE              ALAN NOTTINGHAM
1826 SOUTH BLVD                   31 HELENA CT
HOUSTON TX 77098                  COLDSPRING TX 77042

PJ-21   R11-12-90

EHREN-WALIA 003178

# EXHIBIT 9

## SCHEDULE 10

### Summary of Legal Actions Against the Debtors

Pursuant to E.D.N.Y. LBR 1007-4(a)(xii), the following is a list of the nature and present status of each material action or proceeding, pending or threatened, against the Debtors or their properties where a judgment against the Debtors or a seizure of their property may be imminent.

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 1. | *American Express Travel Related Services Company, Inc. v. Constellation Healthcare Technologies, Inc.* (Index. No. 657592/2017) | American Express Travel Related Services Company, Inc. | Constellation Healthcare Technologies, Inc. | 12/28/17 | Supreme Court of New York, County of New York | Breach of contract | Pending |
| 2. | *Kolb Radiology, PC v. Orion Healthcorp, Inc. d/b/a Porteck, LLC* (Case No. 1:16-cv-07824-GHW) | Kolb Radiology, PC ("Kolb") | Orion Healthcorp. d/b/a Porteck, LLC | 10/1/16 | SDNY | Breach of contract and conversion | Pending |
| 3. | *Parkersburg Radiology Services, Inc. v. Orion Healthcorp, Inc.* (Civil Action No. 17-C-291) | Parkersburg Radiology Services, Inc. ("PRS") | Orion<br><br>North West Medical Solutions WV, LLC<br><br>(*note: party improperly identified—should be NEMS West Virginia, LLC ("NEMS WV")*) | 8/12/17 | Circuit Court of Wood County, WV | Breach of contract, breach of fiduciary duty, negligent misrepresentation, and unjust enrichment | Pending |

EHREN-WALIA 00907

EAST\152114113.7

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 4. | *GeBBS Healthcare Solutions, Inc. v. Orion HealthCorp, Inc.* (Index No. 650346/2018) | GeBBS Healthcare Solutions, Inc. ("GeBBS") | Orion HealthCorp, Inc. | 1/23/18 | NY Supreme, County of NY | Breach of contract | Pending |
| 5. | *Criterions, LLC v. Visient Corp., et al.* (Index No. 601569/16) | Criterions, LLC | Visient Corp. Arvind Walia Constellation Healthcare Technologies Physicians Practice Plus | 3/9/16 | New York Supreme Court—Nassau County | Breach of contract | Pending |
| 6. | *Steel Valley Emergency Physicians, LLC v. North East Medical Solutions, LLC, et al.* (Docket No. GD-16-01479) | Steel Valley Emergency Physicians, LLC ("SVEP") | North East Medical Solutions, LLC ("NEMS") Orion Healthcorp, Inc ("Orion") | 8/16/16 | Court of Common Pleas, Allegheny County, PA | Breach of contract and breach of duty of loyalty | Pending |
| 7. | *Cohen, et al. v. Porteck Corporation, et al.* (Index No. 617280/2017) | Christine Cohen Ronald Cohen | Porteck Corporation ("Porteck") Visient Corp. Orion Healthcorp, Inc. ("Orion") | 9/6/17 | Supreme Court of the State of NY, County of Suffolk | Breach of contract | Pending |

EHREN-WALIA 00908

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 8. | *GSS Infotech v. Orion HealthCorp, Inc. and Constellation Health, LLC* (Cause No. 2014-45701/ 2016/45701) | GSS Infotech ("GSS") | Orion HealthCorp, Inc. ("Orion")<br><br>Constellation Health, LLC ("Constellation Health") | 10/1/16 | District Court of Harris County, TX | Breach of contract, quantum meruit, and unjust enrichment | Pending |
| 9. | *Singh-Narayan and Yamraj v. Orion Healthcorp, Inc* (Index No. 709520/17) | Rookminee Singh-Narayan<br><br>Jairaj Yamrajthank | Orion HealthCorp, Inc. ("Orion")<br><br>Physicians Practice Plus, LLC ("PPP") | 7/13/17 | Supreme Court of the State of NY, County of Queens | Unpaid wages | Pending |
| 10. | *Orion HealthCorp, Inc. and RMI Physicians Services Corp. v. John G. McBride, et al.* (Case No. 2014-01758)<br><br>(Court of Appeals Number: 01-17-00131-CV) | Orion HealthCorp, Inc. ("Orion")<br><br>RMI Physicians Services Corp. ("RMI") | John G. McBride<br><br>Alan R. Nottingham<br><br>Chi T. Luu<br><br>On Q Operating Company, LLC<br><br>On Q Contact Center S.A. | 1/15/14 | District Court of Harris County, TX<br><br>Court of Appeals, First District | Breach of contract and fraud | Settlement pending. |
| 11. | *Ferrer, Claudio v. RMI Physician Services Corporation d/b/a Orion-RMI* (Case No. 15-CA-2537) | Ferrer, Claudio | RMI Physician Services Corporation | 9/30/15 | Circuit Court of 20th Judicial Circuit in Lee County, Florida | Class action for statutory damages | Settlement pending. |

EHREN-WALIA 00909

| | Litigation Matter | Plaintiff(s) | Defendant(s) | Date | Forum | Nature of Action | Status of Case |
|---|---|---|---|---|---|---|---|
| 12. | *1805 Old Alabama Road, LLC v. Orion Healthcorp, Inc., 16-EV-000241* | 1805 Old Alabama Road LLC | Orion Healthcorp, Inc. | 1/2016 | State Court of Fulton County, State of Georgia | Breach of contract | Final judgment entered for $227,473.59. |
| 13. | *Cockerell Dermatopathology, P.A. v. Medical Billing Services, Inc. d/b/a Orion MBS, et al. (Cause No. DC-1602365)* | Cockerell Dermatopathology, P.A. ("Cockerell") | Medical Billing Services, Inc. ("MBS") Orion HealthCorp, Inc. ("Orion") Joseph A. Seale Dale Brinkman Arvind Walia Ravi Sankar Chivukula | 2/29/16 | District Court of Dallas County, TX | Breach of contract and negligence | Case settled. Dismissal papers not yet filed. |

EHREN-WALIA 00910

# EXHIBIT 10

*EXECUTION VERSION*

**Published CUSIP Numbers:**
**Deal: 68627XAA5**
**Revolver: 68627XAB3**
**Term: 68627XAC1**

CREDIT AGREEMENT

Dated as of January 30, 2017

among

CHT MERGERSUB, INC.,
as the initial Borrower,

ORION HEALTHCORP, INC.,
as the Borrower after giving effect to the Closing Date Acquisition,

CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.,
as Holdings and a Guarantor,

CERTAIN SUBSIDIARIES OF THE BORROWER PARTY HERETO,
as Guarantors,

BANK OF AMERICA, N.A.,
as Administrative Agent, Swingline Lender and L/C Issuer,

BMO HARRIS BANK, N.A.,
as Syndication Agent,

and

THE LENDERS PARTY HERETO

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,
and
BMO CAPITAL MARKETS CORP.,
as Joint Lead Arrangers and Joint Bookrunners

EHREN-WALIA 003504

# GROUP 10

EHREN-WALIA 003503

# TABLE OF CONTENTS

Page

ARTICLE I DEFINITIONS AND ACCOUNTING TERMS ................................................................. 1
    1.01    Defined Terms. ................................................................................................. 1
    1.02    Other Interpretive Provisions. ........................................................................ 44
    1.03    Accounting Terms. ........................................................................................... 45
    1.04    Rounding. .......................................................................................................... 48
    1.05    Times of Day. .................................................................................................... 48
    1.06    Letter of Credit Amounts. ............................................................................... 48
    1.07    UCC Terms. ....................................................................................................... 48
    1.08    Rates. ................................................................................................................. 48

