

# Price Justification Assessment

AllRa●irect
Innovation in Healthcare Networking

## Initial Price Based on Company Fundamentals and Business Assumptions provided: December 2014

| Fundamental Description | 2014 – Actual YTD | 2014 Forecast | 2015 | 2016 |
|---|---|---|---|---|
| Revenue (forecast) | | | | |
| Client forecast: | | | | |
| I m love forecast | | | | |
| Liabilities forecast: | | | | |
| EBITDA (forecast) | | | | |
| **Business Assumptions** | | | | |
| 1. All liabilities (known and anticipated) were included in liabilities forecast | | | | |
| 2. Client forecast included both expected new clients and expected lost clients. | | | | |
| 3. Forecast accuracy is + or – 5% accurate | | | | |
| 4. | | | | |

© Sage Group - Proprietary & Confidential

EHREN WALLA 003975

**Sage Group**
Building Smarter Solutions

425



**AllRad Direct**

Innovation in Healthcare Networking

# Recommendations

The Sage Group has the following recommendations to ensure optimal shareholder value is realized by this acquisition:

Try to finish this slide
By Thursday Noon!

NOTE: Recommendations will include development cost estimates, limited task list with required functionality. Also include picture with how Network Management can fit into CHT application architecture.

EHREN-WILLIA 003976



ge Group

ng Smarter Solutions

# EXHIBIT I

## allrad

**From:**
Arvind Walia <awalia@porteck.com>

Paul Parmar <paul@constellationhealthgroup.com>, Sam Zaharis <sam.zaharis@constellationhealthgroup.com>
**Date:**
Thu, 18 May 2017 17:07:49 -0400
**Attachments:**
AllRad Direct Diligence Report - 5-18-2017 Draft.pptx (263.76 kB)

Paul and Sam

Please find the diligence report.

Sam – when can I get a contract...

Thanks
Arvind


-----------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
-770-6222 (Mobile)
-----------------------------------

EHREN-WALIA 003977





**Premier Management Consulting**



# AllRad Direct
# Due Diligence Findings

Draft Report

**May 18, 2017**

**World HQ:** 1715 State Route 35, Suite 111, Middletown, NJ 07748
Phone: (732) 767 0010   Facsimile: (732) 767 0015   www.sageci.com
**Chicago Office:** 455 East State Parkway, Suite# 203-204, Schaumburg, IL
Phone: (847) 490 3590  Facsimile: (630) 563 1159
**Asian HQ:** B-42, Sector 59, NOIDA, UP 201301, INDIA
Phone   1-91-120-3088262 Facsimile: 011-91-120-3088266 ww   ageci.com

429



# Table of Contents

- ➢ Objectives and Information Sources
- ➢ Product Overview
- ➢ Strategic Fit and Synergies
- ➢ Detailed Assessment
- ➢ Price Justification Assessment
- ➢ Recommendations

© Sage Group - Proprietary & Confidential

EHREN LWALLA-003979



430



**AllRad Direct**

Innovation in Healthcare Networking

# Objectives

## Objective

To develop a comprehensive understanding of the functionality and technology stack for AllRad Direct's Network Management Solution.

❏ Assess the existing functionality in terms of capability to support the business requirements for a provider network in an Accountable Care Organization.

❏ Assess the development effort required to eliminate any identified gaps in required functionality

❏ Assess the fit with the existing CHT technology stack

❏ Determine the feasibility of integrating with the existing CHT Healthcare Applications

## Information Sources

| Primary Research | Secondary Research |
|---|---|
| ❏ Functional Review of Software<br>❏ Technical Review of Software | ❏ Market research reports and publications from key industry associations<br>❏ Publicly available information —company websites, media coverage, industry publications, press clippings, etc. |

EUREN LILLY A 003980


**ge Group**
Smarter Solutions

© Sage Group - Pro, ary & Confidential



AllRad Direct

Innovation in Healthcare Networking

# Product Overview

## Network Management Solution Overview

AllRad Direct (AllRad) designed and developed a healthcare network management system which they used for radiology referrals. Their innovative technology took three 25 developers over 4 years to develop and enhance. The company believes that the total cost was between $6 and $8 million. company with one service and an innovative software solution.

The network management solution automates the entire referrals process including scheduling patient appointments, patient appointment follow-up including gathering and communicating imaging results. The system automatically communicates the physiological and clinical data required from the radiological provider to ensure the highest quality of service from the referred facility and the quickest and most accurate diagnosis for the patient. Although the focus of the AllRad Direct development effort was radiology referrals, the generic nature of the software allows easy adaptation for other specialties, labs, and physical therapy facilities.



