# FW: allrad

**From:**
Paul Parmar <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=503ffed2192e49029125b06708036b06-paul parmar">
**To:**
Arvind Walia <awalia@porteck.com>, Arvind Walia <arvind.walia@orionhealthcorp.com>
**Date:**
Wed, 31 May 2017 13:04:14 -0400
**Attachments:**
AllRad Direct Diligence Report - 5-18-2017 Draft.pptx (263.76 kB)

Can we get accurate figures here pl.

Call me so we can discuss

**From:** Arvind Walia [mailto:awalia@porteck.com]
**Sent:** Thursday, May 18, 2017 5:08 PM
**To:** Paul Parmar <paul@constellationhealthgroup.com>; Sam Zaharis <Sam.Zaharis@constellationhealthgroup.com>
**Subject:** allrad

Paul and Sam

Please find the diligence report.

Sam – when can I get a contract...

Thanks
Arvind

---------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
-----------------------------------------

EHREN-WALIA 004006

# EXHIBIT K

## AllRad Direct Diligence Report - 5-18-2017 Draft.pptx

**From:**
Arvind Walia <awalia@porteck.com>

Paul Parmar <paul@constellationhealthgroup.com>

**Date:**
Wed, 31 May 2017 17:21:09 -0400

**Attachments:**
AllRad Direct Diligence Report - 5-18-2017 Draft.pptx (263.68 kB)

EHREN-WALIA 004019

Case 8-20-08049-ast    Doc 56-11    Filed 01/18/23    Entered 01/18/23 20:41:44
Case 2:25-cv-02032-RPK    Document 5-5    Filed 05/12/25    Page 4 of 20 PageID #: 549



**AllRad Direct**
Innovation in Healthcare Networking



**Premier Management Consulting**

Sage Group
Building Smarter Solutions

**AllRad Direct**
Innovation in Healthcare Networking

# AllRad Direct
# Due Diligence Findings

## Draft Report

## May 18, 2017



**World HQ:** 1715 State Route 35, Suite 111, Middletown, NJ 07748
Phone: (732) 767 0010   Facsimile: (732) 767 0015   www.sageci.com
**Chicago Office:** 455 East State Parkway, Suite# 203-204, Schaumburg, IL
Phone: (847) 490 3590  Facsimile: (630) 563 1159
**Asian HQ:** B-42, Sector 59, NOIDA, UP 201301, INDIA
Phone: 1-91-120-3088262 Facsimile: 011-91-120-3088266 www.sageci.com

EHREN-WALIA 004020

# Table of Contents

- Objectives and Information Sources
- Product Overview
- Strategic Fit and Synergies
- Detailed Assessment
- Price Justification Assessment
- Recommendations

© Sage Group - Proprietary & Confidential

EHREN-WALIA-004021

448



**AllRad Direct**
Innovation in Healthcare Networking

# Objectives

## Objective

To develop a comprehensive understanding of the functionality and technology stack for AllRad Direct's Network Management Solution.

- Assess the existing functionality in terms of capability to support the business requirements for a provider network in an Accountable Care Organization.
- Assess the development effort required to eliminate any identified gaps in required functionality
- Assess the fit with the existing CHT technology stack
- Determine the feasibility of integrating with the existing CHT Healthcare Applications

## Information Sources

| Primary Research | Secondary Research |
|---|---|
| ❏ Functional Review of Software<br>❏ Technical Review of Software | ❏ Market research reports and publications from key industry associations<br>❏ Publicly available information – company websites, media coverage, industry publications, press clippings, etc. |





# Product Overview

## Network Management Solution Overview

AllRad Direct (AllRad) designed and developed a healthcare network management system which they used for radiology referrals. Their innovative technology took three 25 developers over 4 years to develop and enhance. The company believes that the total cost was between $6 and $8 million. company with one service and an innovative software solution.

The network management solution automates the entire referrals process including scheduling patient appointments, patient appointment follow-up including gathering and communicating imaging results. The system automatically communicates the physiological and clinical data required from the radiological provider to ensure the highest quality of service from the referred facility and the quickest and most accurate diagnosis for the patient. Although the focus of the AllRad Direct development effort was radiology referrals, the generic nature of the software allows easy adaptation for other specialties, labs, and physical therapy facilities.





# Strategic Fit and Synergies

## Strategic Fit and Synergies

CHT's strategic direction is leverage its industry position as a leading RCM provider and IPA operator to move into the far more lucrative business as an ACO. With a technology platform that already includes PM, RCM, and BI, applications; CHT is well positioned to make the transition. In addition to the existing CHT applications an ACO requires a network management system to coordinate care between providers. The AllRad Network Management Solution is a big step in the right direction. While this acquisition will not provide a complete network management solution for a CHT ACO, it will provide a robust starting point, with many of the features required for an ACO.

CHT will want to leverage the NYNM network to build a future ACO. Currently the NYNM physicians and practices use many different EHR systems. AllRad's Network Management Solution has been designed to easily integrate with most EHR systems, which means that it will make an ideal interface system between existing CHT applications and ACO participating providers and also out-of-network providers.

