Case No. 2:25-cv-02032-RPK

_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

---

**In the Matter of Orion Healthcorp, Inc., *et al.*,**      Chapter 11
              **Debtors.**      Case No.18-71748 (AST)

---

On Appeal from the United States Bankruptcy Court, Eastern District of New York,
Adv. No. 20-08049 (AST)

---

**Arvind Walia; Niknim Management, Inc.,**
**Appellants**
v.

**Howard M. Ehrenberg, in his capacity as**
**liquidating trustee of Orion Healthcorp, Inc., et al.,**
**Appellee**

---

# CERTIFICATE OF SERVICE OF
# APPELLANTS' BRIEF AND APPENDIX IN SUPPORT OF APPEAL
_____

Sanford P. Rosen, Esq.     and     Eugene R. Schieman, Esq.
ROSEN & ASSOCIATES, P.C.               THE LAW OFFICE OF EUGENE R.
P.O. Box 1274                                    SCHEIMAN, PLLC
Shelter Island Heights, NY 11965        570 Lexington Avenue, Suite 1600
Tel: (212) 223-1100                         New York, NY 10022
*Co-counsel for Appellants*                Tel: (646) 280-9000
                                                    *Co-counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the BRIEF OF APPELLANTS' REPLY [sic] BRIEF IN SUPPORT OF APPEAL [ECF 10] and the APPENDIX AND AFFIRMATION IN SUPPORT OF APPELLANTS' APPEAL [ECF 11] with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system and a courtesy copy forwarded by U.S. Mail to counsel for the Appellant.

Dated: June 27, 2025
       Wilmington, Delaware

                                       */s/ Christine McCabe*
                                       Christine McCabe