**ROSEN & ASSOCIATES**
ATTORNEYS AT LAW

P.O. Box 1274
Shelter Island Heights, NY 11965

P.O. Box 7560
Wilmington, DE 19803

(212) 223-1100
(302) 354-2166

www.rosenpc.com

September 8, 2025

<u>Via ECF Filing</u>
The Honorable Rachel P. Kovner
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   Arvind Walia, et al. v. Howard M. Ehrenberg
      <u>Case No. 2:25-cv-02032-RPK</u>

Dear Judge Kovner:

This firm represents Arvind Walia and Niknim Management, Inc., the appellants in the above-referenced matter ("<u>Appellants</u>").

Pursuant to Rules 7.1(e) of the Joint Local Rules (S.D.N.Y. and E.D.N.Y) and Practice Rule No. I, F of Your Honor's Individual Practice Rules, I respectfully request, on behalf of Appellants, an extension of time to file their brief as to the cross-appeal and reply brief as to the appeal.

Howard M. Ehrenberg ("<u>Appellee</u>"), by his counsel, Jeffrey Nolan, consents to the extension. Assuming the Court grants the request, Appellee also would require an extension of time to file his reply brief as to the cross-appeal.

Appellants consent to that extension and, in the interest of efficiency and conservation of resources, the parties hereby request their respective extensions.

The extensions are required due to planned vacations of counsel. The Court granted the previous requests of the parties for an extension of time to file the<u>ir</u> initial briefs.

Specifically, Appellants seek an extension of three (3) weeks so that their brief, now due on Thursday, September 10, 2025, would be due instead on Thursday, October 2, 2025.

Page 2

 

Assuming the Court grants the extension, Appellants further request that Appellee's reply brief, which would be due on October 16, 2025, pursuant to Federal Rule of Bankruptcy Procedure 8016(e)(4), instead be due three (3) weeks later, on November 6, 2025.

Should the Court require additional information, I may be reached at the above phone number. Thank you for considering this request.

Respectfully,

*/s/ Christine McCabe*

Christine McCabe

cc: Sanford P. Rosen, Counsel for Appellant
Jeffrey P. Nolan, Esq., Counsel for Appellee
Eugene R. Scheiman, Esq., Co-Counsel for Appellant