ARTICLE II COMMITMENTS AND CREDIT EXTENSIONS ....................................................... 48
    2.01    Initial Term Loans; Revolving Loans; Incremental Term Loans. ................ 48
    2.02    Borrowings, Conversions and Continuations of Loans. ............................... 49
    2.03    Letters of Credit. .............................................................................................. 53
    2.04    Swingline Loans. .............................................................................................. 62
    2.05    Prepayments. .................................................................................................... 64
    2.06    Termination or Reduction of Commitments. ................................................. 67
    2.07    Repayment of Loans. ....................................................................................... 67
    2.08    Interest and Default Rate. ............................................................................... 69
    2.09    Fees. ................................................................................................................... 69
    2.10    Computation of Interest and Fees; Retroactive Adjustments of Applicable
           Rate. .................................................................................................................. 70
    2.11    Evidence of Debt. ............................................................................................. 70
    2.12    Payments Generally; Administrative Agent's Clawback. ............................. 71
    2.13    Sharing of Payments by Lenders. ................................................................... 72
    2.14    Cash Collateral. ................................................................................................ 73
    2.15    Defaulting Lenders. ......................................................................................... 74
    2.16    Dutch Auctions; Open Market Purchases. ..................................................... 76
    2.17    Sponsor, Debt Fund Affiliate and Non-Debt Fund Affiliate Term Loan
           Purchases. ......................................................................................................... 79

ARTICLE III TAXES, YIELD PROTECTION AND ILLEGALITY ............................................... 80
    3.01    Taxes. ................................................................................................................. 80
    3.02    Illegality and Designated Lenders. ................................................................ 84
    3.03    Inability to Determine Rates. .......................................................................... 85
    3.04    Increased Costs; Reserves on Eurodollar Rate Loans. .................................. 86
    3.05    Compensation for Losses. ............................................................................... 87
    3.06    Mitigation Obligations; Replacement of Lenders. ........................................ 88
    3.07    Survival. ............................................................................................................ 88

ARTICLE IV CONDITIONS PRECEDENT TO CREDIT EXTENSIONS ...................................... 88
    4.01    Conditions of Initial Credit Extension. .......................................................... 88
    4.02    Conditions to all Credit Extensions after the Initial Credit Extensions on
           the Closing Date. .............................................................................................. 92

ARTICLE V REPRESENTATIONS AND WARRANTIES ............................................................. 93
    5.01    Existence, Qualification and Power. ............................................................... 93

i

EHREN-WALIA 003505

| | | |
|---|---|---|
| 5.02 | Authorization; No Contravention. | 93 |
| 5.03 | Governmental Authorization; Other Consents. | 93 |
| 5.04 | Binding Effect. | 94 |
| 5.05 | Financial Statements; No Material Adverse Effect. | 94 |
| 5.06 | Litigation. | 95 |
| 5.07 | No Default. | 95 |
| 5.08 | Ownership of Property. | 95 |
| 5.09 | Environmental Compliance. | 95 |
| 5.10 | Insurance. | 96 |
| 5.11 | Taxes. | 96 |
| 5.12 | ERISA Compliance. | 96 |
| 5.13 | Margin Regulations; Investment Company Act. | 97 |
| 5.14 | Disclosure. | 97 |
| 5.15 | Compliance with Laws. | 98 |
| 5.16 | Solvency. | 98 |
| 5.17 | Sanctions Concerns; Anti-Corruption Laws; PATRIOT Act. | 98 |
| 5.18 | Subsidiaries; Equity Interests; Loan Parties. | 98 |
| 5.19 | Collateral Representations. | 99 |
| 5.20 | Regulation H. | 99 |
| 5.21 | Compliance with Health Care Laws. | 100 |
| 5.22 | EEA Financial Institutions. | 101 |

ARTICLE VI AFFIRMATIVE COVENANTS ........................................................ 101

| | | |
|---|---|---|
| 6.01 | Financial Statements. | 101 |
| 6.02 | Certificates; Other Information. | 102 |
| 6.03 | Notices. | 105 |
| 6.04 | Payment of Taxes and Claims. | 105 |
| 6.05 | Preservation of Existence, Etc. | 106 |
| 6.06 | Maintenance of Properties. | 106 |
| 6.07 | Maintenance of Insurance. | 106 |
| 6.08 | Compliance with Laws. | 107 |
| 6.09 | Books and Records. | 107 |
| 6.10 | Inspection Rights. | 107 |
| 6.11 | Use of Proceeds. | 108 |
| 6.12 | Covenant to Guarantee Obligations. | 108 |
| 6.13 | Covenant to Give Security. | 108 |
| 6.14 | Further Assurances. | 109 |
| 6.15 | Anti-Corruption Laws. | 109 |

ARTICLE VII NEGATIVE COVENANTS ........................................................ 109

| | | |
|---|---|---|
| 7.01 | Liens. | 109 |
| 7.02 | Indebtedness. | 112 |
| 7.03 | Investments. | 114 |
| 7.04 | Fundamental Changes. | 115 |
| 7.05 | Dispositions. | 115 |
| 7.06 | Restricted Payments. | 115 |
| 7.07 | Change in Nature of Business. | 117 |
| 7.08 | Transactions with Affiliates. | 117 |
| 7.09 | Burdensome Agreements. | 118 |
| 7.10 | Use of Proceeds. | 118 |
| 7.11 | Financial Covenants. | 118 |

ii

EHREN-WALIA 003506

7.12    Amendments of Organization Documents; Fiscal Year; Legal Name, State of Organization; Form of Entity.................................................................. 119
7.13    Sale and Leaseback Transactions................................................................. 119
7.14    Prepayments of Junior Debt......................................................................... 120
7.15    Amendments, Etc. of Junior Debt................................................................ 120
7.16    Sanctions....................................................................................................... 120
7.17    Anti-Corruption Laws.................................................................................. 121
7.18    Limitations on Holdings.............................................................................. 121

ARTICLE VIII EVENTS OF DEFAULT AND REMEDIES.......................................... 121

8.01    Events of Default.......................................................................................... 121
8.02    Remedies upon Event of Default................................................................. 123
8.03    Application of Funds.................................................................................... 124

ARTICLE IX ADMINISTRATIVE AGENT....................................................................... 125

9.01    Appointment and Authority......................................................................... 125
9.02    Rights as a Lender........................................................................................ 126
9.03    Exculpatory Provisions................................................................................ 126
9.04    Reliance by Administrative Agent............................................................... 127
9.05    Delegation of Duties.................................................................................... 128
9.06    Resignation of Administrative Agent.......................................................... 128
9.07    Non-Reliance on Administrative Agent and Other Lenders........................ 130
9.08    No Other Duties, Etc.................................................................................... 130
9.09    Administrative Agent May File Proofs of Claim; Credit Bidding............... 130
9.10    Collateral and Guaranty Matters................................................................. 131
9.11    Secured Cash Management Agreements and Secured Hedge Agreements... 132

ARTICLE X CONTINUING GUARANTY ........................................................................ 132

10.01   Guaranty....................................................................................................... 132
10.02   Rights of Lenders......................................................................................... 133
10.03   Certain Waivers............................................................................................ 133
10.04   Obligations Independent.............................................................................. 134
10.05   Subrogation.................................................................................................. 134
10.06   Termination; Reinstatement......................................................................... 134
10.07   Stay of Acceleration..................................................................................... 134
10.08   Condition of Borrower................................................................................. 134
10.09   Appointment of Borrower............................................................................ 135
10.10   Right of Contribution................................................................................... 135
10.11   Keepwell...................................................................................................... 135
10.12   Additional Guarantor Waivers and Agreements.......................................... 135

ARTICLE XI MISCELLANEOUS ..................................................................................... 136

11.01   Amendments, Etc.......................................................................................... 136
11.02   Notices; Effectiveness; Electronic Communications................................... 138
11.03   No Waiver; Cumulative Remedies; Enforcement........................................ 140
11.04   Expenses; Indemnity; Damage Waiver........................................................ 141
11.05   Payments Set Aside...................................................................................... 143
11.06   Successors and Assigns................................................................................ 143
11.07   Treatment of Certain Information; Confidentiality...................................... 150
11.08   Right of Setoff.............................................................................................. 151
11.09   Interest Rate Limitation............................................................................... 152