4

© Sage Group - Proprietary & Confidential

Sage Group
Building Smarter Solutions

432



# Strategic Fit and Synergies

## Strategic Fit and Synergies

CHT's strategic direction is leverage its industry position as a leading RCM provider and IPA operator to move into the far more lucrative business as an ACO.  With a technology platform that already includes PM, RCM, and BI, applications; CHT is well positioned to make the transition.  In addition to the existing CHT applications an ACO requires a network management system to coordinate care between providers.  The AllRad Network Management Solution is a big step in the right direction.  While this acquisition will not provide a complete network management solution for a CHT ACO, it will provide a robust starting point, with many of the features required for an ACO.

CHT will want to leverage the NYNM network to build a future ACO.  Currently the NYNM physicians and practices use many different EHR systems.  AllRad's Network Management Solution has been designed to easily integrate with most EHR systems, which means that it will make an ideal interface system between existing CHT applications and ACO participating providers and also out-of-network providers.

The AllRad Solution uses the same Microsoft development platform and database as CHT's proprietary Pegasus applications, PARCS and Pegasus BI, which ensures that the same team of technology experts CHT uses for development, support, and enhancement of the existing applications can also be used for the Network Management Solution.

© Sage Group - Prc    ary & Confidential

EHDEN WILLIA-003982



**AllRad irect**

Innovation in Healthcare Networking

# Detailed Assessment

## Functionality Assessment

AllRad's Health Network Management Solution delivers the following capabilities to network participants.

❏ Referrals

- o Specialists
- o Imaging and Labs
- o Physical Therapy
- o Hospitals, Surgery Centers, and Long Term Care Facilities
- o Pharmacies

❏ Patient Scheduling and Pre-Authorization

❏ Billing and Follow-up

- o Insurance both primary and secondary
- o HCFA and EOB features

❏ Payer Management

- o Contracts and Fee Schedules
- o Claim Submission
- o PPO management

❏ Alerts and Notifications

- o Patients
- o Providers

❏ Robust Reporting Capabilities



Functionality requires additional enhancements/development



Functionality is not as robust as PARCS and Orion RCM Applications.



BI provides superior functionality, move reports to BI platform..

EHRELLWMHA 003983

**Sage Group**
Building Smarter Solutions

6

434



# Detailed Assessment

## Functionality Assessment

- ❑ Provider Portal
  - o Management and Status Reporting
  - o Schedule Change Management
  - o Payment Tracking and Reporting
- ❑ Data Collection and Storage
  - o Patient Demographics
  - o Patient Procedure and Clinical Documentation
  - o Billing and Payment Processing and Reporting
- ❑ Automatically Schedules Patient Procedures
  - o Contacts patients via fax, e-mail, mail, and phone
  - o Enables patient call in and real time scheduling with provider
- ❑ Patient Portal
  - o Medical History Request and Reporting
  - o Payments and Payment Reporting
  - o Appointment Request and Scheduling/Re-scheduling
  - o Demographic Data and Insurance Coverage Maintenance
- ❑ Automated notifications and reminders of appointments
- ❑ Automated Alerts when schedules are changed

EHREN WALLA-003984





435



# Detailed Assessment

## Technology Assessment

The AllRad Health Network Management Solution is built on a Microsoft technology platform which delivers a highly versatile and dynamic architecture to ensure the highest levels of security, compliance, reliability, and performance.  The architecture is designed to be a cloud based SaaS solution to support any scalability, performance, and availability requirements.  The following are the key components of the architecture:

### Components

SQL Server
.NET 4.5
HL7 interfaces
EDI and Secure FTP file transfer and communications
Fully HIPAA compliant

© Sage Group - Proprietary & Confidential

EHRENWALLA 003985

**Sage Group**
Building Smarter Solutions



**AllRad Direct**
Innovation in Healthcare Networking

# Price Justification Assessment

## Initial Price Based on Company Fundamentals and Business Assumptions provided: December 2014

| Fundamental Description | 2014 – Actual YTD | 2014 Forecast | 2015 | 2016 |
|---|---|---|---|---|
| Revenue (forecast) | | | | |
| Client forecast: | | | | |
| I m love. fore ast | | | | |
| Liabilities forecast: | | | | |
| EBITDA (forecast) | | | | |
| **Business Assumptions** | | | | |
| 1.  All liabilities (known and anticipated) were included in liabilities forecast | | | | |
| 2.  Client forecast included both expected new clients and expected lost clients. | | | | |
| 3.  Forecast accuracy is + or – 5% accurate | | | | |
| 4. | | | | |

This slide needs complete REDO!