The AllRad Solution uses the same Microsoft development platform and database as CHT's proprietary Pegasus applications, PARCS and Pegasus BI, which ensures that the same team of technology experts CHT uses for development, support, and enhancement of the existing applications can also be used for the Network Management Solution.





# Detailed Assessment

## Functionality Assessment

AllRad's Health Network Management Solution delivers the following capabilities to network participants.

- ❑ Referrals
  - Specialists
  - Imaging and Labs
  - Physical Therapy
  - Hospitals, Surgery Centers, and Long Term Care Facilities
  - Pharmacies
- ❑ Patient Scheduling and Pre-Authorization
- ❑ Billing and Follow-up
  - Insurance both primary and secondary
  - HCFA and EOB features
- ❑ Payer Management
  - Contracts and Fee Schedules
  - Claim Submission
  - PPO management
- ❑ Alerts and Notifications
  - Patients
  - Providers
- ❑ Robust Reporting Capabilities

 Functionality requires additional enhancements/development

 Functionality is not as robust as PARCS and Orion RCM Applications.

 BI provides superior functionality, move reports to BI platform..



# Detailed Assessment

## Functionality Assessment

- ❑ Provider Portal
  - Management and Status Reporting
  - Schedule Change Management
  - Payment Tracking and Reporting
- ❑ Data Collection and Storage
  - Patient Demographics
  - Patient Procedure and Clinical Documentation
  - Billing and Payment Processing and Reporting
- ❑ Automatically Schedules Patient Procedures
  - Contacts patients via fax, e-mail, mail, and phone
  - Enables patient call in and real time scheduling with provider
- ❑ Patient Portal
  - Medical History Request and Reporting
  - Payments and Payment Reporting
  - Appointment Request and Scheduling/Re-scheduling
  - Demographic Data and Insurance Coverage Maintenance
- ❑ Automated notifications and reminders of appointments
- ❑ Automated Alerts when schedules are changed



EHREN-WM-IA-004026



# Detailed Assessment

## Technology Assessment

The AllRad Health Network Management Solution is built on a Microsoft technology platform which delivers a highly versatile and dynamic architecture to ensure the highest levels of security, compliance, reliability, and performance. The architecture is designed to be a cloud based SaaS solution to support any scalability, performance, and availability requirements. The following are the key components of the architecture:

### Components
SQL Server
.NET 4.5
HL7 interfaces
EDI and Secure FTP file transfer and communications
Fully HIPAA compliant





# Price Justification Assessment

## Initial Price Based on Company Fundamentals and Business Assumptions provided: December 2014

| Fundamental Description | 2013 – Actual YTD | 2014 Actual - YTD | 2015 | 2016 |
|---|---|---|---|---|
| Revenue (forecast) | 161000 | 70000 | | |
| Employee forecast: | | | | |
| Liabilities forecast: | | | | |
| EBITDA (forecast) | -41000 | -4000 | | |
| **Business Assumptions** | | | | |
| 1. All liabilities (known and anticipated) were included in liabilities forecast | | | | |
| 2. Client forecast included both expected new clients and expected lost clients. | | | | |
| 3. Forecast accuracy is + or – 5% accurate | | | | |
| 4. | | | | |



**AllRad Direct**
Innovation in Healthcare Networking

# Recommendations

## Application Platform for CHT - Recommended

**Automation and Workflow Applications**

- **Pegasus Code Review (PCR)**
  Inputs from Hospital and Practice EMR or PM systems
  Automates coding and Demographic Data Scrubbing

- **Pegasus Scan (PSCAN)**
  Automates claims entry of paper forms by creating batches in Pegasus Accounts Receivable and Collections System

**Pegasus Accounts Receivable and Collections System (PARCS)**
Workflow automation and claim status management

**PM Systems**

| Imagine and Med FM | Centricity | All Script | Criterions | SQLMed | Reflections | Medical Manager |

**Business Intelligence and Reporting**

- Pegasus BI
  - Pegasus-BI Data Warehouse
  - Reporting Tool
- Patient Portal
- Provider Portal and Management Dashboard

**Non-CHT Systems**

- Electronic Health Records
- Network Management System

The AllRad Network Management Solution along with the recommended enhancements can fill this Gap.