CHAR1\1498335v12

EHREN-WALIA 003507

736

11.10   Counterparts; Integration; Effectiveness. ................................................ 152
11.11   Survival of Representations and Warranties. .......................................... 152
11.12   Severability. .......................................................................................... 153
11.13   Replacement of Lenders. ....................................................................... 153
11.14   Governing Law; Jurisdiction; Etc. ........................................................ 154
11.15   Waiver of Jury Trial. ............................................................................. 155
11.16   Subordination. ....................................................................................... 155
11.17   No Advisory or Fiduciary Responsibility. ............................................. 155
11.18   Electronic Execution. ............................................................................ 156
11.19   USA PATRIOT Act Notice. ................................................................. 156
11.20   ENTIRE AGREEMENT. ....................................................................... 156
11.21   Acknowledgement and Consent to Bail-In of EEA Financial Institutions. ............. 157

SCHEDULES

Schedule 1.01(a)        Certain Addresses for Notices
Schedule 1.01(b)        Initial Commitments and Applicable Percentages
Schedule 1.01(c)        Extraordinary Items and Quality of Earnings Adjustments
Schedule 5.10           Insurance
Schedule 5.18(a)        Subsidiaries, Joint Ventures, Partnerships and Other Equity Investments
Schedule 5.18(b)        Loan Parties
Schedule 5.19(b)        Intellectual Property
Schedule 5.19(c)        Real Properties
Schedule 7.01           Existing Liens
Schedule 7.02           Existing Indebtedness
Schedule 7.03           Existing Investments

EXHIBITS

Exhibit A        Form of Assignment and Assumption
Exhibit B        Form of Compliance Certificate
Exhibit C        Form of Incremental Term Loan Lender Joinder Agreement
Exhibit D        Form of Joinder Agreement
Exhibit E        Form of Loan Notice
Exhibit F        Form of Notice of Loan Prepayment
Exhibit G        Form of Revolving Note
Exhibit H        Form of Secured Party Designation Notice
Exhibit I        Form of Solvency Certificate
Exhibit J        Form of Swingline Loan Notice
Exhibit K        Form of Term Note
Exhibit L        Forms of U.S. Tax Compliance Certificates
Exhibit M        Form of Affiliated Lender Assignment and Assumption
Exhibit N        Form of Borrower Assignment, Assumption and Release

# CREDIT AGREEMENT

This CREDIT AGREEMENT is entered into as of January 30, 2017, by and among CHT MERGERSUB, INC., a Delaware corporation (the "Mergersub"), as initial Borrower, ORION HEALTHCORP, INC., a Delaware corporation ("Orion"), as the Borrower after giving effect to the Closing Date Acquisition, the Guarantors, the Lenders, and BANK OF AMERICA, N.A., as Administrative Agent, Swingline Lender and L/C Issuer.

## PRELIMINARY STATEMENTS:

WHEREAS, Constellation Healthcare Technologies, Inc., a Delaware corporation ("Holdings"), CHT Holdco, LLC, a Delaware limited liability company, CC Capital Management, LLC, Orion, and the Mergersub entered into that certain Agreement and Plan of Merger, dated as of November 22, 2016 (including all schedules and exhibits thereto, the "Acquisition Agreement"), pursuant to which the Mergersub will merge with and into Holdings (in such capacity, the "Target") with Holdings as the surviving entity in accordance with the terms of the Acquisition Agreement (the "Closing Date Acquisition");

WHEREAS, the proceeds of the Closing Date Equity Contribution, the proceeds of the Seller Notes, a portion of the Revolving Facility, and the Initial Term Loans will be applied to fund the Closing Date Acquisition and to pay fees, costs and expenses incurred in connection with the Transaction;

WHEREAS, the Loan Parties have requested that the Lenders, the Swingline Lender and the L/C Issuer make loans and other financial accommodations to the Loan Parties in an aggregate amount of up to $145,000,000; and

WHEREAS, the Lenders, the Swingline Lender and the L/C Issuer have agreed to make such loans and other financial accommodations to the Loan Parties on the terms and subject to the conditions set forth herein.

NOW THEREFORE, in consideration of the mutual covenants and agreements herein contained, the parties hereto covenant and agree as follows:

## ARTICLE I

## DEFINITIONS AND ACCOUNTING TERMS

Section 1.01    **Defined Terms.**

As used in this Agreement, the following terms shall have the meanings set forth below:

"Acquisition" means the acquisition, whether through a single transaction or a series of related transactions, of (a) a majority of the Voting Stock or other controlling ownership interest in another Person (including the purchase of an option, warrant or convertible or similar type security to acquire such a controlling interest at the time it becomes exercisable by the holder thereof), whether by purchase of such equity or other ownership interest or upon the exercise of an option or warrant for, or conversion of securities into, such equity or other ownership interest, or (b) assets of another Person which constitute all or substantially all of the assets of such Person or of a division, line of business or other business unit of such Person.

"Acquisition Agreement" has the meaning specified in the Recitals.

EHREN-WALIA 003510

"Additional Secured Obligations" means (a) all obligations arising under Secured Cash Management Agreements and Secured Hedge Agreements, and (b) all costs and expenses incurred in connection with enforcement and collection of the foregoing, including the fees, charges and disbursements of counsel, in each case whether direct or indirect (including those acquired by assumption), absolute or contingent, due or to become due, now existing or hereafter arising and including interest, expenses and fees that accrue after the commencement by or against any Loan Party or any Affiliate thereof pursuant to any proceeding under any Debtor Relief Laws naming such Person as the debtor in such proceeding, regardless of whether such interest, expenses and fees are allowed claims in such proceeding; provided, that, Additional Secured Obligations of a Guarantor shall exclude any Excluded Swap Obligations with respect to such Guarantor.

"Adjustment Period" has the meaning specified in the definition of "Cost Savings Schedule".

"Administrative Agent" means Bank of America in its capacity as administrative agent under any of the Loan Documents, or any successor administrative agent.

"Administrative Agent's Office" means the Administrative Agent's address and, as appropriate, account as set forth on Schedule 1.01(a), or such other address or account as the Administrative Agent may from time to time notify the Borrower and the Lenders.

"Administrative Questionnaire" means an Administrative Questionnaire in a form supplied by the Administrative Agent.

"Affiliate" means, with respect to a specified Person, another Person that directly, or indirectly through one or more intermediaries, Controls or is Controlled by or is under common Control with the Person specified.

"Affiliated Lender Assignment and Assumption" means an assignment and assumption entered into by a Lender and the Sponsor or a Non-Debt Fund Affiliate, and accepted by the Administrative Agent, in substantially the form of Exhibit M or any other form approved by the Administrative Agent.

"Aggregate Commitments" means the Commitments of all the Lenders.

"Agreement" means this Credit Agreement.

"All-In-Yield" means, with respect to any term loan facility (the Term Loans), the weighted average yield to maturity with respect to such term loan facility which shall take into account interest rate margins and any interest rate floors or similar devices, and shall be deemed to include any original issue discount and any fees (other than facility arrangement, structuring, underwriting or other closing fees and expenses not paid for the account of, or distributed to, all Lenders providing such term loan facility) paid or payable in connection with such term loan facility, in each case, as reasonably determined by the Administrative Agent in a manner consistent with customary financial practice based on an assumed four-year life to maturity or, if less, the actual remaining life to maturity of such term loan facility, commencing from the borrowing date of such term loan facility and assuming that the interest rate (including the Applicable Rate) for such term loan facility in effect on such borrowing date (after giving effect to the Indebtedness incurred in connection with such term loan facility) shall be the interest rate for the entire Weighted Average Life to Maturity of such term loan facility.

"Applicable Discount" has the meaning specified in the definition "Dutch Auction".

"Applicable Discount Notice" has the meaning specified in the definition "Dutch Auction".

2

EHREN-WALIA 003511

"Applicable Order of Purchase" has the meaning specified in the definition "Dutch Auction".