9

© Sage Group - Pro    ary & Confidential

EHREN WILLIA 003986



ge Group
g Smarter Solutions
437

**AllRad Direct**
Innovation in Healthcare Networking

# Recommendations

## Application Platform for CHT - Recommended

**Automation and Workflow Applications**

| **Pegasus Code Review (PCR)** | **Pegasus Scan (PSCAN)** |
|---|---|
| Inputs from Hospital and Practice EMR or PM systems Automates coding and Demographic Data Scrubbing | Automates claims entry of paper forms by creating batches in Pegasus Accounts Receivable and Collections System |

**Pegasus Accounts Receivable and Collections System (PARCS)**
Workflow automation and claim status management

**PM Systems**

| Imagine and Med FM | Centricity | All Script | Criterions | SQLMed | Reflections | Medical Manager |

**Business Intelligence and Reporting**

**Pegasus BI**

Pegasus-BI Data Warehouse — Reporting Tool

Patient Portal

Provider Portal and Management Dashboard

**Non-CHT Systems**

Electronic Health Records

Network Management System

The AllRad Network Management Solution along with the recommended enhancements can fill this Gap.

EHRENWALIA 003987

© Sage Group - Proprietary & Confidential


**Sage Group**
Building Smarter Solutions



# Recommendations

The Sage Group has the following recommendations to ensure optimal shareholder value is realized by this acquisition:

1. Purchase AllRad Software and all rights to any of the concepts and uses.
2. Enhance the AllRad Software
   a. Modify all screens and portals to reflect CHT branding
   b. Enhance referral functionality to manage the following functionality
      i. Hospital Admissions and Discharge
      ii. Long Term Care or Specialized Nursing Facilities, etc.
      iii. Rehabilitation Facilities (physical therapy, etc.)
      iv. Pharmacies and medication distributors
   c. Enhance the clinical documentation and communication functionality to meet the needs of an ACO
   d. Integrate the solution with the following CHT applications
      i. PARCS
      ii. Pegasus BI
      iii. Provider and Patient Portals
3. Enhance Pegasus BI Reporting and Data Warehouse to maintain all Network related data
   a. Patient (insurance/finance, demographics, symptoms, diagnosis, treatment, results, satisfaction, lifestyle and health/treatment monitoring info)
   b. Provider
   c. Payer
   d. Clinical
   e. Note: Must maintain all RCM related data also

© Sage Group - Pro      ary & Confidential

EHREN WALL A-003988



ge Group
a Smarter Solutions

439

# EXHIBIT J

## RE: Agreements

**From:**
Arvind Walia <awalia@porteck.com>

Paul Parmar <paul@constellationhealthgroup.com>
**Date:**
Wed, 31 May 2017 13:15:28 -0400

Paul

Allrad direct is 100% owned by objecttech holdings, LLC. Allrad direct has one llc member named objecttech holdings

Thanks
Arvind

Selected Entity Name: ALLRAD DIRECT, LLC
               Selected Entity Status Information

  **Current Entity Name**☐ ALLRAD DIRECT, LLC

        **DOS ID** ☐☐    3513743

**Initial DOS Filing Date**☐MAY 07, 2007

         **County**☐    NEW YORK

       **☐urisdiction**☐    DELAWARE

    **Entity Type**☐    FOREIGN LIMITED LIABILITY COMPANY

  **Current Entity Status**☐ACTIVE


               Selected Entity Address Information

 **DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

MARK E GELFAND ESQ
999 STEWART AVENUE
BETHPAGE, NEW YORK, 11714

               **Registered Agent**

 NONE


Thanks
Arvind

------------------------------------
Arvind Walia
D, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)

EHREN-WALIA 004003

646-536-2515 (fax)
516-770-6222 (Mobile)
-----------------------------------------

**From:** Paul Parmar [mailto:paul@constellationhealthgroup.com]
**Sent:** Wednesday, May 31, 2017 12:59 PM
**To:** Arvind Walia
**Subject:** RE: Agreements

But paperwork all says AllRad Direct ?
That is the product ?

What are all the products

**From:** Arvind Walia [mailto:awalia@porteck.com]
**Sent:** Wednesday, May 31, 2017 12:56 PM
**To:** Paul Parmar <paul@constellationhealthgroup.com>
**Subject:** RE: Agreements

Objecttech holdings llc

-----------------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
-----------------------------------------

**From:** Paul Parmar [mailto:paul@constellationhealthgroup.com]
**Sent:** Wednesday, May 31, 2017 12:54 PM
**To:** Arvind Walia; Sam Zaharis
**Subject:** RE: Agreements

What is the name of the company we are acquiring Arvind.

**From:** Arvind Walia [mailto:awalia@porteck.com]
**Sent:** Wednesday, May 31, 2017 8:19 AM
**To:** Sam Zaharis <Sam.Zaharis@constellationhealthgroup.com>
**Cc:** Paul Parmar <paul@constellationhealthgroup.com>
**Subject:** Agreements

Sam

Can we get this done today, Please.

Thanks
Arvind

-----------------------------------------
Arvind Walia
CEO, Orion Health Corporation

EHREN-WALIA 004004

100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
-536-2515 (fax)
6-770-6222 (Mobile)
----------------------------------------

EHREN-WALIA 004005