© Sage Group - Proprietary & Confidential

EHREN WH-IA 004029


Sage Group
Building Smarter Solutions

456



# Recommendations

The Sage Group has the following recommendations to ensure optimal shareholder value is realized by this acquisition:

1. Purchase AllRad Software and all rights to any of the concepts and uses.
2. Enhance the AllRad Software
   a. Modify all screens and portals to reflect CHT branding
   b. Enhance referral functionality to manage the following functionality
      i. Hospital Admissions and Discharge
      ii. Long Term Care or Specialized Nursing Facilities, etc.
      iii. Rehabilitation Facilities (physical therapy, etc.)
      iv. Pharmacies and medication distributors
   c. Enhance the clinical documentation and communication functionality to meet the needs of an ACO
   d. Integrate the solution with the following CHT applications
      i. PARCS
      ii. Pegasus BI
      iii. Provider and Patient Portals
3. Enhance Pegasus BI Reporting and Data Warehouse to maintain all Network related data
   a. Patient (insurance/finance, demographics, symptoms, diagnosis, treatment, results, satisfaction, lifestyle and health/treatment monitoring info)
   b. Provider
   c. Payer
   d. Clinical
   e. Note: Must maintain all RCM related data also





# Recommendations

Sage Group understands that the implementation of a fully functional Network Management Solution will be guided by the emergent needs of the CHT ACO/IPA and the cost of the enhancements will vary based on the detail design of the final solution; however we provide the following high level cost estimate to help CHT better plan for the enhancement project.

The cost for enhancing and maintaining the software will be around $3.5 million a year for 3 years and $500K on-going.

A. Design, Development, Testing, and Implementation – 3 years
   1. 10 FTE in USA - $1.5M
   2. 30 FTE in India - $1M
   3. Management Supervision - $.5M
   4. Consultant - $.25M
   5. Misc. - $.25M

B. Maintenance and Minor Modifications – On-going
   1. 1 FTE in USA - $150 K
   2. 5 FTE in India - $200K
   3. Management Supervision - $50K
   4. Misc. - $100K (Database expansion and performance enhancements)



# EXHIBIT L

# RE: software company

**From:**
Paul Parmar <paul@constellationhealthgroup.com>
**To:**
Lee Pershan <lsp@robinsonbrog.com>, "A. Mitchell Greene" <amg@robinsonbrog.com>, Adam J Greene <ajg@robinsonbrog.com>
**Cc:**
David Cykiert <dc@robinsonbrog.com>, Sam Zaharis <sam.zaharis@constellationhealthgroup.com>, Ravi Chivukula <ravi.chivukula@orionhealthcorp.com>
**Date:**
Wed, 31 May 2017 14:49:04 -0400

Overall profit of RCM business

Get Outlook for Android

---

**From:** Adam J Greene <ajg@robinsonbrog.com>
**Sent:** Wednesday, May 31, 2017 2:36:43 PM
**To:** Lee Pershan; A. Mitchell Greene
**Cc:** Paul Parmar; David Cykiert; Sam Zaharis; Ravi Chivukula
**Subject:** RE: software company

*Adam J. Greene, Esq.*
Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022
(212) 603-0496 (Voice)

PP please explain this
We gather that the two installments should be $1,050,000. I don't understand the margin requirement - is it that overall profits of the company with some adjustment for the purchase price?

---

**From:** Paul Parmar [mailto:paul@constellationhealthgroup.com]
**Sent:** Wednesday, May 31, 2017 12:59 PM
**To:** Adam J Greene; Lee Pershan
**Cc:** Sam Zaharis; Ravi Chivukula
**Subject:** software company

Adam, Lee

I am acquiring a small software company for 4.5m with payments as follows
1. 2.4m at close
2. 2.1m paid in two 6 monthly installments of 550K each based on the software bringing 12% margin in first 6 months and 15% margins in next 6 months

Create a company called **Physicians Healthcare Network Management Solution ( PHNMS )** , LLC to make this acquisition of Objecttech holdings llc

Pl. do this quick so I can get it going.

EHREN-WALIA 004032

460

# EXHIBIT M

## FW: various document - marked up

From:
Arvind Walia <awalia@porteck.com>

...l Parmar <paul@constellationhealthgroup.com>
Date:
Thu, 15 Jun 2017 18:57:37 -0400
Attachments:
Undertaking Agreement - June 2017.docx (22.39 kB); Arvind Walia Employment Agreement 2017.docx (64.76 kB); MIPA - Objecttech Holdings LLC.DOCX (155.4 kB); Niknim Management Inc Consulting Agreement.docx (47.97 kB); Notice to Exercise Option - June 2017.doc (47.62 kB)

Please see the documents.

Objecttech - 1.52M at closing, 325k for 12% EBITDA anytime upto 6months and 325k for 15% EBTDA anytime upto 12 months.

Employment agreement - stock option participation language, 1 year non compete and state of new York instead of arbitration.

Thanks
Arvind

----------------------------------
Arvind Walia
CEO, Orion Health Corporation
100 Jericho Quadrangle, Ste 235
Jericho, NY 11753
http://www.orionhealthcorp.com/
516-874-8101 (phone)
646-536-2515 (fax)
516-770-6222 (Mobile)
----------------------------------

-----Original Message-----
From: Arvind Walia
Sent: Thursday, June 8, 2017 7:18 AM
To: 'Sam Zaharis'
Subject: various document - marked up

Sam

Please see my markups on all documents, in addition I may need to convert the agreement to an asset purchase agreement. I am meeting my accountants today.

Let's work on this and resolve it asap.

Thanks
Arvind

Exhibit
0024

EHREN-WALIA 004413

# EXHIBIT N