"Applicable Percentage" means (a) in respect of the Initial Term Facility, with respect to any Term Lender at any time, the percentage (carried out to the ninth decimal place) of the Initial Term Facility represented by (i) on the Closing Date, such Term Lender's Initial Term Commitment at such time and (ii) at any time thereafter, the outstanding principal amount of such Term Lender's Initial Term Loans at such time, (b) in respect of the Revolving Facility, with respect to any Revolving Lender at any time, the percentage (carried out to the ninth decimal place) of the Revolving Facility represented by such Revolving Lender's Revolving Commitment at such time, subject to adjustment as provided in Section 2.15, and (c) in respect of an Incremental Term Facility, with respect to any Incremental Term Lender at any time, the percentage (carried out to the ninth decimal place) of such Incremental Term Facility represented by the outstanding principal amount of such Incremental Term Lender's Incremental Term Loans issued under such Incremental Term Facility at such time. If the Commitment of all of the Revolving Lenders to make Revolving Loans and the obligation of the L/C Issuer to make L/C Credit Extensions have been terminated pursuant to Section 8.02, or if the Revolving Commitments have expired, then the Applicable Percentage of each Revolving Lender in respect of the Revolving Facility shall be determined based on the Applicable Percentage of such Revolving Lender in respect of the Revolving Facility most recently in effect, giving effect to any subsequent assignments. The Applicable Percentage of each Lender in respect of each Facility is set forth opposite the name of such Lender on Schedule 1.01(b), in the Assignment and Assumption or in any other documentation executed by such Lender pursuant to which such Lender becomes a party hereto, as applicable.

"Applicable Rate" means (a) with respect to the Incremental Term Loans made pursuant to any Incremental Term Loan Lender Joinder Agreement, the percentage(s) per annum set forth in such Incremental Term Loan Lender Joinder Agreement, and (b) with respect to Revolving Loans, Initial Term Loans, Swingline Loans, Letters of Credit and the Commitment Fee, the following percentages per annum, based upon the Consolidated Leverage Ratio as set forth in the most recent Compliance Certificate received by the Administrative Agent pursuant to Section 6.02(a):

| Pricing Tier | Consolidated Leverage Ratio | Commitment Fee | Letter of Credit Fee | Eurodollar Rate Loans | Base Rate Loans |
|---|---|---|---|---|---|
| I | ≥ 3.00 to 1.0 | 0.50% | 3.25% | 3.25% | 2.25% |
| II | < 3.00 to 1.0 but ≥ 2.00 to 1.0 | 0.40% | 3.00% | 3.00% | 2.00% |
| III | < 2.00 to 1.0 but ≥ 1.00 to 1.0 | 0.30% | 2.75% | 2.75% | 1.75% |
| IV | < 1.00 to 1.0 | 0.20% | 2.50% | 2.50% | 1.50% |

Any increase or decrease in the Applicable Rate resulting from a change in the Consolidated Leverage Ratio shall become effective as of the first (1st) Business Day immediately following the date a Compliance Certificate is delivered pursuant to Section 6.02(a); provided, however, that if a Compliance Certificate is not delivered when due in accordance with such Section, then, upon the request of the Required Lenders, Pricing Tier I shall apply as of the first (1st) Business Day after the date on which such Compliance Certificate was required to have been delivered and shall remain in effect until the first (1st) Business Day immediately following the date on which such Compliance Certificate is delivered in accordance with Section 6.02(a), whereupon the Applicable Rate shall be adjusted based upon the calculation of the Consolidated Leverage Ratio contained in such Compliance Certificate. The Applicable Rate in effect from the Closing Date to the first (1st) Business Day immediately following the date a Compliance Certificate is delivered pursuant to Section 6.02(a) for the fiscal quarter ending June 30, 2017 shall be determined based

CHAR1\1498335v12

EHREN-WALIA 003512

upon Pricing Tier II. Notwithstanding anything to the contrary contained in this definition, the determination of the Applicable Rate for any period shall be subject to the provisions of <u>Section 2.10(b)</u>.

"<u>Applicable Revolving Percentage</u>" means with respect to any Revolving Lender at any time, such Revolving Lender's Applicable Percentage in respect of the Revolving Facility at such time.

"<u>Appropriate Lender</u>" means, at any time, (a) with respect to any Facility, a Lender that has a Commitment with respect to such Facility or holds a Loan under such Facility at such time, (b) with respect to the Letter of Credit Sublimit, (i) the L/C Issuer and (ii) if any Letters of Credit have been issued pursuant to <u>Section 2.03</u>, the Revolving Lenders and (c) with respect to the Swingline Sublimit, (i) the Swingline Lender and (ii) if any Swingline Loans are outstanding pursuant to <u>Section 2.04(a)</u>, the Revolving Lenders.

"<u>Approved Fund</u>" means any Fund that is administered or managed by (a) a Lender, (b) an Affiliate of a Lender or (c) an entity or an Affiliate of an entity that administers or manages a Lender.

"<u>Arrangers</u>" means, collectively, MLPFS (or any of its designated Affiliates, including any other registered broker-dealer wholly-owned by Bank of America Corporation to which all or substantially all of Bank of America Corporation's or any of its subsidiaries' investment banking, commercial lending services or related businesses may be transferred following the date of this Agreement) and BMO Harris, N.A., in their capacities as joint lead arrangers and joint lead bookrunners.

"<u>Assignment and Assumption</u>" means an assignment and assumption entered into by a Lender and an Eligible Assignee (with the consent of any party whose consent is required by <u>Section 11.06(b)</u>), and accepted by the Administrative Agent, in substantially the form of <u>Exhibit A</u> or any other form (including an electronic documentation form generated by use of an electronic platform) approved by the Administrative Agent.

"<u>Attributable Indebtedness</u>" means, on any date, (a) in respect of any Capitalized Lease of any Person, the capitalized amount thereof that would appear on a balance sheet of such Person prepared as of such date in accordance with GAAP, (b) in respect of any Synthetic Lease Obligation, the capitalized amount of the remaining lease or similar payments under the relevant lease or other applicable agreement or instrument that would appear on a balance sheet of such Person prepared as of such date in accordance with GAAP if such lease or other agreement or instrument were accounted for as a Capitalized Lease, (c) in respect of any Securitization Transaction, the outstanding principal amount of such financing, after taking into account reserve accounts and making appropriate adjustments, determined by the Administrative Agent in its reasonable judgment and (d) in respect of any Sale and Leaseback Transaction, the present value (discounted in accordance with GAAP at the debt rate implied in the applicable lease) of the obligations of the lessee for rental payments during the term of such lease.

"<u>Auction Amount</u>" has the meaning specified in the definition "<u>Dutch Auction</u>".

"<u>Auction Expiration Time</u>" has the meaning specified in the definition "<u>Dutch Auction</u>".

"<u>Auction Manager</u>" has the meaning specified in <u>Section 2.16(a)(i)</u>.

"<u>Auction Notice</u>" has the meaning specified in the definition "<u>Dutch Auction</u>".

"<u>Auction Party</u>" has the meaning specified in <u>Section 2.16(a)(i)</u>.

"<u>Audited Financial Statements</u>" means the audited consolidated balance sheet of Holdings and its Subsidiaries for the fiscal year ended December 31, 2015, and the related consolidated statements of income

4

EHREN-WALIA 003513

or operations, shareholders' equity and cash flows for such fiscal year of Holdings and its Subsidiaries, including the notes thereto.

"Auto-Extension Letter of Credit" has the meaning specified in Section 2.03(b)(iv).

"Auto-Reinstatement Letter of Credit" has the meaning specified in Section 2.03(b)(v).

"Availability Period" means the period from and including the Closing Date to the earliest of (a) the Revolving Facility Maturity Date, (b) the date of termination of the Revolving Commitments pursuant to Section 2.06, and (c) the date of termination of the Commitment of each Revolving Lender to make Revolving Loans and of the obligation of the L/C Issuer to make L/C Credit Extensions pursuant to Section 8.02.

"Available Amount" means, on any date of determination (the "Reference Date"), an amount (which shall not be less than zero) equal to:

    (a)    the sum of, without duplication:

        (i)    $5,000,000; plus

        (ii)    for the Excess Cash Flow Period most recently ended on or prior to the Reference Date, (A) twenty-five percent (25%) of Excess Cash Flow if the Consolidated Leverage Ratio as of the end of such Excess Cash Flow Period is greater than 2.00 to 1.0, (B) fifty percent (50%) of Excess Cash Flow if the Consolidated Leverage Ratio as of the end of such Excess Cash Flow Period is less than or equal to 2.00 to 1.0 but greater than 1.00 to 1.0, or (C) one hundred percent (100%) of Excess Cash Flow if the Consolidated Leverage Ratio as of the end of such Excess Cash Flow Period is less than or equal to 1.00 to 1.0; plus

        (iii)    the cumulative amount of all cash contributions to the common capital of the Borrower or the amount of Net Cash Proceeds actually received by the Borrower from the issuance of any Equity Interests other than Disqualified Equity Interests (excluding (x) Net Cash Proceeds of any issuance or sale of Equity Interests for a specifically identified purpose that were expended for such specifically identified purpose without a corresponding reduction of the Available Amount and (y) Cure Proceeds), plus

        (iv)    an amount equal to any returns (including dividends, interest, distributions, returns of principal and profits on sale) actually received by the Borrower or any of the Restricted Subsidiaries in cash in respect of any Investments made after the Closing Date pursuant to Section 7.03(i) in an amount not to exceed the amount of the initial Investment, plus

        (v)    the cumulative amount of all Investments in Unrestricted Subsidiaries that have been re-designated as Restricted Subsidiaries or that have been merged or consolidated with or into the Borrower or any of its Restricted Subsidiaries up to the lesser of (A) the fair market value of such Investments at the time of such re-designation or merger or consolidation and (B) the fair market value as of the original date of such Investments, minus

    (b)    the sum of (i) the aggregate amount of all Restricted Payments made by the Borrower and its Restricted Subsidiaries using the Available Amount; plus (ii) the aggregate

EHREN-WALIA 003514

amount of all Investments made by the Borrower and its Restricted Subsidiaries using the Available Amount; plus (iii) the aggregate amount of all prepayments, voluntary payments, distributions, redemptions, acquisitions, retirements, cancellations, terminations and repurchases, in each case, of Junior Debt and made by the Borrower and its Restricted Subsidiaries using the Available Amount.

"Bail-In Action" means the exercise of any Write-Down and Conversion Powers by the applicable EEA Resolution Authority in respect of any liability of an EEA Financial Institution.

"Bail-In Legislation" means, with respect to any EEA Member Country implementing Article 55 of Directive 2014/59/EU of the European Parliament and of the Council of the European Union, the implementing law for such EEA Member Country from time to time which is described in the EU Bail-In Legislation Schedule.

"Bank of America" means Bank of America, N.A. and its successors.

"Bankruptcy Proceeding" has the meaning specified in Section 11.06(h).

"Base Rate" means for any day a fluctuating rate of interest per annum equal to the highest of (a) the Federal Funds Rate plus 0.50%, (b) the rate of interest in effect for such day as publicly announced from time to time by Bank of America as its "prime rate," and (c) the Eurodollar Rate plus 1.00%; and if the Base Rate shall be less than zero, such rate shall be deemed zero for purposes of this Agreement. The "prime rate" is a rate set by Bank of America based upon various factors including Bank of America's costs and desired return, general economic conditions and other factors, and is used as a reference point for pricing some loans, which may be priced at, above, or below such announced rate. Any change in such prime rate announced by Bank of America shall take effect at the opening of business on the day specified in the public announcement of such change.

"Base Rate Loan" means a Revolving Loan or a Term Loan that bears interest based on the Base Rate.

"Board of Directors" means (a) with respect to a corporation, the board of directors of the corporation or any committee thereof duly authorized to act on behalf of such board; (b) with respect to a partnership, the Board of Directors of the general partner of the partnership; (c) with respect to a limited liability company, the managing member or members or any controlling committee of managing members thereof; and (d) with respect to any other Person, the board or committee of such Person serving a similar function.

"Borrower" means (a) prior to the consummation of the Closing Date Acquisition, Mergersub, and (b) upon consummation of the Closing Date Acquisition and the execution and delivery of the Borrower Assignment, Assumption and Release and at all times thereafter, Orion.

"Borrower Assignment, Assumption and Release" means the Borrower Assignment, Assumption and Release dated as of the Closing Date in the form of Exhibit N to be executed by Mergersub, Orion, the Guarantors and the Administrative Agent.

"Borrower Materials" has the meaning specified in Section 6.02.

"Borrowing" means a Revolving Borrowing, a Swingline Borrowing, or a Term Borrowing, as the context may require.

EHREN-WALIA 003515

"Business Day" means any day other than a Saturday, Sunday or other day on which commercial banks are authorized to close under the Laws of, or are in fact closed in, the state where the Administrative Agent's Office is located and, if such day relates to any Eurodollar Rate Loan, means any such date that is also a London Banking Day.

"Capital Expenditure" means, for any period, for the Borrower and its Restricted Subsidiaries, any expenditure in respect of the purchase or other acquisition of any fixed or capital asset during such period which, in accordance with GAAP, would be classified as a capital expenditure (excluding normal replacements and maintenance which are properly charged to current operations); provided, that, "Capital Expenditures" shall include capitalized costs and expenses associated with software development.

"Capitalized Leases" means all leases that have been or should be, in accordance with GAAP, recorded as capitalized leases.

"Captive Insurance Subsidiary" means any Subsidiary that is subject to regulation as an insurance company and was created solely for the purpose of purchasing or providing, or facilitating the provision of, insurance, in each case, to the extent that such insurance may be so purchased, provided, or facilitated in accordance with applicable requirements of Law.

"Cash Collateralize" means, to pledge and deposit with or deliver to the Administrative Agent, for the benefit of the L/C Issuer or the Swingline Lender (as applicable) or the Lenders, as collateral for L/C Obligations, the Obligations in respect of Swingline Loans, or obligations of the Revolving Lenders to fund participations in respect of either thereof (as the context may require), (a) cash or deposit account balances, (b) backstop letters of credit entered into on terms, from issuers and in amounts satisfactory to the Administrative Agent and the L/C Issuer, and/or (c) if the Administrative Agent and the L/C Issuer or the Swingline Lender shall agree, in their sole discretion, other credit support, in each case, in Dollars and pursuant to documentation in form and substance satisfactory to the Administrative Agent and the L/C Issuer or the Swingline Lender (as applicable). "Cash Collateral" shall have a meaning correlative to the foregoing and shall include the proceeds of such cash collateral and other credit support.

"Cash Equivalents" means (a) readily marketable obligations issued or directly and fully guaranteed or insured by the United States or any agency or instrumentality thereof having maturities of not more than three hundred sixty days (360) days from the date of acquisition thereof; provided, that, the full faith and credit of the United States is pledged in support thereof; (b) time deposits with, or insured certificates of deposit or bankers' acceptances of, any commercial bank that (i)(A) is a Lender or (B) is organized under the laws of the United States, any state thereof or the District of Columbia or is the principal banking subsidiary of a bank holding company organized under the laws of the United States, any state thereof or the District of Columbia, and is a member of the Federal Reserve System, (ii) issues (or the parent of which issues) commercial paper rated as described in clause (c) of this definition and (iii) has combined capital and surplus of at least $1,000,000,000, in each case with maturities of not more than one hundred eighty (180) days from the date of acquisition thereof; (c) commercial paper issued by any Person organized under the laws of any state of the United States and rated at least "Prime-1" (or the then equivalent grade) by Moody's or at least "A-1" (or the then equivalent grade) by S&P, in each case with maturities of not more than one hundred eighty (180) days from the date of acquisition thereof; or (d) Investments, classified in accordance with GAAP as current assets of the Borrower or any of its Restricted Subsidiaries, in money market investment programs registered under the Investment Company Act of 1940, which are administered by financial institutions that have the highest rating obtainable from either Moody's or S&P, and the portfolios of which are limited solely to Investments of the character, quality and maturity described in clauses (a), (b) and (c) of this definition.

7

EHREN-WALIA 003516

"Cash Management Agreement" means any agreement to provide treasury or cash management services, including deposit accounts, overnight draft, credit cards, debit cards, p-cards (including purchasing cards and commercial cards), funds transfer, automated clearinghouse, zero balance accounts, returned check concentration, controlled disbursement, lockbox, account reconciliation and reporting and trade finance services and other cash management services.

"Cash Management Bank" means any Person in its capacity as a party to a Cash Management Agreement that (a) at the time it enters into a Cash Management Agreement with a Loan Party or any Subsidiary, is a Lender or an Affiliate of a Lender, (b) in the case of any Cash Management Agreement in effect on or prior to the Closing Date, is, as of the Closing Date or within thirty (30) days thereafter, a Lender or an Affiliate of a Lender and a party to a Cash Management Agreement with a Loan Party or any Subsidiary, or (c) within thirty (30) days after the time it enters into the applicable Cash Management Agreement with a Loan Party or any Subsidiary, becomes a Lender or an Affiliate of a Lender, in each case, in its capacity as a party to such Cash Management Agreement; provided, however, that for any of the foregoing to be included as a "Secured Cash Management Agreement" on any date of determination by the Administrative Agent, the applicable Cash Management Bank (other than the Administrative Agent or an Affiliate of the Administrative Agent) must have delivered a Secured Party Designation Notice to the Administrative Agent prior to such date of determination.

"CERCLA" means the Comprehensive Environmental Response, Compensation and Liability Act of 1980.

"CERCLIS" means the Comprehensive Environmental Response, Compensation and Liability Information System maintained by the U.S. Environmental Protection Agency.

"CFC" means a Person that is a controlled foreign corporation under Section 957 of the Code.

"CFC Holdco" means any Domestic Subsidiary all or substantially all of the assets of which consist of the Equity Interests of one or more CFCs.

"Change in Law" means the occurrence, after the Closing Date, of any of the following: (a) the adoption or taking effect of any law, rule, regulation or treaty, (b) any change in any law, rule, regulation or treaty or in the administration, interpretation, implementation or application thereof by any Governmental Authority or (c) the making or issuance of any request, rule, guideline or directive (whether or not having the force of law) by any Governmental Authority; provided, that, notwithstanding anything herein to the contrary, (i) the Dodd-Frank Wall Street Reform and Consumer Protection Act and all requests, rules, guidelines or directives thereunder or issued in connection therewith and (ii) all requests, rules, guidelines or directives promulgated by the Bank for International Settlements, the Basel Committee on Banking Supervision (or any successor or similar authority) or the United States or foreign regulatory authorities, in each case pursuant to Basel III, shall in each case be deemed to be a "Change in Law", regardless of the date enacted, adopted or issued.

"Change of Control" means an event or a series of events by which:

(a)     the Sponsor shall cease to own and control, of record and beneficially, directly or indirectly, more than fifty percent (50%) of the aggregate ordinary voting power represented by the issued and outstanding Equity Interests of Holdings on a fully diluted basis (which for this purpose shall exclude all Equity Interests that have not yet vested); or

(b)     the Sponsor shall cease to have the ability to elect (either through share ownership or contractual voting rights) a majority of the Board of Directors of Holdings; or

8

EHREN-WALIA 003517

(c)      a "change of control" (or similar event) shall occur in any document pertaining to Indebtedness with an aggregate principal amount in excess of the Threshold Amount; or

(d)      Holdings shall cease to own and control, of record and beneficially, directly or indirectly, one hundred percent (100%) of the Equity Interests of the Borrower.

"Claim" has the meaning specified in Section 11.06(h).

"Closing Date" means the date hereof.

"Closing Date Acquisition" has the meaning specified in the Recitals.

"Closing Date Equity Contribution" means, collectively, (a) cash contributions by the Sponsor to Holdings for the issuance of Qualified Equity Interests of Holdings in an amount of at least $82,502,158.97, and (b) with respect to Persons that have ownership interests in Orion immediately prior to the Closing Date, the exchange of at least $72,827,016.00 of Equity Interests in Orion for Qualified Equity Interests in Holdings.

"CMS" means the Centers for Medicare & Medicaid Services of HHS and any successor thereof and any predecessor thereof, including the Health Care Financing Administration.

"Code" means the Internal Revenue Code of 1986.

"Collateral" means a collective reference to all real and personal property with respect to which Liens in favor of the Administrative Agent, for the benefit of the Secured Parties, are purported to be granted pursuant to and in accordance with the terms of the Collateral Documents; provided, that, "Collateral" shall not include any Excluded Property.

"Collateral Documents" means, collectively, the Security Agreement, the Pledge Agreement, each Mortgage, each Mortgaged Property Support Document, each Joinder Agreement, each of the mortgages, collateral assignments, security agreements, pledge agreements or other similar agreements delivered to the Administrative Agent pursuant to Section 6.13, and each of the other agreements, instruments or documents that creates or purports to create a Lien in favor of the Administrative Agent for the benefit of the Secured Parties.

"Commitment" means a Revolving Commitment, an Initial Term Commitment, or an Incremental Term Commitment, as the context may require.

"Commitment Fee" has the meaning specified in Section 2.09(a).

"Commodity Exchange Act" means the Commodity Exchange Act (7 U.S.C. § 1 et seq.), as amended from time to time, and any successor statute.

"Company Material Adverse Effect" means a "Material Adverse Effect" as defined in the Acquisition Agreement.

"Competitor" means (i) any competitor of the Borrower or any of its Subsidiaries that is in the same or a similar line of business as the Borrower or any of its Subsidiaries and is designated in writing from time to time by the Borrower to the Administrative Agent and (ii) any Affiliate of a Person referred to in the foregoing clause (i) that is obviously (based solely on the similarity of the legal name of such Affiliate to the name of such Person referred to in the foregoing clause (i)) an Affiliate of such Person.

CHAR1\1498335v12

EHREN-WALIA 003518

747

"Compliance Certificate" means a certificate substantially in the form of Exhibit B.

"Connection Income Taxes" means Other Connection Taxes that are imposed on or measured by net income (however denominated) or that are franchise Taxes or branch profits Taxes.

"Consolidated" means, when used with reference to financial statements or financial statement items of the Borrower and its Subsidiaries or any other Person, such statements or items on a consolidated basis in accordance with the consolidation principles of GAAP.

"Consolidated Cash Interest Charges" means, for any period, Consolidated Interest Charges paid in cash by the Borrower and its Restricted Subsidiaries during such period.

"Consolidated Cash Taxes" means, for any period, for the Borrower and its Restricted Subsidiaries on a Consolidated basis, the aggregate of all income taxes, as determined in accordance with GAAP, to the same extent as are paid in cash during such period.

"Consolidated EBITDA" means, for any period, for the Borrower and its Restricted Subsidiaries on a Consolidated basis in accordance with GAAP, the total of (a) Consolidated Net Income for such period, plus (b) the following (without duplication), in each case to the extent deducted (and not added back) in calculating such Consolidated Net Income (or, in the case of amounts pursuant to clause (b)(viii) below, not already included in Consolidated Net Income): (i) Consolidated Interest Charges for such period; (ii) the provision for federal, state, local and foreign income taxes payable for such period; (iii) depreciation and amortization expense for such period, (iv) non-recurring charges, fees, costs and expenses for such period; provided, that, the aggregate amount of add backs made pursuant to this clause (b)(iv) for any period, when added to the aggregate amount of add backs made pursuant to clause (b)(viii) below for such period, shall not exceed an amount equal to twenty percent (20%) of Consolidated EBITDA for such period (determined prior to giving effect to all such add backs); (v) non-cash losses and charges (including, without limitation, stock-based compensation expense, but excluding write-downs of accounts receivable) for such period which do not represent an accrual or reserve of a potential cash charge in such period or any future period; (vi) (A) extraordinary charges, fees, costs and expenses set forth on part I of Schedule 1.01(c) for such period, (B) extraordinary charges, fees, costs and expenses in respect of restructurings or other similar actions, including relocation costs, business process optimizations, integration costs, signing costs, retention or completion bonuses, employee replacement costs, transition costs, costs related to opening, closure and/or consolidation of facilities, severance charges in respect of employee terminations, and start-up losses related to new business ventures, (C) cash charges attributable to purchase accounting adjustments made in accordance with GAAP for such period, and (D) any other extraordinary charges, fees, costs and expenses for such period; provided, that, the aggregate amount of add backs made pursuant to clauses (b)(vi)(B), (b)(vi)(C) and (b)(vi)(D) hereof shall not exceed $5,000,000 for such period; (vii) management fees and expenses paid to the Sponsor for such period; provided, that, the aggregate amount of add backs made pursuant to this clause (b)(vii) shall not exceed an amount equal to four percent (4%) of Consolidated EBITDA for such period (determined prior to giving effect to the add backs set forth in clauses (iv) and (viii) of this definition); (viii)(A) the amount of cost savings, operating expense reductions and synergies related to the Transaction and Prior Acquisitions set forth on the Cost Savings Schedule delivered by the Borrower for the Transaction and the Prior Acquisitions, as applicable, for such period (which will be added to Consolidated EBITDA as so projected and calculated on a Pro Forma Basis as though such cost savings, operating expense reductions and synergies had been realized on the first (1st) day of such period), net of the amount of actual benefits realized during such period from such actions, and (B) the amount of cost savings, operating expense reductions and synergies related to Permitted Acquisitions set forth on the Cost Savings Schedule delivered by the Borrower for such Permitted Acquisition, as applicable, for such period (which will be added to Consolidated EBITDA as so projected and calculated on a Pro Forma Basis as though such cost savings, operating expense reductions and synergies had been realized on the first (1st)

10

EHREN-WALIA 003519

748

day of such period), net of the amount of actual benefits realized during such period from such actions; provided, that, the aggregate amount of add backs made pursuant to this clause (b)(viii) for any period, when added to the aggregate amount of add backs made pursuant to clause (b)(iv) above for such period, shall not exceed an amount equal to twenty percent (20%) of Consolidated EBITDA for such period (determined without giving effect to all such add backs), (ix) proceeds of business interruption insurance received in cash during such period; (x) charges, losses or expenses to the extent indemnified or insured or reimbursed by an unaffiliated third party to the extent such indemnification, insurance or reimbursement is actually received in cash for such period; provided, that, the aggregate amount of add backs made pursuant to this clause (b)(x) shall not exceed $1,000,000 for such period; (xi) to the extent not capitalized, fees, costs and expenses for such period related to the closing of this Agreement, any amendment, consent or waiver related thereto and the implementation of any Incremental Facility; (xii) to the extent not capitalized, non-recurring transaction expenses incurred (A) in connection with the Transactions (other than costs and expenses added back pursuant to clause (xi) above) and (B) after the Closing Date in connection with the consummation of any Specified Transaction and any incurrence of Indebtedness permitted hereunder, whether or not any such Specified Transaction or incurrence, as applicable, is consummated; provided, that, in each case, the add backs referred to in this clause (xii) shall be determined by the Borrower in consultation with the Administrative Agent; and (xiii) the quality of earnings adjustments set forth on part II of Schedule 1.01(c); minus (c) the following (without duplication), in each case to the extent included in calculating such Consolidated Net Income: all non-cash gains or income for such period; minus (d) the quality of earnings adjustments set forth on part III of Schedule 1.01(c). Notwithstanding the foregoing, "Consolidated EBITDA" for Vega Medical Professionals, LLC and its Subsidiaries (i) for the fiscal quarter ended June 30, 2016 shall be deemed to be $202,800.00, (ii) for the fiscal quarter ended September 30, 2016 shall be deemed to be $220,800.00 and (iii) for the fiscal quarter ended December 31, 2016, such amounts as agreed by the Administrative Agent and the Borrower.

For the avoidance of doubt, Consolidated EBITDA shall be determined on a Pro Forma Basis with respect to all Specified Transactions occurring during a Measurement Period in accordance with Section 1.03(d).

"Consolidated EBITDA Shortfall" means, at any time, the amount, if any, of additional Consolidated EBITDA necessary to cause the Loan Parties to be in compliance with Section 7.11(a) or Section 7.11(b), as applicable, for the applicable Measurement Period.

"Consolidated Fixed Charge Coverage Ratio" means, as of any date of determination, the ratio of (a) the total of (i) Consolidated EBITDA for the Measurement Period most recently completed on or prior to such date minus (ii) Consolidated Capital Expenditures for such period, minus (iii) Consolidated Cash Taxes for such period minus (iv) the aggregate amount of all Restricted Payments made pursuant to Section 7.06(c) for such period to (b) Fixed Charges for the Measurement Period most recently completed on or prior to such date.

"Consolidated Funded Indebtedness" means Funded Indebtedness of the Borrower and its Restricted Subsidiaries on a Consolidated basis.

"Consolidated Interest Charges" means, for any period, the sum of (a) all interest, premium payments, debt discount, fees, charges and related expenses in connection with borrowed money (including capitalized interest) or in connection with the deferred purchase price of assets, in each case to the extent treated as interest in accordance with GAAP, plus (b) all interest paid or payable in connection with discontinued operations, plus (c) the portion of rent expense under Capitalized Leases that is treated as interest in accordance with GAAP, in each case, of or by the Borrower and its Restricted Subsidiaries on a Consolidated basis for such period.

CHAR1\J498335v12

EHREN-WALIA 003520

"Consolidated Leverage Ratio" means, as of any date of determination, the ratio of (a) Consolidated Funded Indebtedness as of such date to (b) Consolidated EBITDA for the Measurement Period most recently completed on or prior to such date.

"Consolidated Net Income" means, for any period, the net income (or loss) of the Borrower and its Restricted Subsidiaries on a Consolidated basis in accordance with GAAP; provided, that, Consolidated Net Income shall exclude (a) the net income of any Restricted Subsidiary during such period to the extent that the declaration or payment of dividends or similar distributions by such Restricted Subsidiary of such income is not permitted by operation of the terms of its Organization Documents or any agreement, instrument or Law applicable to such Restricted Subsidiary during such period, except that the Borrower's equity in any net loss of any such Restricted Subsidiary for such period shall be included in determining Consolidated Net Income, and (b) any income (or loss) for such period of any Person if such Person is not a Restricted Subsidiary, except that the Borrower's equity in the net income of any such Person for such period shall be included in Consolidated Net Income up to the aggregate amount of cash actually distributed by such Person during such period to the Borrower or a Restricted Subsidiary as a dividend or other distribution (and in the case of a dividend or other distribution to a Restricted Subsidiary, such Restricted Subsidiary is not precluded from further distributing such amount to the Borrower as described in clause (a) of this proviso).

"Consolidated Scheduled Funded Debt Payments" means, for any period, for the Borrower and its Restricted Subsidiaries on a Consolidated basis, the sum of all scheduled payments of principal on Consolidated Funded Indebtedness. For purposes of this definition, "scheduled payments of principal" (a) shall be determined without giving effect to any reduction of such scheduled payments resulting from the application of any voluntary or mandatory prepayments made during the applicable period, (b) shall be deemed to include the Attributable Indebtedness, and (c) shall not include any voluntary prepayments or mandatory prepayments required pursuant to Section 2.05.

"Consolidated Total Assets" means, as of any date of determination, the amount that would, in conformity with GAAP, be set forth opposite the caption "total assets" (or any like caption) on the most recent consolidated balance sheet of the Borrower and its Restricted Subsidiaries at such date.

"Contractual Obligation" means, as to any Person, any provision of any security issued by such Person or of any agreement, instrument or other undertaking to which such Person is a party or by which it or any of its property is bound.

"Control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of a Person, whether through the ability to exercise voting power, by contract or otherwise. "Controlling" and "Controlled" have meanings correlative thereto. Without limiting the generality of the foregoing, a Person shall be deemed to be Controlled by another Person if such other Person possesses, directly or indirectly, power to vote five percent (5%) or more of the securities having ordinary voting power for the election of directors, managing general partners or the equivalent.

"Controlled Investment Affiliate" means, as to any Person, any other Person that (a) directly or indirectly is in Control of, is Controlled by, or is under common Control with, such Person and (b) is organized by such Person primarily for the purpose of making equity investments in one or more companies.

"Cost Savings Schedule" means, with respect to the Transaction, any Prior Acquisition or any Permitted Acquisition, a schedule setting forth the cost savings, operating expense reductions and synergies related to the Transaction, such Prior Acquisition or such Permitted Acquisition, as applicable, that are certified by the chief financial officer of the Borrower to be reasonably identifiable, factually supportable and projected in good faith to result from actions that have been taken or are expected to be taken (in the

12

EHREN-WALIA 003521

good faith determination of the Borrower), in each case, within eighteen (18) months after the Transaction, such Prior Acquisition or such Permitted Acquisition (the "Adjustment Period"), as applicable; provided that each Cost Savings Schedule shall be mutually agreed by the Borrower and the Administrative Agent.

"Credit Extension" means each of the following: (a) a Borrowing and (b) an L/C Credit Extension.

"Cure Proceeds" has the meaning specified in Section 7.11(c).

"Debt Fund Affiliate" means any Affiliate of the Sponsor (other than any natural Person, Holdings, the Borrower or any Restricted Subsidiary) that is a bona fide debt fund and with respect to which the Sponsor and its Affiliates (other than Debt Fund Affiliates) do not, directly or indirectly, possess the power to direct or cause the direction of the investment policies of such entity.

"Debt Issuance" means (a) the issuance by the Borrower or any Restricted Subsidiary of any Indebtedness other than Indebtedness permitted under Section 7.02, and (b) the issuance by Holdings of any Indebtedness other than Indebtedness permitted by Section 7.18.

"Debtor Relief Laws" means the Bankruptcy Code of the United States and all other liquidation, conservatorship, bankruptcy, assignment for the benefit of creditors, moratorium, rearrangement, receivership, insolvency, reorganization, or similar debtor relief Laws of the United States or other applicable jurisdictions from time to time in effect.

"Default" means any event or condition that constitutes an Event of Default or that, with the giving of any notice, the passage of time, or both, would be an Event of Default.

"Default Rate" means (a) with respect to any Obligation for which a rate is specified, a rate per annum equal to two percent (2%) in excess of the rate otherwise applicable thereto and (b) with respect to any Obligation for which a rate is not specified or available, a rate per annum equal to the Base Rate plus the Applicable Rate for Revolving Loans that are Base Rate Loans plus two percent (2%), in each case, to the fullest extent permitted by applicable Law.

"Defaulting Lender" means, subject to Section 2.15(b), any Lender that (a) has failed to (i) fund all or any portion of its Loans within two (2) Business Days of the date such Loans were required to be funded hereunder unless such Lender notifies the Administrative Agent and the Borrower in writing that such failure is the result of such Lender's determination that one or more conditions precedent to funding (each of which conditions precedent, together with any applicable default, shall be specifically identified in such writing) has not been satisfied, or (ii) pay to the Administrative Agent, the L/C Issuer, the Swingline Lender or any other Lender any other amount required to be paid by it hereunder (including in respect of its participation in Letters of Credit or Swingline Loans) within two (2) Business Days of the date when due, (b) has notified the Borrower, the Administrative Agent, the L/C Issuer or the Swingline Lender in writing that it does not intend to comply with its funding obligations hereunder, or has made a public statement to that effect (unless such writing or public statement relates to such Lender's obligation to fund a Loan hereunder and states that such position is based on such Lender's determination that a condition precedent to funding (which condition precedent, together with any applicable default, shall be specifically identified in such writing or public statement) cannot be satisfied), (c) has failed, within three (3) Business Days after written request by the Administrative Agent or the Borrower, to confirm in writing to the Administrative Agent and the Borrower that it will comply with its prospective funding obligations hereunder (provided, that, such Lender shall cease to be a Defaulting Lender pursuant to this clause (c) upon receipt of such written confirmation by the Administrative Agent and the Borrower), or (d) has, or has a direct or indirect parent company that has, (i) become the subject of a proceeding under any Debtor Relief Law, (ii) had appointed for it a receiver, custodian, conservator, trustee, administrator, assignee for the benefit of

CHAR1\1498335v12

EHREN-WALIA 003522

creditors or similar Person charged with reorganization or liquidation of its business or assets, including the Federal Deposit Insurance Corporation or any other state or federal regulatory authority acting in such a capacity, or (iii) become the subject of a Bail-In Action; provided, that, a Lender shall not be a Defaulting Lender solely by virtue of the ownership or acquisition of any Equity Interest in that Lender or any direct or indirect parent company thereof by a Governmental Authority so long as such ownership interest does not result in or provide such Lender with immunity from the jurisdiction of courts within the United States or from the enforcement of judgments or writs of attachment on its assets or permit such Lender (or such Governmental Authority) to reject, repudiate, disavow or disaffirm any contracts or agreements made with such Lender. Any determination by the Administrative Agent that a Lender is a Defaulting Lender under any one or more of clauses (a) through (d) above, and the effective date of such status, shall be conclusive and binding absent manifest error, and such Lender shall be deemed to be a Defaulting Lender (subject to Section 2.15(b)) as of the date established therefor by the Administrative Agent in a written notice of such determination, which shall be delivered by the Administrative Agent to the Borrower, the L/C Issuer, the Swingline Lender and each other Lender promptly following such determination.

"Designated Jurisdiction" means any country or territory to the extent that such country or territory is the subject of any Sanction.

"Discount Range" has the meaning specified in the definition "Dutch Auction".

"Disposition" or "Dispose" means the sale, transfer, license, lease or other disposition (including any Sale and Leaseback Transaction) of any property by any Loan Party or any Restricted Subsidiary (or the granting of any option or other right to do any of the foregoing), including any sale, assignment, transfer or other disposal, with or without recourse, of any notes or accounts receivable or any rights and claims associated therewith, but excluding: (a) any Involuntary Disposition, (b) the sale, transfer, license, lease or other disposition of inventory in the ordinary course of business, (c) the sale, transfer, license, lease or other disposition in the ordinary course of business of surplus, obsolete or worn out property no longer used or useful in the conduct of business of any Loan Party and its Subsidiaries, (d) any sale, transfer, license, lease or other disposition of property to any Loan Party or any Restricted Subsidiary; provided, that, if the transferor of such property is a Loan Party (i) the transferee thereof must be a Loan Party or (ii) to the extent such transaction constitutes an Investment, such transaction is permitted under Section 7.03, and (e) the sale, transfer, license, lease or other disposition of property the proceeds of which are less than $50,000 for any individual transaction and less than $500,000 for all transactions under this clause (e) in the aggregate in any fiscal year.

"Disqualified Equity Interests" means Equity Interests that by their terms (or by the terms of any security into which they are convertible or for which they are exchangeable), or the happening of any event, (a) require the payment of any cash dividends (other than dividends payable solely in shares of Qualified Equity Interests or, in the case of any pass through entity, in respect of taxes), (b) mature (excluding any maturity as the result of an optional redemption by the issuer thereof) or are mandatorily redeemable, pursuant to a sinking fund obligation or otherwise, or are redeemable at the option of the holder thereof, in whole or in part, prior to the ninety-first (91st) day after the Latest Maturity Date in effect on the date of the issuance thereof, (c) are convertible into or exchangeable (unless at the sole option of the issuer thereof) for (i) debt securities or (ii) any Disqualified Equity Interests, in each case at any time prior to the ninety-first (91st) day after the Latest Maturity Date in effect on the date of the issuance thereof, or (d) contain any repurchase obligation which may come into effect prior to payment in full of all Obligations; provided, that, any Equity Interests that would not constitute Disqualified Equity Interests but for provisions thereof giving holders thereof (or the holders of any security into or for which such Equity Interests are convertible, exchangeable or exercisable) the right to require the issuer thereof to redeem or repurchase such Equity Interests upon the occurrence of a change in control or an asset sale occurring prior to the ninety-first (91st) day after the Latest Maturity Date shall not constitute Disqualified Equity Interests if such Equity Interests

14

EHREN-WALIA 003523